## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-01816

**RTP ROOFING CO.**,

    Plaintiff,

v.

**STATE FARM FIRE AND CASUALTY COMPANY,**

    Defendant.

---

### ENTRY OF APPEARANCE
---

    William C. Gray, of the law firm Gray LLC, hereby enters his appearance in the above captioned matter on behalf of the Plaintiff.

    Respectfully submitted July 7, 2021.

    By:    *s/ William C. Gray*
            William C. Gray
            GRAY LLC
            17 North State Street
            Suite 1600
            Chicago, IL 60602
            312-278-7900
            Email: bgray@grayllclaw.com

# CERTIFICATE OF SERVICE

I hereby certify that, on July 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Richard D. Daly**
**Melissa Deanne Wray**
Daly & Black, P.C.-Houston
2211 Norfolk Street
Suite 800
Houston, TX 77098
713-655-1405
Fax: 713-655-1587
Email: rdaly@dalyblack.com
Email: mwray@dalyblack.com

/s/ *William C. Gray*