**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:21-cv-01816

**RTP ROOFING CO.**,

    Plaintiff,

v.

**STATE FARM FIRE AND CASUALTY COMPANY,**

    Defendant.

---

**ENTRY OF APPEARANCE**

---

Nathalie E. Sar, of the law firm Gray LLC, hereby enters her appearance in the above captioned matter on behalf of the Plaintiff.

Respectfully submitted July 7, 2021.

By:    *s/ Nathalie E. Sar*
           Nathalie E. Sar
           GRAY LLC
           17 North State Street
           Suite 1600
           Chicago, IL 60602
           312-278-7900
           Email: nsar@grayllclaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that, on July 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**William Charles Gray**
Gray LLC-Chicago
17 North State Street
Suite 1600
Chicago, IL 60602
312-278-7900
Email: bgray@grayllclaw.com

**Richard D. Daly**
**Melissa Deanne Wray**
Daly & Black, P.C.-Houston
2211 Norfolk Street
Suite 800
Houston, TX 77098
713-655-1405
Fax: 713-655-1587
Email: rdaly@dalyblack.com
Email: mwray@dalyblack.com

                                                  /s/ *Nathalie Sar*