IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01816-WJM-SKC

RTP ROOFING CO.,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

## ENTRY OF APPEARANCE – JOSEPH A. CANCILA

To the clerk of court and all parties of record:

    Joseph A. Cancila of Riley Safer Holmes & Cancila LLP hereby certifies that he is a member in good standing of the bar of this court and enters his appearance in this case on behalf of Defendant State Farm Fire and Casualty Company.

Dated: September 20, 2021                Respectfully Submitted,

                                                  /s/ *Joseph A. Cancila*
                                                  Joseph A. Cancila
                                                  RILEY SAFER HOLMES & CANCILA LLP
                                                  70 West Madison Street, Suite 2900
                                                  Chicago, Illinois  60602
                                                  jcancila@rshc-law.com
                                                  (312) 471-8700

                                                  *Counsel for Defendant State Farm Fire*
                                                  *and Casualty Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

nsar@grayllclaw.com
bgray@grayllclaw.com
rdaly@dalyblack.com


                                            *s/   Joseph A. Cancila*