IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:21-cv-01816-WJM

RTP ROOFING CO.,

Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.

---

## ENTRY OF APPEARANCE OF HILLARY D. PATTERSON

---

COMES NOW Hillary D. Patterson of the law firm of Patterson Ripplinger, P.C., and

enters his appearance on behalf of the Defendant, State Farm Fire and Casualty Company.

DATED this 20th day of September, 2021.

Respectfully submitted,

**PATTERSON RIPPLINGER, P.C.**

*s/ HILLARY D. PATTERSON*

Franklin D. Patterson
Hillary D. Patterson
*Attorneys for Defendant*
5613 DTC Parkway, Suite 400
Greenwood Village, Colorado 80111
Telephone: (303) 741-4539
Email: fpatterson@prpclegal.com
          hpatterson@prpclegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2021, a true and correct copy of the above and foregoing **ENTRY OF APPEARANCE OF HILLARY D. PATTERSON** was served upon the following via CM/ECF:

Richard D. Daly, Esq.
John Scott Black, Esq.
Melissa Wray, Esq.
Daly & Black, P.C.
2211 Norfolk Street, Suite 800
Houston, Texas 77098
(*Attorneys for Plaintiff*)

William C. Gray, Esq.
Nathalie E. Sar, Esq.
Gray LLC
17 N. State Street, Suite 1600
Chicago, Illinois 60602
(*Attorneys for Plaintiff*)

*s/ TERRI A. TAYLOR*

Terri A. Taylor
Email: ttaylor@prpclegal.com