**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-01816-WJM-SKC

RTP ROOFING CO.,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

---

**ENTRY OF APPEARANCE – JACOB L. KAHN**

---

To the clerk of court and all parties of record:

Jacob L. Kahn of Riley Safer Holmes & Cancila LLP hereby certifies that he is a member in good standing of the bar of this court and enters his appearance in this case on behalf of Defendant State Farm Fire and Casualty Company.

Dated: September 20, 2021        Respectfully Submitted,

        /s/ *Jacob L. Kahn*
        Jacob L. Kahn
        RILEY SAFER HOLMES & CANCILA LLP
        70 West Madison Street, Suite 2900
        Chicago, Illinois  60602
        jkahn@rshc-law.com
        (312) 471-8700

        *Counsel for Defendant State Farm Fire
        and Casualty Company*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

nsar@grayllclaw.com
bgray@grayllclaw.com
rdaly@dalyblack.com

s/    *Jacob L. Kahn*