**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:21-cv-01816-WJM-SKC

RTP ROOFING CO.,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendants.

---

**PLAINTIFF'S NOTICE OF FILING OF FIRST AMENDED COMPLAINT AND JURY DEMAND**

---

    Plaintiff RTP Roofing Co. ("RTP" or "Plaintiff"), through its attorneys, Daly & Black, P.C., and Gray LLC, this Notice of Filing of First Amended Complaint and Jury Demand, and states and alleges as follows:

    Pursuant to Fed. R.Civ. P. 15(a)(1)(B) and D.C.COLO.LCivR 15.1, Plaintiff RTP Roofing Co. hereby provides notice of filing regarding Plaintiff's First Amended Complaint and Jury Demand, which seeks to include additional allegations.

    Pursuant to D.C.COLO.LCivR 15.1, a version that strikes through the text to be deleted and underlines the text to be added is attached as Exhibit 1.

Respectfully submitted October 22, 2021.


s/ Richard D. Daly
*Richard D. Daly*
Daly & Black, P.C.
John Scott Black
Melissa Waden Wray
2211 Norfolk Street, Suite 800
Houston, Texas 77098
Tel: 713.655.1405
Email: rdaly@dalyblack.com
       jblack@dalyblack.com
       mwray@dalyblack.com
       ecfs@dalyblack.com (service)

and

/s/ William C. Gray
*William C. Gray*
Gray LLC
Nathalie E. Sar
17 N. State St., Suite 1600
Chicago, Illinois 60602
Tel: 312.967.3653
Email: bgray@grayllclaw.com
       nsar@grayllclaw.com

*Attorneys for Plaintiff*

3

## **CERTIFICATE OF SERVICE**

      I certify that on October 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Franklin D. Patterson
Hillary D. Patterson
PATTERSON RIPPLINGER, P.C.
5613 DTC Parkway, Suite 400
Greenwood Village, Colorado 80111
fpatterson@prpclegal.com
hpatterson@prpclegal.com
(303) 741-4539

Joseph A. Cancila
Jacob L. Kahn
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
jcancila@rshc-law.com
jkahn@rshc-law.com
(312) 471-8700


s/ Richard D. Daly
*Richard D. Daly*