**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:21-cv-01816-WJM-SKC

RTP ROOFING CO.,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendants.

---

**NOTICE OF ERRATA REGARDING PLAINTIFF'S NOTICE OF FILING OF FIRST AMENDED COMPLAINT AND JURY DEMAND (ECF NO. 17)**

---

    Plaintiff, RTP Roofing Co., submits it's Notice of Errata regarding the Plaintiff's Notice of Filing of First Amended Complaint and Jury Demand (ECF No. 17):

    1.    On October 22, 2021, RTP Roofing Co. filed its Notice of Filing of First Amended Complaint and Jury Demand (ECF No. 17). However, the version of the exhibit 1 that was filed was an incorrect version.

    2.    Accordingly, RTP Roofing Co. will file the correct version of the Notice of Filing of First Amended Complaint and Jury Demand on October 25, 2021.

    Respectfully submitted October 25, 2021.

s/ Richard D. Daly
*Richard D. Daly*
Daly & Black, P.C.
John Scott Black
Melissa Waden Wray
2211 Norfolk Street, Suite 800
Houston, Texas 77098
Tel: 713.655.1405
Email: rdaly@dalyblack.com
   jblack@dalyblack.com
   mwray@dalyblack.com
   ecfs@dalyblack.com (service)

and

/s/ William C. Gray
*William C. Gray*
Gray LLC
Nathalie E. Sar
17 N. State St., Suite 1600
Chicago, Illinois 60602
Tel: 312.967.3653
Email: bgray@grayllclaw.com
   nsar@grayllclaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I certify that on October 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Franklin D. Patterson
Hillary D. Patterson
PATTERSON RIPPLINGER, P.C.
5613 DTC Parkway, Suite 400
Greenwood Village, Colorado 80111
fpatterson@prpclegal.com
hpatterson@prpclegal.com
(303) 741-4539

Joseph A. Cancila
Jacob L. Kahn
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
jcancila@rshc-law.com
jkahn@rshc-law.com
(312) 471-8700


  s/ Richard D. Daly
  *Richard D. Daly*

3