IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-01816-WJM-SKC

RTP ROOFING CO.,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO RULES 12(b)(1) AND 12(b)(6) UNTIL NOVEMBER 18, 2021**

    Plaintiff RTP Roofing Co., through its attorneys, Daly & Black, P.C., and Gray LLC, respectfully files its unopposed motion to extend its time to respond to the motion to dismiss RTP's first amended complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) filed by Defendant State Farm Fire and Casualty Company. In support of its motion, RTP would respectfully show the Court the following:

### INTRODUCTION

    1.    This is a class action alleging causes of action for violations of Colorado Revised Statutes §§ 10-3-1115 and -1116, unjust enrichment, and declaratory judgment.

    2.    State Farm moved to dismiss RTP's first amended complaint pursuant to Rules 12(b)(1) and 12(b)(6). (Dkt. # 22) RTP's response to the motion is currently due on November 15, 2021.

3. RTP respectfully requests that the Court extend the deadline for RTP's response by three days until November 18, 2021. Since the motion was filed on October 25, 2021, the undersigned counsel has been actively engaged in other pressing matters, including two matters that had time-sensitive issues unexpectedly arise. The most significant matters in which the undersigned has been engaged are the preparation of a reply brief in a case before the Fifth Circuit Court of Appeals and the preparation of responses to three post-judgment motions in a Texas state court case that are set for oral hearing on December 2, 2021.

4. In light of these matters, RTP respectfully requests a three-day extension of the response deadline.

5. The undersigned counsel has conferred with counsel for State Farm, who has indicated that State Farm does not oppose the requested relief.

6. This motion is not made for delay but so that justice may be done.

## PRAYER

7. For these reasons, RTP respectfully requests that the Court extend the deadline for RTP to respond to State Farm's motion to dismiss from November 15, 2021, until November 18, 2021.

Respectfully submitted November 15, 2021.


<u>/s/ Melissa Waden Wray</u>
Richard D. Daly
Daly & Black, P.C.
John Scott Black
***Melissa Waden Wray***
2211 Norfolk Street, Suite 800
Houston, Texas 77098
Tel: 713.655.1405
Email: rdaly@dalyblack.com
       jblack@dalyblack.com
       mwray@dalyblack.com
       ecfs@dalyblack.com (service)

and

<u>/s/ William C. Gray</u>
***William C. Gray***
Gray LLC
Nathalie E. Sar
17 N. State St., Suite 1600
Chicago, Illinois 60602
Tel: 312.967.3653
Email: bgray@grayllclaw.com
       nsar@grayllclaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on November 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel and to my client:

Franklin D. Patterson
Hillary D. Patterson
PATTERSON RIPPLINGER, P.C.
5613 DTC Parkway, Suite 400
Greenwood Village, Colorado 80111
fpatterson@prpclegal.com
hpatterson@prpclegal.com
(303) 741-4539

Joseph A. Cancila
Jacob L. Kahn
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
jcancila@rshc-law.com
jkahn@rshc-law.com
(312) 471-8700

RTP Roofing Co.
Attn: Scott Ponzio
4011 South Federal Boulevard
Sheridan, Colorado 80110
scott@rtproofingco.com
(303) 791-2223


/s/ Melissa Waden Wray
*Melissa Waden Wray*