IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-01816-WJM-SKC

RTP ROOFING CO.,

Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.

---

**UNOPPOSED MOTION FOR ONE-WEEK EXTENSION OF TIME TO SUBMIT REPLY REGARDING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [#22]**

---

DEFENDANT, State Farm Fire and Casualty Company, by and through counsel, hereby submits its Unopposed Motion for One-Week Extension of Time to Submit Reply Regarding Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, and in support states as follows:

**Certificate of Conferral Pursuant to D.C.COLO.LCivR 7.1(b)**

Undersigned counsel certifies she conferred with Plaintiff's counsel via email on November 23, 2021. Plaintiff does not oppose the relief requested herein.

**Motion**

1. Plaintiff filed its Complaint on July 2, 2021. [#1].

2. Defendant waived service, making its responsive pleading due September 20, 2021. [See #8].

3. On September 20, 2021, Defendant file a Motion to Dismiss Plaintiff's Complaint. [#14].

4. On October 11, 2021, Plaintiff filed an Amended Complaint and Jury Demand. [#15].

5. On October 25, 2021, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint. [#22].

6. Plaintiff's response to Defendant's Motion to Dismiss [#22] was originally due November 15, 2021.

7. The Court granted Plaintiff an extension of time through November 18, 2021 to submit its response. [#24].

8. On November 18, 2021, Plaintiff filed its Response to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.  [#22].

9. Defendant's Reply Regarding its Motion to Dismiss Plaintiff's First Amended Complaint is presently due December 2, 2021

10. Due to the intervening Thanksgiving holiday and planned office closures, Defendant respectfully requests a one-week extension of time to file its Reply.

11. No other case deadlines are affected by, and no parties are prejudiced by, the requested extension. This motion is not brought for purposes of delay.

12. Pursuant to D.Colo.LCivR 6.1(c) and WJM Revised Practice Standards II.D.2, this Unopposed Motion for One-Week Extension of Time to Submit Reply Regarding Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is being served contemporaneously by counsel on Defendant, as indicated in the Certificate of Service.

WHEREFORE, Defendant State Farm Fire and Casualty Company, by and through counsel, respectfully requests that the Court enter an order granting this Unopposed Motion for One-Week Extension of Time to Submit Reply Regarding Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, for the reasons stated herein.

DATED this 29th day of November, 2021.

Respectfully submitted,

**PATTERSON RIPPLINGER, P.C.**
*s/ Hillary D. Patterson*
Franklin D. Patterson
Hillary D. Patterson
*Attorneys for Defendant*
5613 DTC Parkway, Suite 400
Greenwood Village, Colorado 80111
Telephone: (303) 741-4539
Email: fpatterson@prpclegal.com
hpatterson@prpclegal.com

**RILEY SAFER HOLMES & CANCILIA LLP**
Joseph A. Cancila
Jacob L. Kahn
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Email: jcancila@rshc-law.com
jkahn@rshc-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of November, 2021, a true and correct copy of the above and foregoing **UNOPPOSED MOTION FOR ONE-WEEK EXTENSION OF TIME TO SUBMIT REPLY REGARDING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [#22]** was served upon the following via CM/ECF:

Richard D. Daly, Esq.
John Scott Black, Esq.
Melissa Wray, Esq.
Daly & Black, P.C.
2211 Norfolk Street, Suite 800
Houston, Texas 77098
(*Attorneys for Plaintiff*)

William C. Gray, Esq.
Nathalie E. Sar, Esq.
Gray LLC
17 N. State Street, Suite 1600
Chicago, Illinois 60602
(*Attorneys for Plaintiff*)

and I hereby certify that I have mailed or served the foregoing document to the following non CM/ECF participants in the manner indicated by the non-participant's name:

State Farm Fire and Casualty Company
c/o Kimberly Templeman, Claim Team Manager
*via electronic mail*

s/*Hillary D. Patterson*
Hillary D. Patterson
Email: hpatterson@prpclegal.com