# EXHIBIT A

**Jake Kahn**

| | |
|---|---|
| **From:** | William Gray <bgray@grayllclaw.com> |
| **Sent:** | Monday, November 29, 2021 3:06 PM |
| **To:** | 'Hillary Patterson'; rdaly@dalyblack.com; 'Nathalie Sar' |
| **Cc:** | Jake Kahn; 'Franklin Patterson'; 'Samantha Macias'; 'Melissa Wray'; 'Darwin Blanco' |
| **Subject:** | [EXTERNAL EMAIL]   RE: RTP Roofing v State Farm Fire & Casualty Co. |

We will note your opposition and proceed.

---

**From:** Hillary Patterson <hpatterson@prpclegal.com>
**Sent:** Monday, November 29, 2021 3:37 PM
**To:** William Gray <bgray@grayllclaw.com>; rdaly@dalyblack.com; 'Nathalie Sar' <nsar@grayllclaw.com>
**Cc:** 'Jake Kahn' <jkahn@rshc-law.com>; Franklin Patterson <fpatterson@prpclegal.com>; Samantha Macias <smacias@prpclegal.com>; 'Melissa Wray' <MWray@dalyblack.com>; 'Darwin Blanco' <DBlanco@dalyblack.com>
**Subject:** RE: RTP Roofing v State Farm Fire & Casualty Co.

Bill,

State Farm opposes Plaintiff's conditional motion for leave to amend. We do not think Plaintiff can cure the defects in the Amended Complaint and we cannot stipulate to a conditional amendment, which we believe would be futile, especially without seeing how you would propose to cure those defects.  Let us know if you would like to have further discussion.

Sincerely,

Hillary Patterson



Hillary D. Patterson | Attorney
Patterson Ripplinger, P.C.
hpatterson@prpclegal.com
www.prpclegal.com

Denver:
5613 DTC Parkway, Suite 400
Greenwood Village, CO 80111
p. 303.741.4539
f. 303.741.5043

Colorado Springs:
5575 Tech Center Drive, Suite 100
Colorado Springs, CO 80919
p. 719.575.0010
f. 719.575.0020

Grand Junction:
619 Main Street
Grand Junction, CO 81501
p. 970.256.9570
f. 970.697.1300

The information contained and accompanying this electronic transmission may be attorney privileged or attorney work product and is, in any event, confidential information.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, or the employee or agent responsible for delivering it, you are hereby notified that any disclosure, dissemination, distribution, copying or taking any action in reliance on the contents of this information is strictly prohibited.  If you have received this transmission in error, please notify us at once by e-mail and delete the original message.