**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:21-cv-01816-WJM-SKC

RTP ROOFING CO.,

      Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

      Defendant.

_____

**ENTRY OF APPEARANCE**

_____

      Thomas J. Archer, of the law firm Daly & Black, P.C., hereby enters his appearance in the above captioned matter on behalf of the Plaintiff.

      Respectfully submitted April 25, 2022.

      By:             *s/ Thomas J. Archer*
                        Thomas J. Archer
                        Daly & Black, P.C.
                        3200 Cherry Creek S. Drive
                        Suite 520
                        Denver, CO 80209
                        Phone Number: (303) 835-4572
                        Fax Number: (888) 375-0630
                        Email: tarcher@dalyblack.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on April 25, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Franklin D. Patterson
Hillary D. Patterson
PATTERSON RIPPLINGER, P.C.
5613 DTC Parkway, Suite 400
Greenwood Village, Colorado 80111
Telephone (303) 741-4539
Email: fpatterson@prpclegal.com
hpatterson@prpclegal.com

Joseph A. Cancila
Jacob L. Kahn
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone (312) 471-8700
Email: jcancila@rshc-law.com
jkahn@rshc-law.com

*Attorneys for Defendant*
*State Farm Fire and Casualty Company*

/s/ *Heather J. Murrell*