# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

RTP ROOFING CO.,

               Plaintiff,

-vs-

STATE FARM FIRE AND CASUALTY
COMPANY,

               Defendant.

Case No. 1:16-cv-01273

## DECLARATION OF KIMBERLY TEMPLEMAN

I, Kimberly Templeman, depose and state as follows:

1.      I am over the age of 21 and if called as a witness could competently testify as to the matters set forth herein.

2.      I have been employed full-time by State Farm Fire and Casualty Company ("State Farm") for over 23 years. I presently hold the position of Claim Team Manager ("Team Manager"). As a Team Manager, my responsibilities include supervising State Farm Claim Specialists who handle insurance claims for structural damage to properties located in Colorado. Prior to becoming a Team Manager, I worked as a Claim Representative adjusting structural damage claims for State Farm policyholders, the majority for damage to properties located in Colorado.

3.      I have reviewed the Complaint filed in this case by Plaintiff RTP Roofing Company ("RTP"). I understand that, according to counsel for RTP, the three insurance claims referenced in the complaint correspond to the following three State Farm claim numbers:

- The "Sedalia Claim" is claim number 06-9711-J86;

- The "Parker Claim" is claim number 06-B397-3M4; and

- The "Highlands Ranch Claim" is claim number 06-9744-H37.

1

4.      Information regarding the Sedalia, Parker and Highlands Ranch Claims is stored in State Farm's records for each claim, which records are stored electronically. I have personally reviewed those claim records and am familiar with the documentation for each claimed loss. The materials attached to this declaration are pertinent portions of State Farm's records for each claim. The materials were prepared at or near the time of the events recorded, by persons with knowledge of those events, and were prepared during State Farm's regularly conducted business activity. They have been maintained and stored in accordance with State Farm's regular business practices.

5.      I make the statements in this declaration based upon my review of State Farm's records for the Sedalia, Parker and Highlands Ranch Claims and my general responsibilities as a Team Manager for the geographic region that includes the location of all three claims. Thus, I have personal knowledge of the information reported herein with respect to the Sedalia, Parker and Highlands Ranch Claims.

6.      I understand that RTP performed roofing work on all three claims and now contends that State Farm paid too little for the roofing removal or "tear-off" work required for each claim. Specifically, I understand that RTP contends that State Farm in each claim estimated and paid its insured a lower labor rate for removal of the damaged portions of the roof (a "demolition labor rate") rather than the labor rate that it supposedly should have paid for that same work (a "skilled roofing labor rate").

7.      The findings from my review of State Farm's records for the Sedalia, Parker and Highlands Ranch Claims are set forth below.

**The Sedalia Claim**

8.      In July 2019, the named insured on the Sedalia Claim submitted a claim for a loss at his home located in Sedalia, Colorado.  The claim was reported as hail damage.

9.      According to the file notes, State Farm inspected the property on August 1, 2019, and prepared an estimate of the cost to repair the damage to the roofs on the insured's house and shed, among other items.  State Farm inspected the property again on September 9, 2019, to evaluate newly reported damage to the roof on the insured's barn and updated its estimate to include the cost to repair that damage.  A true and correct copy of State Farm's updated estimate, dated September 9, 2019, is attached hereto as Exhibit A.

10.     On August 30, 2019, RTP sent to State Farm two estimates it had prepared detailing the costs to repair the damage to the roofs on the insured's house, shed and barn.  A true and correct copy of the estimates RTP sent to State Farm on August 30 are attached as Exhibit B.

11.     As reflected on Exhibits A and B, the portion of the cost estimate that State Farm had prepared for the roofing removal work on the insured's house ("tear off") was identical to the portion of the cost estimate that RTP had prepared for the same work.  Specifically, both State Farm and RTP estimated $1,143.70 in total roofing "tear off" costs for the roof on the insured's house, and both used the identical labor rate of $52.20 per square to generate that cost estimate. *See* Ex. A at 7; Ex. B at 2, 6.

12.     While I understand that RTP now alleges that State Farm improperly used a "demolition labor rate" to estimate the cost of the roofing removal work on the insured's house, from a comparison of Exhibits A and B, it appears that RTP used the same "demolition labor rate" rate as State Farm when it prepared its own estimate to repair the Sedalia property.

13.     There are no records in State Farm's file for the Sedalia Claim indicating that RTP ever disputed State Farm's estimate of the cost of the roofing removal work or the "demolition labor rate" used to generate that cost estimate.  Likewise, there are no records suggesting that RTP

ever informed State Farm that its costs for the roofing removal work were higher than the costs State Farm had estimated.

14.     Although the estimates prepared by State Farm and RTP both included the same cost and labor rate for the roofing removal work on the insured's house, the estimates were not identical in all other respects.  For example, while State Farm estimated a cost of $410.19 to replace the "Ridge cap" on the insured's house, Ex. A at 7, RTP estimated a cost of $521.56 for that same work, Ex. B. at 2, 6.

15.     In addition, while State Farm and RTP apparently agreed on the cost of the roofing removal work on the insured's house, RTP did identify several aspects of State Farm's estimate with which it disagreed.  *See* Ex. B at 3.  According to the file notes, State Farm worked with RTP to reconcile the differences.

16.     State Farm eventually issued payments to its insured covering the full costs for all repairs done at his property (less his deductible).  State Farm paid the roofing-related costs in full after receiving an invoice from RTP on October 21, 2019, stating: "All work completed on Saturday October 19th, 2019."  A true and correct copy of the invoice RTP sent to State Farm on October 21 is attached as Exhibit C.  That invoice reflects the same cost for the roofing removal work on the insured's house as appeared on RTP's (and State Farm's) initial estimates.  *See* Ex. C at 3.

17.     From my review of the file notes, there are no records of additional communications from RTP following State Farm's final payment for the roofing-related work in October of 2019.

18.     Finally, my review of the file notes revealed no records suggesting that the insured had entered into an assignment of any kind for his insurance claim.

**The Parker Claim**

19.     In September 2019, the named insureds on the Parker Claim submitted a claim for a loss at their home located in Parker, Colorado.  The claim was reported as hail damage.

20.     According to the file notes, State Farm inspected the property on October 1 and October 3, 2019, and prepared an estimate of the cost to repair the damage to the roof on the insureds' house, among other items.  A true and correct copy of State Farm's initial estimate, dated October 6, 2019, is attached hereto as Exhibit D.

21.     On October 22, 2019, RTP sent to State Farm its own estimate of the costs to repair the damage to the insureds' property.  A true and correct copy of the estimate RTP sent to State Farm on October 22 is attached as Exhibit E.

22.     As reflected on Exhibits D and E, the portion of the cost estimate that State Farm had prepared for the roofing removal work on the insured's house ("tear off") was nearly identical to the portion of the cost estimate that RTP had prepared for the same work.  Specifically, State Farm estimated $1,514.48 in roofing "tear off" costs, using a labor rate of $56.85 per square, and RTP estimated $1,514.75 for the same work, using a labor rate of $56.86 per square. *See* Ex. D at 5; Ex. E at 2.  The difference between the two cost estimates was less than 30 cents, due to labor rates that differed by a single penny.  In my experience, a one-cent difference in labor rates is likely attributable to the rounding of decimals within the estimating software.

23.     While I understand that RTP now alleges that State Farm improperly used a "demolition labor rate" to estimate the cost of the roofing removal work on the insured's house, from a comparison of Exhibits D and E, it appears that RTP used essentially the same "demolition labor rate" as State Farm.  It does not appear that RTP used a "skilled labor" rate for this work.

24.     There are no records in State Farm's file for the Parker Claim indicating that RTP ever disputed State Farm's estimate of the cost of the roofing removal work or the "demolition labor rate" used to generate that cost estimate.  Likewise, there are no records suggesting that RTP ever informed State Farm that its costs for the roofing removal work were higher than the costs State Farm had estimated.

25.     As with the Sedalia Claim, the estimates prepared by State Farm and RTP for the Parker Claim were not identical in all respects beyond the roofing removal work.  In addition, while RTP did identify on the face of its estimate several aspects of State Farm's estimate with which it disagreed, none of those disagreements related to State Farm's estimate of the cost of the roofing removal work or the labor rate used to generate that cost estimate.  *See* Ex. E at 2-3 at 3.

26.     According to the file notes, State Farm worked with RTP to reconcile the differences.  During that reconciliation process, RTP sent an email on December 3, 2019, stating: "We only wish to get payed [*sic*] for the work we are providing."  A true and correct copy of RTP's email is attached as Exhibit F.

27.     State Farm eventually issued payments to its insureds for the vast majority of the repair tasks originally estimated on the Parker Claim, including the roofing removal work.  State Farm paid the roofing removal costs in full after receiving an invoice from RTP on December 19, 2019, stating: "[A]ll of the work contracted by us is complete."  A true and correct copy of the invoice RTP sent to State Farm on December 19 is attached as Exhibit G.  That invoice reflects the same cost for the roofing removal roofing removal work on the insured's house as appeared on RTP's initial estimate.  *See* Ex. G at 3.

28.     From my review of the file notes, there are no records of additional communications from RTP following State Farm's final payment for the roofing-related work in December of 2019.

29.     Finally, my review of the file notes revealed no records suggesting that the insureds had entered into an assignment of any kind for their insurance claim.

**The Highlands Ranch Claim**

30.     In July 2019, the named insureds on the Highlands Ranch Claim submitted a claim for a loss at their home located in Highlands Ranch, Colorado.  The claim was reported as hail damage.

31.     According to the file notes, State Farm inspected the property on August 7, 2019, and prepared an estimate of the cost to repair the damage to the roof on the insureds' house, among other items.  A true and correct copy of State Farm's initial estimate, dated August 8, 2019, is attached hereto as Exhibit H.

32.     On July 10, 2020, the insureds sent to State Farm an estimate prepared by RTP of the costs to repair the roof-related damage to the insureds' property.  A true and correct copy of RTP's estimate, dated July 9, 2020, is attached as Exhibit I.

33.     As reflected on Exhibits H and I, the portion of the cost estimate that State Farm had prepared for the roofing removal work on the insureds' house ("tear off") was very similar to the portion of the cost estimate that RTP had prepared for the same work.  Specifically, State Farm estimated $1,624.46 in roofing "tear off" costs, using a labor rate of $52.20 per square, and RTP estimated $1,767.00 for the same work, using a labor rate of $57.00 per square.  *See* Ex. H at 5; Ex. I at 2.

34.     From my review of the file notes, it appears that the approximately 8% difference between the two cost estimates resulted from RTP's use of July 2020 prices for its estimate, whereas State Farm used August 2019 prices for its estimate.  In my experience, labor costs generally increased during 2020.

7

35.     While I understand that RTP now alleges that State Farm improperly used a "demolition labor rate" to estimate the cost of the roofing removal work on the insured's house, from a comparison of Exhibits H and I, and based on my review of the file notes and my experience as described above, it appears that RTP used essentially the same "demolition labor rate" as State Farm.  It does not appear that RTP used a "skilled labor" rate for this work.

36.     Moreover, State Farm's records reflect that State Farm subsequently revised its cost estimate for the Highland Ranch Claim in July 2020 to incorporate July 2020 prices and to match many of the prices from RTP's estimate, including RTP's cost estimate for the roofing removal work.  State Farm prepared an updated estimate to reflect these changes.  A true and correct of State Farm's updated estimate, dated July 30, 2020, is attached hereto as Exhibit J.

37.     As reflected on Exhibit J, State Farm's cost estimate for the roofing removal work for the Highland Ranch Claim was updated to read "PER BID," which means that State Farm adopted the cost estimate (including the labor rate) for that repair item shown on RTP's estimate. *See* Ex. J. at 6.

38.     There are no records in State Farm's file for the Highland Ranch Claim indicating that RTP or the insureds ever disputed State Farm's revised estimate of the cost of the roofing removal work or the "demolition labor rate" used to generate that cost estimate.  Likewise, there are no records suggesting that RTP or the insureds ever informed State Farm that RTP's costs for the roofing removal work were higher than the costs State Farm had estimated.

39.     State Farm eventually issued payments to its insureds for the vast majority of the repair tasks originally estimated on the Highland Ranch Claim, including the roofing removal work.  According to the file notes, State Farm paid the roofing removal costs after being informed that RTP was completing the roof work on July 30, 2020.

40.     From my review of the file notes, there are no records of additional communications from RTP following State Farm's payment for the roofing-related work on July 30, 2020.

41.     Finally, my review of the file notes revealed no records suggesting that the insureds had entered into an assignment of any kind for their insurance claim.

**State Farm's Colorado Homeowners Insurance Policy Form**

42.     According to State Farm's records for the Sedalia, Parker and Highlands Ranch Claims, the claims were all made under a State Farm Colorado Homeowners Policy designated as policy form number HW-2106.

43.     Attached as Exhibit K to this Declaration is a true and correct copy of State Farm's Colorado Homeowners Policy form, without declarations or endorsements, designated as form number HW-2106.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  September 20, 2021

By:  _____
Kimberly Templeman

# EXHIBIT A

06-9711-J86



**State Farm**
**P.O. Box 106169**
**Atlanta, GA  30348-6169**
**Fax: 1-844-236-3646**
**statefarmfireclaims@statefarm.com**

# Structural Damage Claim Policy

When you have a covered structural damage claim to your real property, you should know:

• We want you to receive quality repair work to restore the damages to your property.

• We will provide you with a detailed estimate of the scope of the damage and costs of repairs. Should the contractor you select have questions concerning our estimate, they should contact your claim representative directly.

• Depending upon the complexity of your repair, our estimate may or may not include an allowance for general contractor's overhead and profit. If you have questions regarding general contractor's overhead and profit and whether general contractor services are appropriate for your loss, please contact your claim representative before proceeding with repairs.

• There may be building codes, ordinances, laws, or regulations that affect the repairs of your property. These items may or may not be covered by your policy. Please contact your claim representative if you have any questions regarding coverage which may be available under your policy.

• If you select a contractor whose estimate is the same as or lower than our estimate, based on the same scope of damages, we will pay based upon their estimate. If your contractor's estimate is higher than ours, you should contact your claim representative prior to beginning repairs.

• State Farm® cannot authorize any contractor to proceed with work on your property. Repairs should proceed only with your authorization.

• State Farm does not guarantee the quality of the workmanship of any contractor or guarantee that the work will be accomplished within any specific time frame.

• It is understood that the contractor is hired by you, our insured, and that they work for you - not State Farm.

If you have any questions or need additional information regarding your claim, please contact your claim representative immediately.

**Exhibit A - Page 01 of 18**

06-9711-J86

 **State Farm** ®    **Building Estimate Summary Guide**

**This summary guide is based on a sample estimate and is provided for reference only.**
**Please refer to the estimate for specifics of your claim.**

### State Farm Insurance

| | |
|---|---|
| Insured: | Smith, Joe & Jane |
| Property: | 1 Main Street |
| | Anywhere, IL 00000-0000 |
| Type of Loss: | Other |
| Deductible: | $1,000.00 |

| | |
|---|---|
| Estimate: | 00-0000-000 |
| Claim number: | 00-0000-000 |
| Policy Number: | 00-00-0000-0 |
| Price List: | ILBL8F_MAR 13 |
| | Restoration/Service/ |
| | Remodel |
| | F = Factored In, |
| | D = Do Not Apply |

### Summary for Dwelling

| | | | |
|---|---|---|---|
| Line Item Total [1] | | | 5,953.10 |
| Material Sales Tax | @ | 10.000% x 1,520.00 | |
| Subtotal | | | 6,105.10 |
| General Contractor Overhead [2] | @ | 10.0% x 6,105.10 | 610.51 |
| General Contractor Profit | @ | 10.0% x 6,105.10 | |
| Replacement Cost Value (Including General Contractor Overhead and Profit [3] | | | 7,326.12 |
| Less Depreciation (Including Taxes) [4] | | | (832.50) |
| Less General Contractor Overhead & Profit on Recoverable & | | | |
| Non - recoverable Depreciation | | | (166.50) |
| Less Deductible [5] | | | |
| Net Actual Cash Value Payment [6] | | | |

### Maximum Additional Amounts Available If Incurred:

| | |
|---|---|
| Total Line Item Depreciation (Including Taxes) [4] | 832.50 |
| Less Non - recoverable Depreciation (Including Taxes) [7] | |
| Subtotal | 312.50 |
| General Contractor O&P on Depreciation | 166.50 |
| Less General Contractor O&P on Non - recoverable Depreciation | |
| Subtotal | |
| Total Maximum Additional Amounts Available If Incurred [8] | |
| Total Amount of Claim If Incurred [9] | |

_____
Claim Representative

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

1. **Line Item Total** – Total value of all line items in the estimate plus possible adjustments for _labor minimums. Labor Minimum_ is to cover a certain minimum number of hours for drive-time, set up time and applicable administrative costs and repairs.

2. **General Contractor's Overhead and Profit** – General contractor's charge for coordinating your repairs.

3. **Replacement Cost Value (RCV)** – Estimated cost to repair or replace damaged property.

4. **Depreciation** – The decrease in the value of property over a period of time due to wear, tear, condition, and obsolescence. A portion or all of this amount may be eligible for replacement cost benefits.

5. **Deductible** – The insurer will pay for losses, up to the policy limits, in excess of your applicable deductible.

6. **Net Actual Cash Value Payment (ACV)** – The repair or replacement cost of the damaged part of the property less _depreciation_ and _deductible_.

7. **Non Recoverable Depreciation** – _Depreciation_ applied to items that are not eligible for replacement cost benefits.

8. **Total Maximum Additional Amount if Incurred** – Total amount of recoverable depreciation after actual repair or replacement of the property.

9. **Total Amount of Claim if Incurred** – Total amount of the claim, including _net actual cash value payment and total maximum additional amount available if incurred._

## State Farm

06-9711-J86

Insured: ███████████
Property: ████████
Sedalia, CO ████████
Business: ████████
Cellular: ████████
Type of Loss: Hail
Deductible: $1,569.00
Date of Loss: 7/4/2019
Date Inspected: 8/1/2019

Estimate: 06-9711-J86
Claim Number: 069711J86
Policy Number: 06-22-5370-4
Price List: CODE28_JUL19
Restoration/Service/Remodel

### Summary for Coverage A - Dwelling - 35 Windstorm and Hail

| | |
|---|---:|
| Line Item Total | 15,001.97 |
| Material Sales Tax | 214.12 |
| Replacement Cost Value | 15,216.09 |
| Less Depreciation (Including Taxes) | (8,920.16) |
| Less Deductible | (1,569.00) |
| Net Actual Cash Value Payment | $4,726.93 |

### Maximum Additional Amounts Available If Incurred:

| | | |
|---|---:|---:|
| Total Line Item Depreciation (Including Taxes) | 8,920.16 | |
| Replacement Cost Benefits | | 8,920.16 |
| Total Maximum Additional Amount Available If Incurred | | 8,920.16 |
| Total Amount of Claim If Incurred | | $13,647.09 |



**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

## State Farm

06-9711-J86

Insured: ███████████████
Property: ████████████

Sedalia, CO ████████

Business: █████████
Cellular: █████████
Type of Loss: Hail
Deductible: $0.00
Date of Loss: 7/4/2019
Date Inspected: 8/1/2019

Estimate: 06-9711-J86
Claim Number: 069711J86
Policy Number: 06-22-5370-4
Price List: CODE28_JUL19
Restoration/Service/Remodel

### Summary for Coverage A - Other Structures - 35 Windstorm and Hail

| | |
|---|---:|
| Line Item Total | 8,114.07 |
| Material Sales Tax | 87.05 |
| Replacement Cost Value | 8,201.12 |
| Less Depreciation (Including Taxes) | (2,262.07) |
| Less Deductible | (0.00) |
| Net Actual Cash Value Payment | $5,939.05 |

### Maximum Additional Amounts Available If Incurred:

| | | |
|---|---:|---:|
| Total Line Item Depreciation (Including Taxes) | 2,262.07 | |
| Replacement Cost Benefits | | 2,262.07 |
| Total Maximum Additional Amount Available If Incurred | | 2,262.07 |
| Total Amount of Claim If Incurred | | $8,201.12 |



**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

Date:   9/9/2019 1:12 PM

Page: 4

**Exhibit A - Page 04 of 18**

**StateFarm**

## Explanation of Building Replacement Cost Benefits
## Homeowner Policy
## Coverage A - Dwelling - 35 Windstorm and Hail

To:   Name:          ▉▉▉▉▉▉▉
        Address:        ▉▉▉▉▉▉▉
        City:              Sedalia
        State/Zip:       CO, ▉▉▉▉

Insured:        ▉▉▉▉▉▉▉                          Claim Number:    069711J86
Date of Loss:   7/4/2019                          Cause of Loss:    HAIL

Your insurance policy provides replacement cost coverage for some or all of the loss or damage to your dwelling or structures. Replacement cost coverage pays the actual and necessary cost of repair or replacement, without a deduction for depreciation, subject to your policy's limit of liability. To receive replacement cost benefits you must:

1. Complete the actual repair or replacement of the damaged part of the property within two years of the date of loss; and

2. Notify us within 30 days after the work has been completed.

3. Confirm completion of repair or replacement, by submitting invoices, receipts or other documentation to your agent or claim office.

Until these requirements have been satisfied, our payment(s) to you will be for the actual cash value of the damaged part of the property, which may include a deduction for depreciation.

Without waiving the above requirements, we will consider paying replacement cost benefits prior to actual repair or replacement if we determine repair or replacement costs will be incurred because repairs are substantially under way or you present a signed contract acceptable to us.

The estimate to repair or replace your damaged property is $15,216.09 . The enclosed claim payment to you of $4,726.93 is for the actual cash value of the damaged property at the time of loss, less any deductible that may apply. We determined the actual cash value by deducting depreciation from the estimated repair or replacement cost. Our estimate details the depreciation applied to your loss. Based on our estimate, the additional amount available to you for replacement cost benefits (recoverable depreciation) is $ 8,920.16 .

If you cannot have the repairs completed for the repair/replacement cost estimated, please contact your claim specialist prior to beginning repairs.

All policy provisions apply to your claim.

**Exhibit A - Page 05 of 18**

 **State Farm**

## Explanation of Building Replacement Cost Benefits
## Homeowner Policy
## Coverage A - Other Structures - 35 Windstorm and Hail

To:   Name:          ███████████
      Address:       ███████████
      City:          Sedalia
      State/Zip:     CO, ███████

Insured:       ███████████          Claim Number:   069711J86
Date of Loss:  7/4/2019             Cause of Loss:  HAIL

Your insurance policy provides replacement cost coverage for some or all of the loss or damage to your dwelling or structures. Replacement cost coverage pays the actual and necessary cost of repair or replacement, without a deduction for depreciation, subject to your policy's limit of liability. To receive replacement cost benefits you must:

1. Complete the actual repair or replacement of the damaged part of the property within two years of the date of loss; and

2. Notify us within 30 days after the work has been completed.

3. Confirm completion of repair or replacement, by submitting invoices, receipts or other documentation to your agent or claim office.

Until these requirements have been satisfied, our payment(s) to you will be for the actual cash value of the damaged part of the property, which may include a deduction for depreciation.

Without waiving the above requirements, we will consider paying replacement cost benefits prior to actual repair or replacement if we determine repair or replacement costs will be incurred because repairs are substantially under way or you present a signed contract acceptable to us.

The estimate to repair or replace your damaged property is $8,201.12 . The enclosed claim payment to you of $5,939.05 is for the actual cash value of the damaged property at the time of loss, less any deductible that may apply. We determined the actual cash value by deducting depreciation from the estimated repair or replacement cost. Our estimate details the depreciation applied to your loss. Based on our estimate, the additional amount available to you for replacement cost benefits (recoverable depreciation) is $ 2,262.07 .

If you cannot have the repairs completed for the repair/replacement cost estimated, please contact your claim specialist prior to beginning repairs.

All policy provisions apply to your claim.

**State Farm**

06-9711-J86

House

Roof



Roof

| | 2,191.46 Surface Area | | | | 21.91 Number of Squares |
| | 283.28 Total Perimeter Length | | | | 59.00 Total Ridge Length |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| Tear off, haul and dispose of comp. shingles - Laminated | | | | | | | |
| | 21.91 SQ | 52.20 | 0.00 | 1,143.70 | | | 1,143.70 |
| Laminated - comp. shingle rfg. - w/ felt | | | | | | | |
| | 24.33 SQ | 295.84 | 116.80 | 7,314.59 | 23/30 yrs Avg. | (5,607.86) 76.67% | 1,706.73 |
| Additional charge for high roof (2 stories or greater) | | | | | | | |
| | 10.44 SQ | 4.85 | 0.00 | 50.63 | | | 50.63 |
| Additional charge for high roof (2 stories or greater) | | | | | | | |
| | 11.67 SQ | 23.64 | 0.00 | 275.88 | | | 275.88 |
| Roof vent - turtle type - Metal | | | | | | | |
| | 6.00 EA | 65.68 | 3.53 | 397.61 | 23/35 yrs Avg. | (261.29) 65.71% | 136.32 |
| Prime & paint roof vent | | | | | | | |
| | 6.00 EA | 27.60 | 1.70 | 167.30 | 23/15 yrs Avg. | (133.84) 80.00% | 33.46 |
| Flashing - pipe jack | | | | | | | |
| | 1.00 EA | 46.60 | 0.33 | 46.93 | 23/35 yrs Avg. | (30.84) 65.71% | 16.09 |
| R&R Chimney flashing - large (32" x 60") | | | | | | | |
| | 1.00 EA | 616.49 | 4.46 | 620.95 | 23/35 yrs Avg. | (408.05) 65.71% | 212.90 |
| Ridge cap - High profile - composition shingles | | | | | | | |
| | 59.00 LF | 6.82 | 7.81 | 410.19 | 23/30 yrs Avg. | (314.48) 76.67% | 95.71 |
| **Totals:  Roof** | | | **134.63** | **10,427.78** | | **6,756.36** | **3,671.42** |
| Area Totals:  Roof | | | | | | | |
| | 1,630.50 Exterior Wall Area | | | | | | |
| | 2,191.46 Surface Area | | 21.91 Number of Squares | | 566.56 Total Perimeter Length | | |
| | 59.00 Total Ridge Length | | | | | | |
| **Total:  Roof** | | | **134.63** | **10,427.78** | | **6,756.36** | **3,671.42** |

**Exhibit A - Page 07 of 18**

**State Farm**

**Front Elevation**

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| No wind or hail damage found at the time of inspection | | | | | | | |
| **Totals: Front Elevation** | | | **0.00** | **0.00** | | **0.00** | **0.00** |

**Left Elevation**

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| No wind or hail damage found at the time of inspection | | | | | | | |
| **Totals: Left Elevation** | | | **0.00** | **0.00** | | **0.00** | **0.00** |

**Right Elevation**

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| No wind or hail damage found at the time of inspection | | | | | | | |
| **Totals: Right Elevation** | | | **0.00** | **0.00** | | **0.00** | **0.00** |

**Rear Elevation**

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|

**Exhibit A - Page 08 of 18**

**State Farm**

██████████████

06-9711-J86

**CONTINUED - Rear Elevation**

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| Replace deck and hand rail boards damaged by hail and re-stain deck area | | | | | | | |
| R&R Deck planking - cedar (per SF) | | | | | | | |
| | 236.00 SF | 9.59 | 40.97 | 2,304.21 | | (1,152.11) | 1,152.10 |
| | | | | | Avg. | 50.00% | |
| R&R Deck guard rail - cedar | | | | | | | |
| | 43.67 LF | 39.17 | 34.06 | 1,744.61 | | (872.31) | 872.30 |
| | | | | | Avg. | 50.00% | |
| Stain/finish deck | | | | | | | |
| | 236.00 SF | 0.70 | 1.79 | 166.99 | | (33.40) | 133.59 |
| | | | | | Avg. | 20.00% | |
| Stain/finish deck handrail | | | | | | | |
| | 43.67 LF | 5.25 | 2.01 | 231.28 | | (46.25) | 185.03 |
| | | | | | Avg. | 20.00% | |
| Stain & finish stair skirt/apron | | | | | | | |
| | 49.67 LF | 6.00 | 0.66 | 298.68 | | (59.73) | 238.95 |
| | | | | | Avg. | 20.00% | |
| Content Manipulation charge - per hour | | | | | | | |
| | 1.00 HR | 42.54 | 0.00 | 42.54 | | | 42.54 |
| **Totals: Rear Elevation** | | | **79.49** | **4,788.31** | | **2,163.80** | **2,624.51** |

Area Totals:  House

| 1,630.50 Exterior Wall Area | | |
|---|---|---|
| 2,191.46 Surface Area | 21.91 Number of Squares | 566.56 Total Perimeter Length |
| 59.00 Total Ridge Length | | |

| | | | TAX | RCV | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Total:  House** | | | **214.12** | **15,216.09** | | **8,920.16** | **6,295.93** |

**Shed**

**Roof**



Roof

| 275.33 Surface Area | 2.75 Number of Squares |
|---|---|
| 66.66 Total Perimeter Length | 59.27 Total Ridge Length |

| QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE | DEPREC. | ACV |
|---|---|---|---|---|---|---|

**State Farm**

06-9711-J86

**CONTINUED - Roof**

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION CONDITION | DEPREC. DEP % DEP % | ACV |
|---|---|---|---|---|---|---|---|
| Tear off, haul and dispose of comp. shingles - Laminated | | | | | | | |
| | 2.75 SQ | 52.20 | 0.00 | 143.55 | | | 143.55 |
| Laminated - comp. shingle rfg. - w/ felt | | | | | | | |
| | 3.33 SQ | 295.84 | 15.99 | 1,001.14 | 23/30 yrs Avg. | (767.54) 76.67% | 233.60 |
| Remove Additional charge for steep roof greater than 12/12 slope | | | | | | | |
| | 1.38 SQ | 23.51 | 0.00 | 32.44 | | | 32.44 |
| Additional charge for steep roof greater than 12/12 slope | | | | | | | |
| | 1.67 SQ | 106.37 | 0.00 | 177.64 | | | 177.64 |
| **Totals:  Roof** | | | **15.99** | **1,354.77** | | **767.54** | **587.23** |
| Area Totals:  Roof | | | | | | | |
| | 9.94  Exterior Wall Area | | | | | | |
| | 275.33  Surface Area | | 2.75  Number of Squares | | | 133.32 Total Perimeter Length | |
| | 59.27  Total Ridge Length | | | | | | |
| **Total:  Roof** | | | **15.99** | **1,354.77** | | **767.54** | **587.23** |

**Front Elevation**

| | | |
|---|---|---|
| 0.00  SF Walls | 0.00  SF Ceiling | 0.00  SF Walls & Ceiling |
| 0.00  SF Floor | 0.00  SF Short Wall | 0.00  LF Floor Perimeter |
| 0.00  SF Long Wall | | 0.00  LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| No wind or hail damage found at the time of inspection | | | | | | | |
| **Totals:  Front Elevation** | | | **0.00** | **0.00** | | **0.00** | **0.00** |

**Left Elevation**

| | | |
|---|---|---|
| 0.00  SF Walls | 0.00  SF Ceiling | 0.00  SF Walls & Ceiling |
| 0.00  SF Floor | 0.00  SF Short Wall | 0.00  LF Floor Perimeter |
| 0.00  SF Long Wall | | 0.00  LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|

**Exhibit A - Page 10 of 18**

**State Farm**

06-9711-J86

**CONTINUED - Left Elevation**

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| Paint door or window opening - 2 coats (per side) | | | | | | | |
| | 1.00 EA | 23.78 | 0.16 | 23.94 | | (11.97) | 11.97 |
| | | | | | Avg. | 50.00% | |
| **Totals:  Left Elevation** | | | **0.16** | **23.94** | | **11.97** | **11.97** |

**Right Elevation**

| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
|---|---|---|
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| Paint door or window opening - 2 coats (per side) | | | | | | | |
| | 1.00 EA | 23.78 | 0.16 | 23.94 | | (11.97) | 11.97 |
| | | | | | Avg. | 50.00% | |
| **Totals:  Right Elevation** | | | **0.16** | **23.94** | | **11.97** | **11.97** |

**Rear Elevation**

| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
|---|---|---|
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| No wind or hail damage found at the time of inspection | | | | | | | |
| **Totals:  Rear Elevation** | | | **0.00** | **0.00** | | **0.00** | **0.00** |

Area Totals:  Shed

| 9.94 Exterior Wall Area | | |
|---|---|---|
| 275.33 Surface Area | 2.75 Number of Squares | 133.32 Total Perimeter Length |
| 59.27 Total Ridge Length | | |

| **Total:  Shed** | **16.31** | **1,402.65** | | **791.48** | **611.17** |
|---|---|---|---|---|---|

**Exhibit A - Page 11 of 18**

**State Farm**

06-9711-J86

### Debris Removal

|               |                |                 |
|---------------|----------------|-----------------|
| 0.00  SF Walls | 0.00  SF Ceiling | 0.00  SF Walls & Ceiling |
| 0.00  SF Floor | 0.00  SF Short Wall | 0.00  LF Floor Perimeter |
| 0.00  SF Long Wall |              | 0.00  LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| Haul debris - per pickup truck load - including dump fees | | | | | | | |
| | 1.00 EA | 134.77 | 0.00 | 134.77 | | | 134.77 |
| Item allowed for debris removal of non-roofing items | | | | | | | |
| **Totals:  Debris Removal** | | | **0.00** | **134.77** | | **0.00** | **134.77** |

## Barn

### Main Level

#### Barn



|               |                |                 |
|---------------|----------------|-----------------|
| 565.01  Surface Area | | 5.65  Number of Squares |
| 68.25  Total Perimeter Length | | 84.75  Total Ridge Length |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| Tear off, haul and dispose of comp. shingles - 3 tab | | | | | | | |
| | 5.65 SQ | 50.01 | 0.00 | 282.56 | | | 282.56 |
| Add. layer of comp. shingles, remove & disp. - 3 tab | | | | | | | |
| | 5.65 SQ | 32.49 | 0.00 | 183.57 | | | 183.57 |
| Tear off, haul and dispose of wood shakes/shingles | | | | | | | |
| | 5.65 SQ | 61.16 | 0.00 | 345.55 | | | 345.55 |
| Sheathing - plywood - 5/8" CDX | | | | | | | |
| | 565.01 SF | 2.62 | 21.02 | 1,501.35 | | | 1,501.35 |
| 3 tab - 25 yr. - composition shingle roofing - incl. felt | | | | | | | |
| | 6.67 SQ | 281.63 | 29.73 | 1,908.20 | 15/25 yrs Avg. | (1,144.92) 60.00% | 763.28 |
| **Totals:  Barn** | | | **50.75** | **4,221.23** | | **1,144.92** | **3,076.31** |

**State Farm**

06-9711-J86



### Metal Roofing

347.06  Surface Area          3.47  Number of Squares
52.82  Total Perimeter Length

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| R&R Metal roofing | | | | | | | |
| | 347.06 SF | 6.98 | 19.99 | 2,442.47 | 10/75 yrs Avg. | (325.67) 13.33% | 2,116.80 |
| **Totals:  Metal Roofing** | | | **19.99** | **2,442.47** | | **325.67** | **2,116.80** |

Area Totals:  Main Level

358.69  Exterior Wall Area
912.08  Surface Area          9.12  Number of Squares          242.14  Total Perimeter Length
84.75  Total Ridge Length

| **Total:  Main Level** | | | **70.74** | **6,663.70** | | **1,470.59** | **5,193.11** |
|---|---|---|---|---|---|---|---|

Area Totals:  Barn

358.69  Exterior Wall Area
912.08  Surface Area          9.12  Number of Squares          242.14  Total Perimeter Length
84.75  Total Ridge Length

| **Total:  Barn** | | | **70.74** | **6,663.70** | | **1,470.59** | **5,193.11** |
|---|---|---|---|---|---|---|---|
| **Line Item Totals:  06-9711-J86** | | | **301.17** | **23,417.21** | | **11,182.23** | **12,234.98** |

| COVERAGE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|
| Coverage A - Dwelling - 35 Windstorm and Hail | 214.12 | 15,216.09 | (8,920.16) | 6,295.93 |
| Coverage A - Other Structures - 35 Windstorm and Hail | 87.05 | 8,201.12 | (2,262.07) | 5,939.05 |
| Total | 301.17 | 23,417.21 | (11,182.23) | 12,234.98 |

### Grand Total Areas:

1,999.14  Exterior Wall Area

3,378.87  Surface Area          33.79  Number of Squares          942.02  Total Perimeter Length
203.02  Total Ridge Length

Date:     9/9/2019 1:12 PM                                                                     Page: 13

## Trade Summary

Includes all applicable Tax, General Contractor O&P, and Labor Minimums

| DESCRIPTION | LINE ITEM QTY | REPL. COST TOTAL | ACV | NON-REC. DEPREC. | MAX ADDL. AMT AVAIL. |
|---|---|---|---|---|---|
| **CON      CONTENT MANIPULATION** | | | | | |
| Content Manipulation charge - per hour | 1.00 HR | $42.54 | $42.54 | $0.00 | $0.00 |
| **TOTAL CONTENT MANIPULATION** | | **$42.54** | **$42.54** | **$0.00** | **$0.00** |
| **DMO      GENERAL DEMOLITION** | | | | | |
| Haul debris - per pickup truck load - including dump fees | 1.00 EA | $134.77 | $134.77 | $0.00 | $0.00 |
| **TOTAL GENERAL DEMOLITION** | | **$134.77** | **$134.77** | **$0.00** | **$0.00** |
| **FRM      FRAMING & ROUGH CARPENTRY** | | | | | |
| R&R Deck planking - cedar (per SF) | 236.00 SF | $2,304.21 | $1,152.10 | $0.00 | $1,152.11 |
| R&R Deck guard rail - cedar | 43.67 LF | $1,744.61 | $872.30 | $0.00 | $872.31 |
| **TOTAL FRAMING & ROUGH CARPENTRY** | | **$4,048.82** | **$2,024.40** | **$0.00** | **$2,024.42** |
| **PNT      PAINTING** | | | | | |
| Stain/finish deck | 236.00 SF | $166.99 | $133.59 | $0.00 | $33.40 |
| Stain/finish deck handrail | 43.67 LF | $231.28 | $185.03 | $0.00 | $46.25 |
| Paint door or window opening - 2 coats (per side) | 2.00 EA | $47.88 | $23.94 | $0.00 | $23.94 |
| Stain & finish stair skirt/apron | 49.67 LF | $298.68 | $238.95 | $0.00 | $59.73 |
| Prime & paint roof vent | 6.00 EA | $167.30 | $33.46 | $0.00 | $133.84 |
| **TOTAL PAINTING** | | **$912.13** | **$614.97** | **$0.00** | **$297.16** |
| **RFG      ROOFING** | | | | | |
| 3 tab - 25 yr. - composition shingle roofing - incl. felt | 6.67 SQ | $1,908.20 | $763.28 | $0.00 | $1,144.92 |
| Laminated - comp. shingle rfg. - w/ felt | 24.33 SQ | $7,314.59 | $1,706.73 | $0.00 | $5,607.86 |
| Laminated - comp. shingle rfg. - w/ felt | 3.33 SQ | $1,001.14 | $233.60 | $0.00 | $767.54 |
| Add. layer of comp. shingles, remove & disp. - 3 tab | 5.65 SQ | $183.57 | $183.57 | $0.00 | $0.00 |
| Tear off, haul and dispose of comp. shingles - 3 tab | 5.65 SQ | $282.56 | $282.56 | $0.00 | $0.00 |
| Tear off, haul and dispose of comp. shingles - Laminated | 21.91 SQ | $1,143.70 | $1,143.70 | $0.00 | $0.00 |
| Tear off, haul and dispose of comp. shingles - Laminated | 2.75 SQ | $143.55 | $143.55 | $0.00 | $0.00 |
| R&R Chimney flashing - large (32" x 60") | 1.00 EA | $620.95 | $212.90 | $0.00 | $408.05 |
| Flashing - pipe jack | 1.00 EA | $46.93 | $16.09 | $0.00 | $30.84 |
| Additional charge for high roof (2 stories or greater) | 11.67 SQ | $275.88 | $275.88 | $0.00 | $0.00 |
| Additional charge for high roof (2 stories | 10.44 SQ | $50.63 | $50.63 | $0.00 | $0.00 |

Note:  Slight variances may be found within report sections due to rounding

Date:      9/9/2019 1:12 PM

**Exhibit A - Page 14 of 18**

## Trade Summary

Includes all applicable Tax, General Contractor O&P, and Labor Minimums

| DESCRIPTION | LINE ITEM QTY | REPL. COST TOTAL | ACV | NON-REC. DEPREC. | MAX ADDL. AMT AVAIL. |
|---|---|---|---|---|---|
| **RFG     ROOFING** | | | | | |
| or greater) | | | | | |
| R&R Metal roofing | 347.06 SF | $2,442.47 | $2,116.80 | $0.00 | $325.67 |
| Ridge cap - High profile - composition shingles | 59.00 LF | $410.19 | $95.71 | $0.00 | $314.48 |
| Sheathing - plywood - 5/8" CDX | 565.01 SF | $1,501.35 | $1,501.35 | $0.00 | $0.00 |
| Additional charge for steep roof greater than 12/12 slope | 1.67 SQ | $177.64 | $177.64 | $0.00 | $0.00 |
| Remove Additional charge for steep roof greater than 12/12 slope | 1.38 SQ | $32.44 | $32.44 | $0.00 | $0.00 |
| Roof vent - turtle type - Metal | 6.00 EA | $397.61 | $136.32 | $0.00 | $261.29 |
| Tear off, haul and dispose of wood shakes/shingles | 5.65 SQ | $345.55 | $345.55 | $0.00 | $0.00 |
| **TOTAL ROOFING** | | **$18,278.95** | **$9,418.30** | **$0.00** | **$8,860.65** |
| **TOTALS** | | **$23,417.21** | **$12,234.98** | **$0.00** | **$11,182.23** |

Note:  Slight variances may be found within report sections due to rounding



Shed - Roof



Roof

**Exhibit A - Page 17 of 18**



F1

F2

Barn

F3

F4

Metal Roofing

F5



Main Level

# EXHIBIT B

| | |
|---|---|
| **From:** | ▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of Scott Ponzio ▮▮▮▮ |
| **Sent:** | Friday, August 30, 2019 5:29 PM |
| **To:** | ▮▮▮▮▮▮▮▮▮ |
| **Cc:** | ▮▮▮▮▮▮▮ @rtproofingco.com |
| **Subject:** | [EXTERNAL]  SF Claim #06-9711-J86 |
| **Attachments:** | Estimate.pdf |



Customer contact information:

▮▮▮▮▮▮▮▮▮

Job: 4857

▮▮▮▮▮▮▮▮

Sedalia, CO,



Scott Ponzio

Reply directly to this email to respond.

[You can view the whole email thread here](#)

This communication is powered by 





**RTP Roofing Co.**
4011 S. Federal Blvd. Sheridan, Co. 80110
Phone: (303) 791-2223

██████████████

**Claim Information:**
State Farm
Claim Number: 06-9711J86
**Company Representative:**
Scott Ponzio
(303) 791-2223
███ @rtproofingco.com
**Job Number:** 4857

**Customer Info:**
Job #: 4857

██████████

██████████████████,

Sedalia, CO, ████

██████████████

# House-Re-Roofing Estimate

| Description | Quantity | Unit | Price | Total |
|---|---|---|---|---|
| Permit Fee To Be Determined Upon Purchase. -- Douglas County | 1 | EA | $0.00 | $0.00 |
| Remove Tear off - 1 layer, haul and dispose of shingles - Laminated or equivalent | 21.91 | SQ | $52.20 | $1,143.70 |
| Remove Additional charge for-Removal-High Roof Charge, 2-Story | 10.44 | SQ | $4.85 | $50.63 |
| Remove Additional charge-Removal-No Dump Access Charge | 8.91 | SQ | $15.00 | $133.65 |
| R & R Drip edge / Gutter Apron | 146 | LF | $2.72 | $397.12 |
| R & R Rake Edge | 122 | LF | $2.59 | $315.98 |
| Replace Roofing felt - 30 lb. | 21.91 | SQ | $43.07 | $943.66 |
| R & R Flashing - pipe jack | 2 | EA | $52.67 | $105.34 |
| R & R Roof vent, Slant Back, Metal | 6 | EA | $73.43 | $440.58 |
| Charge Spray Paint (Penatrations) | 8 | EA | $27.44 | $219.52 |
| R & R Step flashing | 31 | LF | $11.03 | $341.93 |
| Replace Step flash Kicker / Diverter | 2 | EA | $33.49 | $66.98 |
| R & R Chimney flashing-Large (32" X 60") | 1 | EA | $616.49 | $616.49 |
| Skylights Skylights-reflective tube-flash/dome-Detach & reset | 1 | EA | $36.58 | $36.58 |
| R & R Additional charge for-Replace, High roof charge - 2 story | 11.67 | SQ | $23.64 | $275.88 |
| Install Additional charge-Install-Hand load Material Charge | 10 | SQ | $15.00 | $150.00 |
| R & R Starter shingles-universal starter course--CODE REQUIRES | 268 | LF | $2.48 | $664.64 |
| Replace Shingle- Laminated- Standard without felt 3-4/blds » Malarkey » VISTA - Class #3 Shingle | 24.33 | SQ | $257.80 | $6,272.27 |
| Replace Ridge cap - Standard profile-composition shingles | 59 | LF | $8.84 | $521.56 |

**House-Re-Roofing Estimate total: $12,696.51**

# Barn-Re-Roofing Estimate

| Description | Quantity | Unit | Price | Total |
|---|---|---|---|---|
| Permit Fee To Be Determined Upon Purchase. -- Douglas County | 1 | EA | $0.00 | $0.00 |
| Remove Tear off - 1 layer, haul and dispose of shingles - Laminated or equivalent | 6.07 | SQ | $52.20 | $316.85 |
| Remove Additional charge for Steep Roof Charge, 12/12 - Greater | 3.08 | SQ | $23.51 | $72.41 |
| R & R Drip edge / Gutter Apron | 55 | LF | $2.72 | $149.60 |
| R & R Rake Edge | 66 | LF | $2.59 | $170.94 |
| Replace Roofing felt - 15 lb. | 6.07 | SQ | $37.34 | $226.65 |
| Replace Detach & reset, Weather Vain | 1 | EA | $36.31 | $36.31 |
| R & R Replace, Steep roof charge, greater than 12/12 | 3.67 | SQ | $106.37 | $390.38 |
| Replace Shingle- Laminated- Standard without felt 3-4/blds » Malarkey » VISTA - Class #3 Shingle | 6.67 | SQ | $257.80 | $1,719.53 |
| Replace Ridge cap - Standard profile-composition shingles | 30 | LF | $8.84 | $265.20 |

**Barn-Re-Roofing Estimate total: $3,347.87**

# Detached Shed-Re-Roofing Estimate

| Description | Quantity | Unit | Price | Total |
|---|---|---|---|---|
| Remove Tear off - 1 layer, haul and dispose of shingles - Laminated or equivalent | 2.17 | SQ | $52.20 | $113.27 |
| Remove Additional charge for Steep Roof Charge, 7/12 - 9/12 | 0.98 | SQ | $12.04 | $11.80 |
| R & R Drip edge / Gutter Apron | 39 | LF | $2.72 | $106.08 |
| R & R Rake Edge | 22 | LF | $2.59 | $56.98 |

| | | | | |
|---|---|---|---|---|
| Replace Roofing felt - 30 lb. | 2.17 | SQ | $43.07 | $93.46 |
| Install Double felt - 15 lb. Low slope | 1.2 | SQ | $65.78 | $78.94 |
| R & R Replace, Steep roof charge, 7/12 to 9/12 | 1.33 | SQ | $53.52 | $71.18 |
| Replace Shingle- Laminated- Standard without felt 3-4/blds » Malarkey » VISTA - Class #3 Shingle | 2.67 | SQ | $257.80 | $688.33 |
| Replace Ridge cap - Standard profile-composition shingles | 20 | LF | $8.84 | $176.80 |

**Detached Shed-Re-Roofing Estimate total: $1,396.84**

Total for all sections:  $17,441.22

Total: | $17,441.22 |

**Notes/Comments:**

 State Farm Claim #06-9711J86

Hello State Farm and Mr. & Mrs. ▮▮▮▮, please review our estimate to confirm our differences.  We last installed this roof on 8/19-2002 and have the original paperwork.  I believe are differences are;

On the House

1-Missing one pipe jack.

2-Nothing listed for the gutter apron and the drip edge--required by code.

3-Nothing listed for step flashing.  It will be penetrated and dented when its removed.

4-Nothing listed for the access charges and issues for the NO DUMP and HAND LOAD for the right lower section of the home.  This section is NOT accessible for the removal of the shingles due to the location of the driveway and for the loading of the material by our Nation Roofing Supply Company.

5-Nothing listed for the detach and reset of the sun tunnel.

6-We installed 30# felt on this home in 2002 and the insurance company is paying for 15# felt.

7-Nothing listed for painting of the pipe jacks.  NO THEY DO NOT COM PRE-FINISHED.

Barn--Insurance company did NOT credit for both sides.

1-Nothing listed for the gutter apron and rake metal -required by code.

2-Nothing listed for the ridge shingles.

3-Nothing listed to detach and reset the Weather Vain.

Detached Shed-The insurance company did not list anything.

Please contact me after you complete your review and comparison.

Scott Ponzio

**RTP ROOFING COMPANY WARRANTY:**

**FROM THE DATE OF COMPLETION, RTP ROOFING COMPANY HAS A TEN YEAR LABOR AND WORKMANSHIP WARRANTY ON THE WORK PERFORMED.**

**COLORADO RIGHTS:**

**PER COLORADO LAW (SB-38) YOU HAVE A 72 HOUR RIGHT OF RESCISSION AFTER SIGNING A CONTRACT OR AFTER RECEIVING NOTICE IN WRITING THAT YOUR INSURANCE CLAIM HAS BEEN DENIED. YOUR ROOFING CONTRACTOR CANNOT PAY OR WAIVE YOUR INSURANCE DEDUCTIBLE.**

**RTP ROOFING COMPANY'S INSURER IS - PINNACOL ASSURANCE FOR ALL OUR EMPLOYEES.**

**SEE ADDITIONAL TERMS AND CONDITIONS - BY SIGNING THIS ESTIMATE, YOU AGREE TO THE TERMS AND CONDITIONS.**

| | | |
|---|---|---|
| Company Authorized Signature | Date | Customer Signature | Date |

Customer Signature                                        Date

This estimate was last edited by Scott Ponzio ((303) 791-2223, ████@rtproofingco.com) on August 30, 2019. The estimate may be withdrawn if not accepted within _____ days.

**From:** ███████████████████████████████████████████

**Sent:** Friday, August 30, 2019 5:41 PM
**To:** ████████████████████████████████████
**Cc:** ██████ @rtproofingco.com
**Subject:** [EXTERNAL]  SF Claim #06-9711-J86
**Attachments:** Estimate.pdf



Customer contact information:

████████████████████
Job: 4857

█████████████████
Sedalia, CO,

███████████████
██████████████████
██████████████████
█████████████████████

Scott Ponzio

Reply directly to this email to respond.

You can view the whole email thread here

This communication is powered by



**RTP Roofing Co.**
4011 S. Federal Blvd. Sheridan, Co. 80110
Phone: (303) 791-2223

███████████████

**Claim Information:**
State Farm
Claim Number: 06-9711J86
**Company Representative:**
Scott Ponzio
(303) 791-2223
███ @rtproofingco.com
**Job Number:** 4857



**Customer Info:**
Job #: 4857

████████████████

████████████████

Sedalia, CO, ██████

████████████████

# House-Re-Roofing Estimate

| Description | Quantity | Unit | Price | Total |
|---|---|---|---|---|
| Permit Fee To Be Determined Upon Purchase. -- Douglas County | 1 | EA | $0.00 | $0.00 |
| Remove Tear off - 1 layer, haul and dispose of shingles - Laminated or equivalent | 21.91 | SQ | $52.20 | $1,143.70 |
| Remove Additional charge for-Removal-High Roof Charge, 2-Story | 10.44 | SQ | $4.85 | $50.63 |
| Remove Additional charge-Removal-No Dump Access Charge | 8.91 | SQ | $15.00 | $133.65 |
| R & R Drip edge / Gutter Apron | 146 | LF | $2.72 | $397.12 |
| R & R Rake Edge | 122 | LF | $2.59 | $315.98 |
| Replace Roofing felt - 30 lb. | 21.91 | SQ | $43.07 | $943.66 |
| R & R Flashing - pipe jack | 2 | EA | $52.67 | $105.34 |
| R & R Roof vent, Slant Back, Metal | 6 | EA | $73.43 | $440.58 |
| Charge Spray Paint (Penatrations) | 8 | EA | $27.44 | $219.52 |
| R & R Step flashing | 31 | LF | $11.03 | $341.93 |
| Replace Step flash Kicker / Diverter | 2 | EA | $33.49 | $66.98 |
| R & R Chimney flashing-Large (32" X 60") | 1 | EA | $616.49 | $616.49 |
| Skylights Skylights-reflective tube-flash/dome-Detach & reset | 1 | EA | $36.58 | $36.58 |
| R & R Additional charge for-Replace, High roof charge - 2 story | 11.67 | SQ | $23.64 | $275.88 |
| Install Additional charge-Install-Hand load Material Charge | 10 | SQ | $15.00 | $150.00 |
| R & R Starter shingles-universal starter course--CODE REQUIRES | 268 | LF | $2.48 | $664.64 |
| Replace Shingle- Laminated- Standard without felt 3-4/blds » Malarkey » VISTA - Class #3 Shingle | 24.33 | SQ | $257.80 | $6,272.27 |
| Replace Ridge cap - Standard profile-composition shingles | 59 | LF | $8.84 | $521.56 |

**House-Re-Roofing Estimate total: $12,696.51**

# Barn-Re-Roofing Estimate

| Description | Quantity | Unit | Price | Total |
|---|---|---|---|---|
| Permit Fee To Be Determined Upon Purchase. -- Douglas County | 1 | EA | $0.00 | $0.00 |
| Remove Tear off - 1 layer, haul and dispose of shingles - Laminated or equivalent | 6.07 | SQ | $52.20 | $316.85 |
| Remove Tear off - 2 layers, haul and dispose of shingles - 3 tab or equivalent | 6.07 | SQ | $34.99 | $212.39 |
| Remove Additional charge for Steep Roof Charge, 12/12 - Greater | 3.08 | SQ | $23.51 | $72.41 |
| R & R Drip edge / Gutter Apron | 55 | LF | $2.72 | $149.60 |
| R & R Rake Edge | 66 | LF | $2.59 | $170.94 |
| Replace Roofing felt - 15 lb. | 6.07 | SQ | $37.34 | $226.65 |
| Replace Detach & reset, Weather Vain | 1 | EA | $36.31 | $36.31 |
| R & R Replace, Steep roof charge, greater than 12/12 | 3.67 | SQ | $106.37 | $390.38 |
| Replace Shingle- Laminated- Standard without felt 3-4/blds » Malarkey » VISTA - Class #3 Shingle | 6.67 | SQ | $257.80 | $1,719.53 |
| Replace Ridge cap - Standard profile-composition shingles | 30 | LF | $8.84 | $265.20 |

**Barn-Re-Roofing Estimate total: $3,560.26**

# Detached Shed-Re-Roofing Estimate

| Description | Quantity | Unit | Price | Total |
|---|---|---|---|---|
| Remove Tear off - 1 layer, haul and dispose of shingles - Laminated or equivalent | 2.17 | SQ | $52.20 | $113.27 |
| Remove Additional charge for Steep Roof Charge, 7/12 - 9/12 | 0.98 | SQ | $12.04 | $11.80 |
| R & R Drip edge / Gutter Apron | 39 | LF | $2.72 | $106.08 |

| | | | | |
|---|---|---|---|---|
| R & R Rake Edge | 22 | LF | $2.59 | $56.98 |
| Replace Roofing felt - 30 lb. | 2.17 | SQ | $43.07 | $93.46 |
| Install Double felt - 15 lb. Low slope | 1.2 | SQ | $65.78 | $78.94 |
| R & R Replace, Steep roof charge, 7/12 to 9/12 | 1.33 | SQ | $53.52 | $71.18 |
| Replace Shingle- Laminated- Standard without felt 3-4/blds » Malarkey » VISTA - Class #3 Shingle | 2.67 | SQ | $257.80 | $688.33 |
| Replace Ridge cap - Standard profile-composition shingles | 20 | LF | $8.84 | $176.80 |

**Detached Shed-Re-Roofing Estimate total: $1,396.84**

Total for all sections:  $17,653.61

Total:  $17,653.61

**Notes/Comments:**

State Farm Claim #06-9711-J86

This is a revised estimate that shows the two layers on the Barn.

Please read the differences that I found between us on the previous email estimated that I just sent.

Scott Ponzio

**RTP ROOFING COMPANY WARRANTY:**

**FROM THE DATE OF COMPLETION, RTP ROOFING COMPANY HAS A TEN YEAR LABOR AND WORKMANSHIP WARRANTY ON THE WORK PERFORMED.**

**COLORADO RIGHTS:**

**PER COLORADO LAW (SB-38) YOU HAVE A 72 HOUR RIGHT OF RESCISSION AFTER SIGNING A CONTRACT OR AFTER RECEIVING NOTICE IN WRITING THAT YOUR INSURANCE CLAIM HAS BEEN DENIED. YOUR ROOFING CONTRACTOR CANNOT PAY OR WAIVE YOUR INSURANCE DEDUCTIBLE.**

**RTP ROOFING COMPANY'S INSURER IS - PINNACOL ASSURANCE FOR ALL OUR EMPLOYEES.**

**SEE ADDITIONAL TERMS AND CONDITIONS - BY SIGNING THIS ESTIMATE, YOU AGREE TO THE TERMS AND CONDITIONS.**

_____     _____     _____     _____
Company Authorized Signature                        Date              Customer Signature                          Date

                                                                              _____     _____
                                                                              Customer Signature                          Date

This estimate was last edited by Scott Ponzio ((303) 791-2223, ▮▮@rtproofingco.com) on August 30, 2019. The estimate may be withdrawn if not accepted within _____ days.

# EXHIBIT C

**From:** ███████████████████████ on behalf of Scott Ponzio

**Sent:** ██████ Monday, October 21, 2019 12:53 PM

**To:** ███████████████████████████

**Cc:** ████████ @rtproofingco.com

**Subject:** [EXTERNAL]  State Farm claim #06-9711-J86

**Attachments:** ██████-SF claim #06-9711-J86-invoice and permit.pdf.pdf



Hello State Farm, Mr. & Mrs. ████████ and the Pueblo Credit Union.

All of the work is completed. Please review our detailed line item list of work performed, our invoice and the 3 permits included in this attachment.

We are requesting that you release to our shared customer, all of the recoverable depreciation, supplements, permits and customer funds as soon as possible.

If you have any questions, please feel free to contact me.

Scott Ponzio
RTP Roofing Co

Customer contact information:



Job: 4857

Sedalia, CO

Scott Ponzio

Reply directly to this email to respond.

You can view the whole email thread here



This communication is powered by

# **Invoice**



| Invoice Date | Invoice |
|---|---|
| October 21, 2019 | 4857 |
| **Due Date** | **Sales Rep** |
| Upon Receipt | Scott Ponzio |

Bill To:



Sedalia, CO ▇

## Contract

| Description | Amount |
|---|---|
| House-Re-Roofing Estimate | $12,863.76 |
| Barn-Re-Roofing Estimate | $5,460.16 |
| Detached Shed-Re-Roofing Estimate | $1,435.59 |
| Metal Roofing | $2,439.83 |

Total Contract: **$22,199.34**

Remit Payment to:

**RTP Roofing Co.**
4011 S. Federal Blvd.
Sheridan, Co. 80110
(303) 791-2223

| | |
|---|---|
| Invoiced Total: | **$22,199.34** |
| Payments/Credits: | **$0.00** |
| Balance Due: | **$22,199.34** |

**Notes/Comments:**

State Farm claim #06-9711-J86

All work completed on Saturday October 19th, 2019

Invoiced on 10-21-2019

## **RTP ROOFING COMPANY WARRANTY:**

**FROM THE DATE OF COMPLETION, RTP ROOFING COMPANY HAS A TEN YEAR LABOR AND WORKMANSHIP WARRANTY ON THE WORK PERFORMED.**

**Exhibit C - Page 02 of 05**



**RTP Roofing Co.**
4011 S. Federal Blvd. Sheridan, Co. 80110
Phone: (303) 791-2223

**Customer Info:**
Job #: 4857

Sedalia, CO,

**Claim Information:**
State Farm
Claim Number: 06-9711J86
**Company Representative:**
Scott Ponzio
(303) 791-2223
@rtproofingco.com
**Job Number:** 4857

# House-Re-Roofing Estimate

| Description | Quantity | Unit | Price | Total |
|---|---|---|---|---|
| Permit Fee To Be Determined Upon Purchase. -- Douglas County | 1 | EA | $167.25 | $167.25 |
| Remove Tear off - 1 layer, haul and dispose of shingles - Laminated or equivalent | 21.91 | SQ | $52.20 | $1,143.70 |
| Remove Additional charge for-Removal-High Roof Charge, 2-Story | 10.44 | SQ | $4.85 | $50.63 |
| Remove Additional charge-Removal-No Dump Access Charge | 8.91 | SQ | $15.00 | $133.65 |
| R & R Drip edge / Gutter Apron | 146 | LF | $2.72 | $397.12 |
| R & R Rake Edge | 122 | LF | $2.59 | $315.98 |
| Replace Roofing felt - 30 lb.--WE INSTALLED SYNTHETIC UNDERLAYMENT | 21.91 | SQ | $43.07 | $943.66 |
| R & R Flashing - pipe jack | 2 | EA | $52.67 | $105.34 |
| R & R Roof vent, Slant Back, Metal | 6 | EA | $73.43 | $440.58 |
| Charge Spray Paint (Penatrations) | 8 | EA | $27.44 | $219.52 |
| R & R Step flashing | 31 | LF | $11.03 | $341.93 |
| Replace Step flash Kicker / Diverter | 2 | EA | $33.49 | $66.98 |
| R & R Chimney flashing-Large (32" X 60") | 1 | EA | $616.49 | $616.49 |
| Skylights Skylights-reflective tube-flash/dome-Detach & reset | 1 | EA | $36.58 | $36.58 |
| R & R Additional charge for-Replace, High roof charge - 2 story | 11.67 | SQ | $23.64 | $275.88 |
| Install Additional charge-Install-Hand load Material Charge | 10 | SQ | $15.00 | $150.00 |
| R & R Starter shingles-universal starter course--CODE REQUIRES | 268 | LF | $2.48 | $664.64 |
| Replace Shingle- Laminated- Standard without felt 3-4/blds » Malarkey » VISTA - Class #3 Shingle » Midnight Black | 24.33 | SQ | $257.80 | $6,272.27 |
| Replace Ridge cap - Standard profile-composition shingles | 59 | LF | $8.84 | $521.56 |

**House-Re-Roofing Estimate total: $12,863.76**

*SF claim # 06-9711-J86*

**Exhibit C - Page 03 of 05**

# Barn-Re-Roofing Estimate

| Description | Quantity | Unit | Price | Total |
|---|---|---|---|---|
| Permit Fee To Be Determined Upon Purchase. -- Douglas County | 1 | EA | $97.25 | $97.25 |
| Remove Tear off - 1 layer, haul and dispose of shingles - Laminated or equivalent | 6.07 | SQ | $52.20 | $316.85 |
| Remove Tear off - 2 layers, haul and dispose of shingles - 3 tab or equivalent | 6.07 | SQ | $34.99 | $212.39 |
| Remove Tear off, haul and dispose of wood shakes | 6.07 | SQ | $62.88 | $381.68 |
| Remove Additional charge for Steep Roof Charge, 12/12 - Greater***THREE LAYERS-COMP, COMP, & SHAKE | 9.24 | SQ | $23.51 | $217.23 |
| Install Sheathing, OSB - 1/2" | 607 | SF | $2.10 | $1,274.70 |
| Install Steep roof charge for sheathing - over 12/12 | 3.08 | SF | $0.47 | $1.45 |
| R & R Drip edge / Gutter Apron | 55 | LF | $2.72 | $149.60 |
| R & R Rake Edge | 66 | LF | $2.59 | $170.94 |
| Replace Roofing felt - 15 lb. | 6.07 | SQ | $37.34 | $226.65 |
| Replace Detach & reset, Weather Vain | 1 | EA | $36.31 | $36.31 |
| R & R Replace, Steep roof charge, greater than 12/12 | 3.67 | SQ | $106.37 | $390.38 |
| Replace Shingle- Standard without felt 3-4/blds » Malarkey » VISTA - Class #3 Shingle » Midnight Black | 6.67 | SQ | $257.80 | $1,719.53 |
| Replace Ridge cap - Standard profile-composition shingles | 30 | LF | $8.84 | $265.20 |

**Barn-Re-Roofing Estimate total: $5,460.16**

# Detached Shed-Re-Roofing Estimate

| Description | Quantity | Unit | Price | Total |
|---|---|---|---|---|
| Remove Tear off - 1 layer, haul and dispose of shingles - Laminated or equivalent | 2.17 | SQ | $52.20 | $113.27 |
| Remove Additional charge for Steep Roof Charge, 7/12 - 9/12 | 0.98 | SQ | $12.04 | $11.80 |
| R & R Drip edge / Gutter Apron | 39 | LF | $2.72 | $106.08 |
| R & R Rake Edge | 22 | LF | $2.59 | $56.98 |
| Replace Roofing felt - 30 lb. | 2.17 | SQ | $43.07 | $93.46 |
| Install Double felt - 15 lb. Low slope | 1.2 | SQ | $65.78 | $78.94 |
| R & R Replace, Steep roof charge, 7/12 to 9/12 | 1.33 | SQ | $53.52 | $71.18 |
| Replace Shingle- Laminated- Standard without felt 3-4/blds » Malarkey » VISTA - Class #3 Shingle » Midnight Black | 2.67 | SQ | $257.80 | $688.33 |
| Replace Ridge cap - Standard profile-composition shingles | 20 | LF | $8.84 | $176.80 |
| Permit Fee Permit Fee To Be Determined Upon Purchase---Douglas County | 1 | EA | $38.75 | $38.75 |

**Detached Shed-Re-Roofing Estimate total: $1,435.59**

# Metal Roofing

SF Claim # 06-9711-J86

Exhibit C - Page 04 of 05

| Description | Quantity | Unit | Price | Total |
|---|---|---|---|---|
| R & R Metal roofing-corrugated-26 gauge--OFF AND ON WITH TAXES | 347.06 | SF | $7.03 | $2,439.83 |

**Metal Roofing total: $2,439.83**

Total for all sections:   $22,199.34

Total:   $22,199.34

**Notes/Comments:**

State Farm claim #06-9711-J86

Completed 10-19-2019

Invoiced 10-21-21019

_invoiced_

Company Authorized Signature                Date            Customer Signature                Date

Customer Signature                Date

This estimate was last edited by Scott Ponzio ((303) 791-2223, ▮rtproofingco.com) on October 21, 2019. The estimate may be withdrawn if not accepted within ____ days.

**Exhibit C - Page 05 of 05**

# EXHIBIT D

06-B397-3M4



**State Farm**
**P.O. Box 106169**
**Atlanta, GA  30348-6169**
**Fax: 1-844-236-3646**
**statefarmfireclaims@statefarm.com**

# Structural Damage Claim Policy

When you have a covered structural damage claim to your real property, you should know:

- We want you to receive quality repair work to restore the damages to your property.

- We will provide you with a detailed estimate of the scope of the damage and costs of repairs. Should the contractor you select have questions concerning our estimate, they should contact your claim representative directly.

- Depending upon the complexity of your repair, our estimate may or may not include an allowance for general contractor's overhead and profit. If you have questions regarding general contractor's overhead and profit and whether general contractor services are appropriate for your loss, please contact your claim representative before proceeding with repairs.

- There may be building codes, ordinances, laws, or regulations that affect the repairs of your property. These items may or may not be covered by your policy. Please contact your claim representative if you have any questions regarding coverage which may be available under your policy.

- If you select a contractor whose estimate is the same as or lower than our estimate, based on the same scope of damages, we will pay based upon their estimate. If your contractor's estimate is higher than ours, you should contact your claim representative prior to beginning repairs.

- State Farm® cannot authorize any contractor to proceed with work on your property. Repairs should proceed only with your authorization.

- State Farm does not guarantee the quality of the workmanship of any contractor or guarantee that the work will be accomplished within any specific time frame.

- It is understood that the contractor is hired by you, our insured, and that they work for you - not State Farm.

If you have any questions or need additional information regarding your claim, please contact your claim representative immediately.

06-B397-3M4

 **State Farm**   **Building Estimate Summary Guide**

**This summary guide is based on a sample estimate and is provided for reference only.**
**Please refer to the estimate for specifics of your claim.**

---

### State Farm Insurance

| | |
|---|---|
| Insured: Smith, Joe & Jane | Estimate: 00-0000-000 |
| Property: 1 Main Street | Claim number: 00-0000-000 |
| Anywhere, IL 00000-0000 | Policy Number: 00-00-0000-0 |
| Type of Loss: Other | Price List: ILBL8F_MAR 13 |
| Deductible: $1,000.00 | Restoration/Service/ Remodel |
| | F = Factored In, |
| | D = Do Not Apply |

### Summary for Dwelling

| | | | |
|---|---|---|---:|
| Line Item Total [1] | | | 5,953.10 |
| Material Sales Tax | @ | 10.000% x 1,520.00 | |
| Subtotal | | | 6,105.10 |
| General Contractor Overhead [2] | @ | 10.0% x 6,105.10 | 610.51 |
| General Contractor Profit | @ | 10.0% x 6,105.10 | |
| Replacement Cost Value (Including General Contractor Overhead and Profit) [3] | | | 7,326.12 |
| Less Depreciation (Including Taxes) [4] | | | (832.50) |
| Less General Contractor Overhead & Profit on Recoverable & | | | |
| Non - recoverable Depreciation | | | (166.50) |
| Less Deductible [5] | | | |
| Net Actual Cash Value Payment [6] | | | |

### Maximum Additional Amounts Available If Incurred:

| | |
|---|---:|
| Total Line Item Depreciation (Including Taxes) [4] | 832.50 |
| Less Non - recoverable Depreciation (Including Taxes) [7] | |
| Subtotal | 312.50 |
| General Contractor O&P on Depreciation | 166.50 |
| Less General Contractor O&P on Non - recoverable Depreciation | |
| Subtotal | |
| Total Maximum Additional Amounts Available If Incurred [8] | |
| Total Amount of Claim If Incurred [9] | |

_____
Claim Representative

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

---

1. **Line Item Total –** Total value of all line items in the estimate plus possible adjustments for *labor minimums. Labor Minimum* is to cover a certain minimum number of hours for drive-time, set up time and applicable administrative costs and repairs.

2. **General Contractor's Overhead and Profit –** General contractor's charge for coordinating your repairs.

3. **Replacement Cost Value (RCV) –** Estimated cost to repair or replace damaged property.

4. **Depreciation –** The decrease in the value of property over a period of time due to wear, tear, condition, and obsolescence. A portion or all of this amount may be eligible for replacement cost benefits.

5. **Deductible –** The insurer will pay for losses, up to the policy limits, in excess of your applicable deductible.

6. **Net Actual Cash Value Payment (ACV) –** The repair or replacement cost of the damaged part of the property less *depreciation* and *deductible.*

7. **Non Recoverable Depreciation –** *Depreciation* applied to items that are not eligible for replacement cost benefits.

8. **Total Maximum Additional Amount if Incurred –** Total amount of recoverable depreciation after actual repair or replacement of the property.

9. **Total Amount of Claim if Incurred –** Total amount of the claim, including *net actual cash value payment and total maximum additional amount available if incurred.*

---

## State Farm

06-B397-3M4

Insured: ████████████
Property: ████████████

Parker, CO ████████████

Home: ████████████
Business: ████████████
Type of Loss: Hail
Deductible: $2,243.00
Date of Loss: 9/12/2019
Date Inspected: 10/3/2019

Estimate: 06-B397-3M4
Claim Number: 06B3973M4
Policy Number: 06-GE-2461-6
Price List: CODE28_SEP19
Restoration/Service/Remodel

### Summary for 001 - Coverage A - Dwelling - 35 Windstorm and Hail

| | |
|---|---:|
| Line Item Total | 19,753.59 |
| Material Sales Tax | 293.85 |
| Replacement Cost Value | 20,047.44 |
| Less Depreciation (Including Taxes) | (8,554.86) |
| Less Deductible | (2,243.00) |
| Net Actual Cash Value Payment | $9,249.58 |

### Maximum Additional Amounts Available If Incurred:

| | | |
|---|---:|---:|
| Total Line Item Depreciation (Including Taxes) | 8,554.86 | |
| Replacement Cost Benefits | | 8,554.86 |
| Total Maximum Additional Amount Available If Incurred | | 8,554.86 |
| Total Amount of Claim If Incurred | | $17,804.44 |

████████████

████████████

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

Date:   10/6/2019 4:15 PM

Page: 3

 **State Farm**

## Explanation of Building Replacement Cost Benefits
## Homeowner Policy
### 001 - Coverage A - Dwelling - 35 Windstorm and Hail

To:   Name:
       Address:
       City:       Parker
       State/Zip:    CO,

Insured:                              Claim Number:    06B3973M4
Date of Loss:    9/12/2019                  Cause of Loss:    HAIL

Your insurance policy provides replacement cost coverage for some or all of the loss or damage to your dwelling or structures. Replacement cost coverage pays the actual and necessary cost of repair or replacement, without a deduction for depreciation, subject to your policy's limit of liability. To receive replacement cost benefits you must:

1. Complete the actual repair or replacement of the damaged part of the property within two years of the date of loss; and

2. Notify us within 30 days after the work has been completed.

3. Confirm completion of repair or replacement, by submitting invoices, receipts or other documentation to your agent or claim office.

Until these requirements have been satisfied, our payment(s) to you will be for the actual cash value of the damaged part of the property, which may include a deduction for depreciation.

Without waiving the above requirements, we will consider paying replacement cost benefits prior to actual repair or replacement if we determine repair or replacement costs will be incurred because repairs are substantially under way or you present a signed contract acceptable to us.

The estimate to repair or replace your damaged property is $20,047.44 . The enclosed claim payment to you of $9,249.58 is for the actual cash value of the damaged property at the time of loss, less any deductible that may apply. We determined the actual cash value by deducting depreciation from the estimated repair or replacement cost. Our estimate details the depreciation applied to your loss. Based on our estimate, the additional amount available to you for replacement cost benefits (recoverable depreciation) is $ 8,554.86 .

If you cannot have the repairs completed for the repair/replacement cost estimated, please contact your claim specialist prior to beginning repairs.

All policy provisions apply to your claim.

# State Farm

06-B397-3M4

### Dwelling

### Roof Structure



**Roof Surface**

| | |
|---|---|
| 2,664.24 Surface Area | 26.64 Number of Squares |
| 318.38 Total Perimeter Length | 85.99 Total Ridge Length |
| 7.58 Total Hip Length | |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| **1. Laminated - comp. shingle rfg. - w/ felt** | | | | | | | |
| | 29.33 SQ | 295.84 | 176.01 | 8,853.00 | 18/30 yrs Avg. | (5,311.80) 60.00% | 3,541.20 |
| **2. Tear off, haul and dispose of comp. shingles - Laminated** | | | | | | | |
| | 26.64 SQ | 56.85 | 0.00 | 1,514.48 | | | 1,514.48 |
| **3. Additional charge for high roof (2 stories or greater)** | | | | | | | |
| | 21.33 SQ | 5.07 | 0.00 | 108.14 | | | 108.14 |
| **4. Additional charge for high roof (2 stories or greater)** | | | | | | | |
| | 23.67 SQ | 23.64 | 0.00 | 559.56 | | | 559.56 |
| **5. Remove Additional charge for steep roof - 7/12 to 9/12 slope** | | | | | | | |
| | 5.04 SQ | 13.42 | 0.00 | 67.64 | | | 67.64 |
| **6. Additional charge for steep roof - 7/12 to 9/12 slope** | | | | | | | |
| | 5.67 SQ | 53.52 | 0.00 | 303.46 | | | 303.46 |
| **7. R&R Exhaust cap - through roof - up to 4"** | | | | | | | |
| | 1.00 EA | 94.80 | 1.25 | 96.05 | 18/35 yrs Avg. | (49.40) 51.43% | 46.65 |
| **8. Roof vent - turtle type - Metal** | | | | | | | |
| | 7.00 EA | 65.68 | 5.15 | 464.91 | 18/35 yrs Avg. | (239.10) 51.43% | 225.81 |
| **9. Flashing - pipe jack** | | | | | | | |
| | 9.00 EA | 46.60 | 3.77 | 423.17 | 18/35 yrs Avg. | (217.63) 51.43% | 205.54 |
| **10. R&R Furnace vent - rain cap and storm collar, 6"** | | | | | | | |
| | 1.00 EA | 85.75 | 1.38 | 87.13 | 18/25 yrs Avg. | (62.73) 72.00% | 24.40 |
| **11. Flashing - L flashing - galvanized** | | | | | | | |
| | 48.00 LF | 4.35 | 3.10 | 211.90 | 18/35 yrs Avg. | (108.97) 51.43% | 102.93 |
| **12. Paint trim - one coat** | | | | | | | |
| | 48.00 LF | 0.74 | 0.19 | 35.71 | 18/15 yrs Avg. | (28.57) 80.00% | 7.14 |
| **13. Roll roofing** | | | | | | | |
| | 2.02 SQ | 128.90 | 6.68 | 267.06 | 18/20 yrs Avg. | (213.64) 80.00% | 53.42 |

**State Farm**

▮▮▮▮▮▮▮                                                             06-B397-3M4

**CONTINUED - Roof Surface**

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 14. Step flashing | | | | | | | |
| | 46.00 LF | 11.03 | 3.13 | 510.51 | 18/35 yrs Avg. | (262.55) 51.43% | 247.96 |
| 15. Paint trim - one coat | | | | | | | |
| | 46.00 LF | 0.74 | 0.18 | 34.22 | 18/15 yrs Avg. | (27.37) 80.00% | 6.85 |
| **Totals: Roof Surface** | | | **200.84** | **13,536.94** | | **6,521.76** | **7,015.18** |

Area Totals: Roof Structure

| | | | | |
|---|---|---|---|---|
| 2,698.64 Exterior Wall Area | | | | |
| 2,664.24 Surface Area | | 26.64 Number of Squares | | 636.75 Total Perimeter Length |
| 85.99 Total Ridge Length | | 7.58 Total Hip Length | | |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| **Total: Roof Structure** | | | **200.84** | **13,536.94** | | **6,521.76** | **7,015.18** |

**Exterior**

**Gutters**

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 16. R&R Gutter / downspout - galvanized - up to 5" | | | | | | | |
| | 124.50 LF | 6.98 | 11.95 | 880.96 | 10/20 yrs Avg. | (440.49) 50.00% | 440.47 |
| 17. Prime & paint gutter / downspout | | | | | | | |
| | 124.50 LF | 1.28 | 1.56 | 160.92 | 10/15 yrs Avg. | (107.28) 66.67% | 53.64 |

Items in this section are for your gutters. Gutter items in elevations are for downspouts.

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Gutters** | | | **13.51** | **1,041.88** | | **547.77** | **494.11** |

**Front Elevation**

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

**Exhibit D - Page 06 of 14**

## State Farm

06-B397-3M4

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 18. Clean door / window opening (per side) | | | | | | | |
| | 5.00 EA | 13.60 | 0.01 | 68.01 | | | 68.01 |
| 19. Paint door or window opening - 2 coats (per side) | | | | | | | |
| | 2.00 EA | 23.81 | 0.40 | 48.02 | 5/15 yrs Avg. | (16.00) 33.33% | 32.02 |
| 20. Paint door or window opening - Large - 2 coats (per side) | | | | | | | |
| | 3.00 EA | 28.01 | 0.71 | 84.74 | 5/15 yrs Avg. | (28.25) 33.33% | 56.49 |
| 21. R&R Window screen, 1 - 9 SF | | | | | | | |
| | 2.00 EA | 42.59 | 3.49 | 88.67 | 5/30 yrs Avg. | (14.78) 16.67% | 73.89 |
| 22. R&R Rural mailbox | | | | | | | |
| | 1.00 EA | 56.32 | 1.48 | 57.80 | 10/20 yrs Avg. | (28.91) 50.00% | 28.89 |
| **Totals:  Front Elevation** | | | **6.09** | **347.24** | | **87.94** | **259.30** |

### Right Elevation

| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
|---|---|---|
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 23. R&R Gutter / downspout - galvanized - up to 5" | | | | | | | |
| | 60.00 LF | 6.98 | 5.76 | 424.56 | 10/20 yrs Avg. | (212.28) 50.00% | 212.28 |
| 24. Prime & paint gutter / downspout | | | | | | | |
| | 60.00 LF | 1.28 | 0.75 | 77.55 | 10/15 yrs Avg. | (51.70) 66.67% | 25.85 |
| 25. Clean door / window opening (per side) | | | | | | | |
| | 7.00 EA | 13.60 | 0.01 | 95.21 | | | 95.21 |
| 26. Paint door or window opening - Large - 2 coats (per side) | | | | | | | |
| | 1.00 EA | 28.01 | 0.24 | 28.25 | 5/15 yrs Avg. | (9.42) 33.33% | 18.83 |
| 27. Paint door or window opening - 2 coats (per side) | | | | | | | |
| | 6.00 EA | 23.81 | 1.21 | 144.07 | 5/15 yrs Avg. | (48.02) 33.33% | 96.05 |
| 28. R&R Window screen, 1 - 9 SF | | | | | | | |
| | 4.00 EA | 42.59 | 6.98 | 177.34 | 5/30 yrs Avg. | (29.55) 16.67% | 147.79 |
| **Totals:  Right Elevation** | | | **14.95** | **946.98** | | **350.97** | **596.01** |

**Exhibit D - Page 07 of 14**

## State Farm

06-B397-3M4

**Rear Elevation**

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 29. R&R Gutter / downspout - galvanized - up to 5" | | | | | | | |
| | 80.00 LF | 6.98 | 7.68 | 566.08 | 10/20 yrs Avg. | (283.04) 50.00% | 283.04 |
| 30. Prime & paint gutter / downspout | | | | | | | |
| | 80.00 LF | 1.28 | 1.00 | 103.40 | 10/15 yrs Avg. | (68.94) 66.67% | 34.46 |
| 31. Clean door / window opening (per side) | | | | | | | |
| | 13.00 EA | 13.60 | 0.02 | 176.82 | | | 176.82 |
| 32. Paint door or window opening - 2 coats (per side) | | | | | | | |
| | 4.00 EA | 23.81 | 0.81 | 96.05 | 5/15 yrs Avg. | (32.02) 33.33% | 64.03 |
| 33. Paint door or window opening - Large - 2 coats (per side) | | | | | | | |
| | 9.00 EA | 28.01 | 2.14 | 254.23 | 5/15 yrs Avg. | (84.74) 33.33% | 169.49 |
| 34. R&R Window screen, 1 - 9 SF | | | | | | | |
| | 5.00 EA | 42.59 | 8.73 | 221.68 | 5/30 yrs Avg. | (36.96) 16.67% | 184.72 |
| 35. R&R Window screen, 10 - 16 SF | | | | | | | |
| | 2.00 EA | 52.19 | 4.45 | 108.83 | 5/30 yrs Avg. | (18.14) 16.67% | 90.69 |
| 36. R&R Patio door screen, 36" wide | | | | | | | |
| | 1.00 EA | 62.89 | 2.40 | 65.29 | 5/40 yrs Avg. | (8.16) 12.50% | 57.13 |
| 37. R&R Direct vent termination cap - stainless steel | | | | | | | |
| | 1.00 EA | 452.60 | 14.86 | 467.46 | 10/35 yrs Avg. | (133.56) 28.57% | 333.90 |
| 38. Prime & paint roof vent | | | | | | | |
| | 1.00 EA | 27.63 | 0.35 | 27.98 | 5/15 yrs Avg. | (9.33) 33.33% | 18.65 |
| Allows to paint termination cap | | | | | | | |
| **Totals: Rear Elevation** | | | **42.44** | **2,087.82** | | **674.89** | **1,412.93** |

**Left Elevation**

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

## State Farm

06-B397-3M4

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 39. R&R Gutter / downspout - galvanized - up to 5" | | | | | | | |
| | 12.00 LF | 6.98 | 1.15 | 84.91 | 10/20 yrs Avg. | (42.46) 50.00% | 42.45 |
| 40. Prime & paint gutter / downspout | | | | | | | |
| | 12.00 LF | 1.28 | 0.15 | 15.51 | 10/15 yrs Avg. | (10.34) 66.67% | 5.17 |
| 41. Clean door / window opening (per side) | | | | | | | |
| | 4.00 EA | 13.60 | 0.01 | 54.41 | | | 54.41 |
| 42. Paint door or window opening - 2 coats (per side) | | | | | | | |
| | 4.00 EA | 23.81 | 0.81 | 96.05 | 5/15 yrs Avg. | (32.02) 33.33% | 64.03 |
| **Totals: Left Elevation** | | | **2.12** | **250.88** | | **84.82** | **166.06** |

Area Totals: Exterior

| **Total: Exterior** | | | **79.11** | **4,674.80** | | **1,746.39** | **2,928.41** |

Area Totals: Dwelling

| 2,698.64 Exterior Wall Area | | | | |
| 2,664.24 Surface Area | 26.64 Number of Squares | | 636.75 Total Perimeter Length | |
| 85.99 Total Ridge Length | 7.58 Total Hip Length | | | |

| **Total: Dwelling** | | | **279.95** | **18,211.74** | | **8,268.15** | **9,943.59** |

## General

**Fencing**

| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 43. Clean the surface area | | | | | | | |
| | 1,264.00 SF | 0.37 | 0.63 | 468.31 | | | 468.31 |
| 44. Stain - wood fence/gate | | | | | | | |
| | 1,264.00 SF | 0.67 | 13.27 | 860.15 | 5/15 yrs Avg. | (286.71) 33.33% | 573.44 |
| 45. Fencing Installer - per hour | | | | | | | |
| | 4.00 HR | 90.05 | 0.00 | 360.20 | | | 360.20 |
| Allows to detach and reset mesh | | | | | | | |
| **Totals: Fencing** | | | **13.90** | **1,688.66** | | **286.71** | **1,401.95** |

**Exhibit D - Page 09 of 14**

## State Farm

06-B397-3M4

**Debris Removal**

| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 46. Haul debris - per pickup truck load - including dump fees | | | | | | | |
| | 1.00 EA | 147.04 | 0.00 | 147.04 | | | 147.04 |
| **Totals: Debris Removal** | | | **0.00** | **147.04** | | **0.00** | **147.04** |
| Area Totals: General | | | | | | | |
| **Total: General** | | | **13.90** | **1,835.70** | | **286.71** | **1,548.99** |
| **Line Item Totals: 06-B397-3M4** | | | **293.85** | **20,047.44** | | **8,554.86** | **11,492.58** |

## Grand Total Areas:

| 2,698.64 Exterior Wall Area | | |
| 2,664.24 Surface Area | 26.64 Number of Squares | 636.75 Total Perimeter Length |
| 85.99 Total Ridge Length | 7.58 Total Hip Length | |

## Trade Summary

Includes all applicable Tax, General Contractor O&P, and Labor Minimums

| DESCRIPTION | LINE ITEM QTY | REPL. COST TOTAL | ACV | NON-REC. DEPREC. | MAX ADDL. AMT AVAIL. |
|---|---|---|---|---|---|
| **CLN        CLEANING** | | | | | |
| Clean the surface area | 1,264.00 SF | $468.31 | $468.31 | $0.00 | $0.00 |
| Clean door / window opening (per side) | 29.00 EA | $394.45 | $394.45 | $0.00 | $0.00 |
| **TOTAL CLEANING** | | **$862.76** | **$862.76** | **$0.00** | **$0.00** |
| **DMO        GENERAL DEMOLITION** | | | | | |
| Haul debris - per pickup truck load - including dump fees | 1.00 EA | $147.04 | $147.04 | $0.00 | $0.00 |
| **TOTAL GENERAL DEMOLITION** | | **$147.04** | **$147.04** | **$0.00** | **$0.00** |
| **FEN        FENCING** | | | | | |
| Fencing Installer - per hour | 4.00 HR | $360.20 | $360.20 | $0.00 | $0.00 |
| **TOTAL FENCING** | | **$360.20** | **$360.20** | **$0.00** | **$0.00** |
| **HVC        HEAT,  VENT & AIR CONDITIONING** | | | | | |
| R&R Direct vent termination cap - stainless steel | 1.00 EA | $467.46 | $333.90 | $0.00 | $133.56 |
| R&R Furnace vent - rain cap and storm collar, 6" | 1.00 EA | $87.13 | $24.40 | $0.00 | $62.73 |
| **TOTAL HEAT,  VENT & AIR CONDITIONING** | | **$554.59** | **$358.30** | **$0.00** | **$196.29** |
| **PNT        PAINTING** | | | | | |
| Stain - wood fence/gate | 1,264.00 SF | $860.15 | $573.44 | $0.00 | $286.71 |
| Prime & paint gutter / downspout | 276.50 LF | $357.38 | $119.12 | $0.00 | $238.26 |
| Paint door or window opening - 2 coats (per side) | 16.00 EA | $384.19 | $256.13 | $0.00 | $128.06 |
| Paint door or window opening - Large - 2 coats (per side) | 13.00 EA | $367.22 | $244.81 | $0.00 | $122.41 |
| Paint trim - one coat | 94.00 LF | $69.93 | $13.99 | $0.00 | $55.94 |
| Prime & paint roof vent | 1.00 EA | $27.98 | $18.65 | $0.00 | $9.33 |
| **TOTAL PAINTING** | | **$2,066.85** | **$1,226.14** | **$0.00** | **$840.71** |
| **RFG        ROOFING** | | | | | |
| Laminated - comp. shingle rfg. - w/ felt | 29.33 SQ | $8,853.00 | $3,541.20 | $0.00 | $5,311.80 |
| Tear off, haul and dispose of comp. shingles - Laminated | 26.64 SQ | $1,514.48 | $1,514.48 | $0.00 | $0.00 |
| Flashing - L flashing - galvanized | 48.00 LF | $211.90 | $102.93 | $0.00 | $108.97 |
| Flashing - pipe jack | 9.00 EA | $423.17 | $205.54 | $0.00 | $217.63 |
| Additional charge for high roof (2 stories or greater) | 23.67 SQ | $559.56 | $559.56 | $0.00 | $0.00 |
| Additional charge for high roof (2 stories or greater) | 21.33 SQ | $108.14 | $108.14 | $0.00 | $0.00 |

Note:  Slight variances may be found within report sections due to rounding

Date:      10/6/2019 4:15 PM

## Trade Summary

Includes all applicable Tax, General Contractor O&P, and Labor Minimums

| DESCRIPTION | LINE ITEM QTY | REPL. COST TOTAL | ACV | NON-REC. DEPREC. | MAX ADDL. AMT AVAIL. |
|---|---|---|---|---|---|
| **RFG ROOFING** | | | | | |
| Roll roofing | 2.02 SQ | $267.06 | $53.42 | $0.00 | $213.64 |
| Additional charge for steep roof - 7/12 to 9/12 slope | 5.67 SQ | $303.46 | $303.46 | $0.00 | $0.00 |
| Remove Additional charge for steep roof - 7/12 to 9/12 slope | 5.04 SQ | $67.64 | $67.64 | $0.00 | $0.00 |
| Step flashing | 46.00 LF | $510.51 | $247.96 | $0.00 | $262.55 |
| R&R Exhaust cap - through roof - up to 4" | 1.00 EA | $96.05 | $46.65 | $0.00 | $49.40 |
| Roof vent - turtle type - Metal | 7.00 EA | $464.91 | $225.81 | $0.00 | $239.10 |
| **TOTAL ROOFING** | | **$13,379.88** | **$6,976.79** | **$0.00** | **$6,403.09** |
| **SFG SOFFIT, FASCIA, & GUTTER** | | | | | |
| R&R Gutter / downspout - galvanized - up to 5" | 276.50 LF | $1,956.51 | $978.24 | $0.00 | $978.27 |
| **TOTAL SOFFIT, FASCIA, & GUTTER** | | **$1,956.51** | **$978.24** | **$0.00** | **$978.27** |
| **SPE SPECIALTY ITEMS** | | | | | |
| R&R Rural mailbox | 1.00 EA | $57.80 | $28.89 | $0.00 | $28.91 |
| **TOTAL SPECIALTY ITEMS** | | **$57.80** | **$28.89** | **$0.00** | **$28.91** |
| **WDP WINDOWS - SLIDING PATIO DOORS** | | | | | |
| R&R Patio door screen, 36" wide | 1.00 EA | $65.29 | $57.13 | $0.00 | $8.16 |
| **TOTAL WINDOWS - SLIDING PATIO DOORS** | | **$65.29** | **$57.13** | **$0.00** | **$8.16** |
| **WDR WINDOW REGLAZING & REPAIR** | | | | | |
| R&R Window screen, 10 - 16 SF | 2.00 EA | $108.83 | $90.69 | $0.00 | $18.14 |
| R&R Window screen, 1 - 9 SF | 11.00 EA | $487.69 | $406.40 | $0.00 | $81.29 |
| **TOTAL WINDOW REGLAZING & REPAIR** | | **$596.52** | **$497.09** | **$0.00** | **$99.43** |
| **TOTALS** | | **$20,047.44** | **$11,492.58** | **$0.00** | **$8,554.86** |

Note:  Slight variances may be found within report sections due to rounding

Date:    10/6/2019 4:15 PM

**Exhibit D - Page 12 of 14**

## State Farm

06-B397-3M4

### Recap of Taxes, Overhead and Profit

| | GC Overhead (0%) | GC Profit (0%) | Material Sales Tax (5%) | Manuf. Home Tax (5%) | Storage Rental Tax (5%) | Local Food Tax (2.1%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 0.00 | 0.00 | 293.85 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **0.00** | **0.00** | **293.85** | **0.00** | **0.00** | **0.00** |

Roof Structure



Roof Surface



N

Roof Structure

# EXHIBIT E

| | |
|---|---|
| **From:** | ████████████████████████████ on behalf of Scott Ponzio ██████ |
| **Sent:** | Tuesday, October 22, 2019 4:30 PM |
| **To:** | ██████████████████████ |
| **Cc:** | ██████ @rtproofingco.com |
| **Subject:** | [EXTERNAL]  Estimate-SF claim #06-B397-3M4 |
| **Attachments:** | Estimate.pdf |



Customer contact information:
██████████████
Job: 4950
██████████████

Parker, CO,
██████████████████

Scott Ponzio

Reply directly to this email to respond.

[You can view the whole email thread here](#)



This communication is powered by



**RTP Roofing Co.**
4011 S. Federal Blvd. Sheridan, Co. 80110
Phone: (303) 791-2223

███████████████

**Claim Information:**
State Farm
Claim Number: 06-B397-3M4
**Company Representative:**
Scott Ponzio
(303) 791-2223
███████@rtproofingco.com
**Job Number:** 4950

**Customer Info:**
Job #: 4950

██████████████

██████████████

Parker, CO, ████████

# Re-roofing & Gutter Estimate

| Description | Quantity | Unit | Price | Total |
|---|---|---|---|---|
| Permit Fee To Be Determined Upon Purchase. -- Douglas County | 1 | EA | $0.00 | $0.00 |
| Remove Tear off - 1 layer, haul and dispose of shingles - Laminated or equivalent | 26.64 | SQ | $56.86 | $1,514.75 |
| Remove Additional charge for Steep Roof Charge, 7/12 - 9/12 | 5.04 | SQ | $13.42 | $67.64 |
| Remove Additional charge for-Removal-High Roof Charge, 2-Story | 21.33 | SQ | $5.07 | $108.14 |
| Remove Additional charge-Removal-No Dump Access Charge | 0.31 | SQ | $15.00 | $4.65 |
| R & R Drip edge / Gutter Apron | 144 | LF | $3.08 | $443.52 |
| R & R Rake Edge | 176 | LF | $2.96 | $520.96 |
| Replace Roofing felt - 15 lb. | 26.64 | SQ | $37.34 | $994.74 |
| R & R Flashing - pipe jack | 9 | EA | $54.59 | $491.31 |
| R & R Roof vent, Slant Back, Metal | 7 | EA | $74.31 | $520.17 |
| R & R Exhaust cap, through roof-Up To 4 " | 1 | EA | $94.80 | $94.80 |
| R & R Re-Use-Furnace vent, rain cap and storm collar, 6"--We recommend that you get a certified HVAC Contractor to install | 1 | EA | $0.00 | $0.00 |
| Charge Spray Paint (Penatrations) | 18 | EA | $28.78 | $518.04 |
| R & R 90# Rolled Roofing/Closed Valley | 68 | LF | $6.61 | $449.48 |
| R & R Step flashing | 46 | LF | $11.03 | $507.38 |
| Replace Step flash Kicker / Diverter | 3 | EA | $33.92 | $101.76 |
| R & R Replace, Steep roof charge, 7/12 to 9/12 | 5.67 | SQ | $53.52 | $303.46 |
| R & R Additional charge for-Replace, High roof charge - 2 story | 23.67 | SQ | $23.64 | $559.56 |
| Install Additional charge-Install-Hand load Material Charge | 0.67 | SQ | $15.00 | $10.05 |
| R & R Starter shingles-universal starter course--CODE REQUIRES | 320 | LF | $2.52 | $806.40 |
| Replace Shingle- Laminated- Standard without felt 3-4/blds » Malarkey » VISTA - Class #3 Shingle | 29.33 | SQ | $257.80 | $7,561.27 |
| Replace Ridge cap - Standard profile-composition shingles | 94 | LF | $8.91 | $837.54 |
| R & R Remove & Replace 5" Alum. seamless gutters, downspouts, end caps, outlets, elbows and material to build hand mitered corners | 280 | LF | $7.58 | $2,122.40 |

**Re-roofing & Gutter Estimate total: $18,538.02**

# Options

| Description | Quantity | Unit | Price | Total |
|---|---|---|---|---|
| Install INSTALL NEW-Shingle- Laminated- Impact Resistant-MALARKEY LEGACY-INSTEAD OF 30 YR. SHINGLE-ADD $975.00 FOR THE WHOLE HOUSE | 1 | SQ | $0.00 | $0.00 |
| Install Install New 5" Alum. seamless gutters and New 2x3 alum. downspouts TO THE SECOND STORY UPPER ROOF WHERE THERE ARE NO GUTTERS AT THIS TIME.--ADD $660.00 INCLUDING 3 CORNERS | 81 | LF | $0.00 | $0.00 |

**Options total: $0.00**

Total for all sections:  $18,538.02

Total: $18,538.02

**Notes/Comments:**

State Farm claim #06-B397-3M4

Hello State Farm and Mr. & Mrs. ███████ please review our estimate to confirm the differences between us and the insurance company.  I believe our differences are;

**Exhibit E - Page 02 of 03**

1-Nothing listed for the hip and ridge shingles.  These are NOT included in the waste factor.  They cost more than the field shingles and it not like the old days when we could just cut the 3 tab shingles to place on the hips and ridge.

2-Nothing listed for the starter shingle that are required by code.

3-Nothing listed for the step flashing kicker-required by code.

4-Nothing listed for the "no dump" and "hand load" access charges for the dormer on the left side of the house.  This section is NOT accessible from the driveway and we will need to touch each shingle twice for the removal and carry the material around to the back yard and hand load this section.

5-Nothing listed for gutter apron--code requires.

6-Nothing listed for rake metal-code requires.

7-Nothing listed to paint the roof penetrations.

Please contact me after you complete your review.

Scott Ponzio

**RTP ROOFING COMPANY WARRANTY:**

**FROM THE DATE OF COMPLETION, RTP ROOFING COMPANY HAS A TEN YEAR LABOR AND WORKMANSHIP WARRANTY ON THE WORK PERFORMED.**

**COLORADO RIGHTS:**

**PER COLORADO LAW (SB-38) YOU HAVE A 72 HOUR RIGHT OF RESCISSION AFTER SIGNING A CONTRACT OR AFTER RECEIVING NOTICE IN WRITING THAT YOUR INSURANCE CLAIM HAS BEEN DENIED. YOUR ROOFING CONTRACTOR CANNOT PAY OR WAIVE YOUR INSURANCE DEDUCTIBLE.**

**RTP ROOFING COMPANY'S INSURER IS - PINNACOL ASSURANCE FOR ALL OUR EMPLOYEES.**

**SEE ADDITIONAL TERMS AND CONDITIONS - BY SIGNING THIS ESTIMATE, YOU AGREE TO THE TERMS AND CONDITIONS.**

| | | | |
|---|---|---|---|
| Company Authorized Signature | Date | Customer Signature | Date |
| | | Customer Signature | Date |

This estimate was last edited by Scott Ponzio ((303) 791-2223, ███@rtproofingco.com) on October 22, 2019. The estimate may be withdrawn if not accepted within _____ days.

# EXHIBIT F

**From:** ████████████████████████████ on behalf of Scott Ponzio

**Sent:** Tuesday, December 3, 2019 1:20 PM

**To:** ████████████████████████████

**Cc:** ████████ @rtproofingco.com

**Subject:** [EXTERNAL]  Follow up-06-B397-3M4



Hello State Farm and Mr. & Mrs ████, I received and email from State Farm on the 25th of November concerning the supplements on the hail loss at ████████████████ in Parker, Colorado.

I appreciate the warranted/approved requests that they made but have some problems and concerns about some of the items they state are not approved.

1-R & R Flashing pipe jacks--SF says that they will NOT pay for the removal and replace of the pipe jacks. This is there policy and an incorrect policy. There policy is that the roof penetrations come off with the shingle and that is NOT true at all. Each roof penetration is attached with 4, inch and quarter roofing nail. two of the nails are above the penetration and under the shingles that have mastic attached to them and the other two nails are below the penetration and on the face of the jack. This is a policy that they expect roofers to agree with and saves them many dollars per house. They are attempting to under pay the claim that they owe the home owner. The insurance company owes the property owner two main items in the policy. First, they owe the policy owner to leave them in the same condition prior to the catastrophe and the second thing the policy owes is replacement cost value of the items. This does NOT say the cheapest way they can get away with.. In short this is their policy and not a rule or a law.

2-R & R Roof Vents--This is the same disagreement as line #1.

3-R & R Rolled Roofing-We will take photos of the valley material at tear off.

4-R & R Step Flashing--We will take photos during tear off.

5-Starter--This is a code requirement and is NOT part of the waste factor--This is another policy of State Farms. This required product is specific ans unique product that is required by code and the shingle manufacturers. This product is designed to keep the edge shingle in place in a wind situation. This product cannot be cut from the field shingles and used for the tackfier or glue line like we did in the old days with 3 tab shingles.

6-Ridge Caps-This is another wrong policy of State Farm. This product is a specific product to close off the slope changes and cost more than the field shingles. We cannot cut the field shingle to wrap the two slopes. They would not have us do that on their own home. Why would they want that on yours? The waste factor is there for the wasted shingles at the ridges, hips and sidewalls. If you cut the right side of a shingle they do not use the leftover pieces to install on the left.

7-R & R Gutters. We used an Eagleview satellite measuring system for our LF totals. This property has 109 LF of gutter coil, 14 end caps, 7 outlets, 130 LF of downspouts, 11 A elbows and 9 B elbows for a total of 280 LF.

Please review this additional information and contact me and our shared customer about this information. We can supply SF with many, many jobs that these items are paid for and we are requesting these items, not to try to get away with anything but because this is what is owed and what we are going to do. We only wish to get payed for the work we are providing. We do NOT wish to go to an Appraiser to rectify these differences that are owed by State Farm.
Scott Ponzio

Customer contact information:



Job: 4950

Parker, CO

Scott Ponzio

 Reply directly to this email to respond.

 [You can view the whole email thread here](#)



This communication is powered by

# EXHIBIT G

| | |
|---|---|
| **From:** | ███████████████████ on behalf of Scott Ponzio |
| **Sent:** | Thursday, December 19, 2019 3:47 PM |
| **To:** | ██████████████████ |
| **Cc:** | ███████@rtproofingco.com |
| **Subject:** | [EXTERNAL]  State Farm claim #06-B397-3M4 |
| **Attachments:** | ████-SF-06-B397-3M4-Invoice-Permit.pdf.pdf |



Hello State Farm, all of the work contracted by us is complete. Please release all recoverable depreciation, supplements and permit expense to our shared customer as soon a s possible.
If you have any questions, please feel free to contact me.
Scott Ponzio

Customer contact information:



Job: 4950

Parker, CO

Scott Ponzio

Reply directly to this email to respond.



You can view the whole email thread here

This communication is powered by

# Invoice



| Invoice Date | Invoice |
|---|---|
| December 19, 2019 | 4950 |
| **Due Date** | **Sales Rep** |
| Upon Receipt | Scott Ponzio |

Bill To:



Parker, CO

## Contract

| Description | Amount |
|---|---|
| Re-roofing & Gutter Estimate | $18,766.16 |

Total Contract: **$18,766.16**

Remit Payment to:

**RTP Roofing Co.**
4011 S. Federal Blvd.
Sheridan, Co. 80110
(303) 791-2223

| | |
|---|---|
| Invoiced Total: | **$18,766.16** |
| Payments/Credits: | **$0.00** |
| Balance Due: | **$18,766.16** |

**Notes/Comments:**
    State Farm Claim #06-B397-3M4

## RTP ROOFING COMPANY WARRANTY:

**FROM THE DATE OF COMPLETION, RTP ROOFING COMPANY HAS A TEN YEAR LABOR AND WORKMANSHIP WARRANTY ON THE WORK PERFORMED.**



**RTP Roofing Co.**
4011 S. Federal Blvd. Sheridan, Co. 80110
Phone: (303) 791-2223

**Claim Information:**
State Farm
Claim Number: 06-B397-3M4
**Company Representative:**
Scott Ponzio
(303) 791-2223
███@rtproofingco.com
**Job Number:** 4950

**Customer Info:**
Job #: 4950

Parker, CO, ████

# Re-roofing & Gutter Estimate

| Description | Quantity | Unit | Price | Total |
|---|---|---|---|---|
| Permit Fee To Be Determined Upon Purchase. -- Douglas County | 1 | EA | $228.14 | $228.14 |
| Remove Tear off - 1 layer, haul and dispose of shingles - Laminated or equivalent | 26.64 | SQ | $56.86 | $1,514.75 |
| Remove Additional charge for Steep Roof Charge, 7/12 - 9/12 | 5.04 | SQ | $13.42 | $67.64 |
| Remove Additional charge for-Removal-High Roof Charge, 2-Story | 21.33 | SQ | $5.07 | $108.14 |
| Remove Additional charge-Removal-No Dump Access Charge | 0.31 | SQ | $15.00 | $4.65 |
| R & R Drip edge / Gutter Apron » 2"x4" » Dark Bronze | 144 | LF | $3.08 | $443.52 |
| R & R Rake Edge » 1"x2" » Dark Bronze | 176 | LF | $2.96 | $520.96 |
| Replace Roofing felt - 15 lb.**WE INSTALLED SYNTHETIC UNDERGARMENT | 26.64 | SQ | $37.34 | $994.74 |
| R & R Flashing - pipe jack | 9 | EA | $54.59 | $491.31 |
| R & R Roof vent, Slant Back, Metal | 7 | EA | $74.31 | $520.17 |
| R & R Exhaust cap, through roof-Up To 4 " | 1 | EA | $94.80 | $94.80 |
| R & R Re-Use-Furnace vent, rain cap and storm collar, 6"--We recommend that you get a certified HVAC Contractor to install | 1 | EA | $0.00 | $0.00 |
| Charge Spray Paint (Penatrations) | 18 | EA | $28.78 | $518.04 |
| R & R 90# Rolled Roofing/Closed Valley | 68 | LF | $6.61 | $449.48 |
| R & R Step flashing | 46 | LF | $11.03 | $507.38 |
| Replace Step flash Kicker / Diverter | 3 | EA | $33.92 | $101.76 |
| R & R Replace, Steep roof charge, 7/12 to 9/12 | 5.67 | SQ | $53.52 | $303.46 |
| R & R Additional charge for-Replace, High roof charge - 2 story | 23.67 | SQ | $23.64 | $559.56 |
| Install Additional charge-Install-Hand load Material Charge | 0.67 | SQ | $15.00 | $10.05 |
| R & R Starter shingles-universal starter course--CODE REQUIRES | 320 | LF | $2.52 | $806.40 |
| Replace Shingle- Laminated- Standard without felt 3-4/blds » Malarkey » VISTA - Class #3 Shingle » Natural Wood | 29.33 | SQ | $257.80 | $7,561.27 |
| Replace Ridge cap - Standard profile-composition shingles | 94 | LF | $8.91 | $837.54 |
| R & R Remove & Replace 5" Alum. seamless gutters, downspouts, end caps, outlets, elbows and material to build hand mitered corners | 280 | LF | $7.58 | $2,122.40 |

**Re-roofing & Gutter Estimate total: $18,766.16**

Total for all sections:   $18,766.16

Total:   $18,766.16

**Notes/Comments:**

State Farm claim # 06-B397-3M4

Completed 12-19-2019

Invoiced 12-19-2019

**Exhibit G - Page 03 of 03**

# EXHIBIT H

06-9744-H37



**State Farm**
**P.O. Box 106169**
**Atlanta, GA  30348-6169**
**Fax: 1-844-236-3646**
**statefarmfireclaims@statefarm.com**

# Structural Damage Claim Policy

When you have a covered structural damage claim to your real property, you should know:

- We want you to receive quality repair work to restore the damages to your property.

- We will provide you with a detailed estimate of the scope of the damage and costs of repairs. Should the contractor you select have questions concerning our estimate, they should contact your claim representative directly.

- Depending upon the complexity of your repair, our estimate may or may not include an allowance for general contractor's overhead and profit. If you have questions regarding general contractor's overhead and profit and whether general contractor services are appropriate for your loss, please contact your claim representative before proceeding with repairs.

- There may be building codes, ordinances, laws, or regulations that affect the repairs of your property. These items may or may not be covered by your policy. Please contact your claim representative if you have any questions regarding coverage which may be available under your policy.

- If you select a contractor whose estimate is the same as or lower than our estimate, based on the same scope of damages, we will pay based upon their estimate. If your contractor's estimate is higher than ours, you should contact your claim representative prior to beginning repairs.

- State Farm® cannot authorize any contractor to proceed with work on your property. Repairs should proceed only with your authorization.

- State Farm does not guarantee the quality of the workmanship of any contractor or guarantee that the work will be accomplished within any specific time frame.

- It is understood that the contractor is hired by you, our insured, and that they work for you - not State Farm.

If you have any questions or need additional information regarding your claim, please contact your claim representative immediately.

06-9744-H37

 **State Farm** **Building Estimate Summary Guide**

**This summary guide is based on a sample estimate and is provided for reference only.**
**Please refer to the estimate for specifics of your claim.**

## State Farm Insurance

| | | | |
|---|---|---|---|
| Insured: | Smith, Joe & Jane | Estimate: | 00-0000-000 |
| Property: | 1 Main Street | Claim number: | 00-0000-000 |
| | Anywhere, IL 00000-0000 | Policy Number: | 00-00-0000-0 |
| Type of Loss: | Other | Price List: | ILBL8F_MAR 13 |
| Deductible: | $1,000.00 | | Restoration/Service/ Remodel F = Factored In, D = Do Not Apply |

### Summary for Dwelling

| | | | |
|---|---|---|---|
| Line Item Total 1 | | | 5,953.10 |
| Material Sales Tax | @ | 10.000% x 1,520.00 | |
| Subtotal | | | 6,105.10 |
| General Contractor Overhead 2 | @ | 10.0% x 6,105.10 | 610.51 |
| General Contractor Profit | @ | 10.0% x 6,105.10 | |
| Replacement Cost Value (Including General Contractor Overhead and Profit) 3 | | | 7,326.12 |
| Less Depreciation (Including Taxes) 4 | | | (832.50) |
| Less General Contractor Overhead & Profit on Recoverable & | | | |
| Non - recoverable Depreciation | | | (166.50) |
| Less Deductible 5 | | | |
| Net Actual Cash Value Payment 6 | | | |

### Maximum Additional Amounts Available If Incurred:

| | | |
|---|---|---|
| Total Line Item Depreciation (Including Taxes) 4 | 832.50 | |
| Less Non - recoverable Depreciation (Including Taxes) 7 | | |
| Subtotal | | 312.50 |
| General Contractor O&P on Depreciation | 166.50 | |
| Less General Contractor O&P on Non - recoverable Depreciation | | |
| Subtotal | | |
| Total Maximum Additional Amounts Available If Incurred 8 | | |
| Total Amount of Claim If Incurred 9 | | |

_____
Claim Representative

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

1. **Line Item Total** — Total value of all line items in the estimate plus possible adjustments for *labor minimums*. *Labor Minimum* is to cover a certain minimum number of hours for drive-time, set up time and applicable administrative costs and repairs.

2. **General Contractor's Overhead and Profit** — General contractor's charge for coordinating your repairs.

3. **Replacement Cost Value (RCV)** — Estimated cost to repair or replace damaged property.

4. **Depreciation** — The decrease in the value of property over a period of time due to wear, tear, condition, and obsolescence. A portion or all of this amount may be eligible for replacement cost benefits.

5. **Deductible** — The insurer will pay for losses, up to the policy limits, in excess of your applicable deductible.

6. **Net Actual Cash Value Payment (ACV)** — The repair or replacement cost of the damaged part of the property less *depreciation* and *deductible*.

7. **Non Recoverable Depreciation** — *Depreciation* applied to items that are not eligible for replacement cost benefits.

8. **Total Maximum Additional Amount if Incurred** — Total amount of recoverable depreciation after actual repair or replacement of the property.

9. **Total Amount of Claim if Incurred** — Total amount of the claim, including *net actual cash value payment and total maximum additional amount available if incurred.*

## State Farm

06-9744-H37

Insured:    ████████████████
Property:

Hghlnds Ranch, CO

Home:
Cellular:
Type of Loss:    Hail
Deductible:    $2,488.00
Date of Loss:    7/4/2019
Date Inspected:    8/7/2019

Estimate:    06-9744-H37
Claim Number:    069744H37
Policy Number:    06-BW-D359-9
Price List:    CODE28_JUL19
Restoration/Service/Remodel

### Summary for Coverage A - Dwelling - 35 Windstorm and Hail

| | |
|---|---:|
| Line Item Total | 17,493.48 |
| Material Sales Tax | 285.03 |
| Replacement Cost Value | 17,778.51 |
| Less Depreciation (Including Taxes) | (8,443.59) |
| Less Deductible | (2,488.00) |
| Net Actual Cash Value Payment | $6,846.92 |

### Maximum Additional Amounts Available If Incurred:

| | | |
|---|---:|---:|
| Total Line Item Depreciation (Including Taxes) | 8,443.59 | |
| Replacement Cost Benefits | | 8,443.59 |
| Total Maximum Additional Amount Available If Incurred | | 8,443.59 |
| Total Amount of Claim If Incurred | | $15,290.51 |

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

Date:    8/8/2019 3:27 PM

Page: 3

**Exhibit H - Page 03 of 10**



## Explanation of Building Replacement Cost Benefits
## Homeowner Policy
## Coverage A - Dwelling - 35 Windstorm and Hail

To:  Name:  ███████████
     Address:
     City:        Hghlnds Ranch
     State/Zip:   CO, ███████

Insured:         ███████            Claim Number:   069744H37
Date of Loss:    7/4/2019           Cause of Loss:  HAIL

Your insurance policy provides replacement cost coverage for some or all of the loss or damage to your dwelling or structures. Replacement cost coverage pays the actual and necessary cost of repair or replacement, without a deduction for depreciation, subject to your policy's limit of liability. To receive replacement cost benefits you must:

1. Complete the actual repair or replacement of the damaged part of the property within two years of the date of loss; and

2. Notify us within 30 days after the work has been completed.

3. Confirm completion of repair or replacement, by submitting invoices, receipts or other documentation to your agent or claim office.

Until these requirements have been satisfied, our payment(s) to you will be for the actual cash value of the damaged part of the property, which may include a deduction for depreciation.

Without waiving the above requirements, we will consider paying replacement cost benefits prior to actual repair or replacement if we determine repair or replacement costs will be incurred because repairs are substantially under way or you present a signed contract acceptable to us.

The estimate to repair or replace your damaged property is $17,778.51 . The enclosed claim payment to you of $6,846.92 is for the actual cash value of the damaged property at the time of loss, less any deductible that may apply. We determined the actual cash value by deducting depreciation from the estimated repair or replacement cost. Our estimate details the depreciation applied to your loss. Based on our estimate, the additional amount available to you for replacement cost benefits (recoverable depreciation) is $ 8,443.59 .

If you cannot have the repairs completed for the repair/replacement cost estimated, please contact your claim specialist prior to beginning repairs.

All policy provisions apply to your claim.

## State Farm

06-9744-H37

Source - Eagle View

Source - Eagle View



**Roof**

| | |
|---|---|
| 3,112.21 Surface Area | 31.12 Number of Squares |
| 345.74 Total Perimeter Length | 82.50 Total Ridge Length |
| 71.92 Total Hip Length | |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 1. Tear off, haul and dispose of comp. shingles - Laminated | | | | | | | |
| | 31.12 SQ | 52.20 | 0.00 | 1,624.46 | | | 1,624.46 |
| 2. Laminated - comp. shingle rfg. - w/ felt | | | | | | | |
| | 36.00 SQ | 295.84 | 216.04 | 10,866.28 | 20/30 yrs Avg. | (7,244.19) 66.67% | 3,622.09 |
| 3. Roof vent - turtle type - Metal | | | | | | | |
| | 11.00 EA | 65.68 | 8.09 | 730.57 | 20/35 yrs Avg. | (417.47) 57.14% | 313.10 |
| 4. Flashing - pipe jack | | | | | | | |
| | 6.00 EA | 46.60 | 2.51 | 282.11 | 20/35 yrs Avg. | (161.20) 57.14% | 120.91 |
| 5. R&R Exhaust cap - through roof - 6" to 8" | | | | | | | |
| | 2.00 EA | 101.92 | 3.30 | 207.14 | 20/35 yrs Avg. | (118.37) 57.14% | 88.77 |
| 6. Additional charge for high roof (2 stories or greater) | | | | | | | |
| | 25.27 SQ | 4.85 | 0.00 | 122.56 | | | 122.56 |
| 7. Additional charge for high roof (2 stories or greater) | | | | | | | |
| | 29.33 SQ | 23.64 | 0.00 | 693.36 | | | 693.36 |
| **Totals: Roof** | | | **229.94** | **14,526.48** | | **7,941.23** | **6,585.25** |

### Exterior

**Front Elevation**

| | |
|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 8. R&R Window screen, 10 - 16 SF | | | | | | | |
| | 1.00 EA | 51.82 | 2.23 | 54.05 | 8/30 yrs Avg. | (14.41) 26.67% | 39.64 |

**Exhibit H - Page 05 of 10**

## State Farm

████████████

06-9744-H37

### CONTINUED - Front Elevation

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| **Totals:  Front Elevation** | | | **2.23** | **54.05** | | **14.41** | **39.64** |

**Right Elevation**

| | | |
|---|---|---|
| 0.00  SF Walls | 0.00  SF Ceiling | 0.00  SF Walls & Ceiling |
| 0.00  SF Floor | 0.00  SF Short Wall | 0.00  LF Floor Perimeter |
| 0.00  SF Long Wall | | 0.00  LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| No storm related damage found from this date of loss. | | | | | | | |
| **Totals:  Right Elevation** | | | **0.00** | **0.00** | | **0.00** | **0.00** |

**Rear Elevation**                                                    Formula Elevation 33' x 18' 4'' x 0''

**Subroom 1:  right**                                              Formula Elevation 13' 6'' x 19' 9'' x 0''

**Subroom 2:  offset**                                           Formula Elevation 4' 6'' x 19' x 0''

| | | |
|---|---|---|
| 957.13  SF Walls | 0.00  SF Ceiling | 957.13  SF Walls & Ceiling |
| 0.00  SF Floor | 957.13  SF Short Wall | 51.00  LF Floor Perimeter |
| 957.13  SF Long Wall | | 51.00  LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 9.  Clean siding - wood | | | | | | | |
| | 957.13 SF | 0.39 | 0.48 | 373.76 | | | 373.76 |
| 10.  Seal & paint wood siding | | | | | | | |
| | 957.13 SF | 1.08 | 19.14 | 1,052.84 | 3/15 yrs Avg. | (210.57) 20.00% | 842.27 |
| 11.  R&R Window screen, 1 - 9 SF | | | | | | | |
| | 4.00 EA | 42.22 | 6.98 | 175.86 | 8/30 yrs Avg. | (46.90) 26.67% | 128.96 |
| 12.  R&R Window screen, 17 - 25 SF | | | | | | | |
| | 1.00 EA | 63.25 | 2.80 | 66.05 | 8/30 yrs Avg. | (17.62) 26.67% | 48.43 |

**Exhibit H - Page 06 of 10**

## State Farm

██████████████

06-9744-H37

### CONTINUED - Rear Elevation

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| * 13.  R&R  post cap only - 5" x 5" | | | | | | | |
| | 3.00 EA | 11.29 | 0.59 | 34.46 | 4/150 yrs Avg. | (0.93) 2.67% | 33.53 |
| **Totals:  Rear Elevation** | | | **29.99** | **1,702.97** | | **276.02** | **1,426.95** |

### Left Elevation

**Formula Elevation 31' x 19' 9" x 7' 2"**

| 723.33  SF Walls | 0.00  SF Ceiling | 723.33  SF Walls & Ceiling |
|---|---|---|
| 0.00  SF Floor | 723.33  SF Short Wall | 31.00  LF Floor Perimeter |
| 723.33  SF Long Wall | | 34.15  LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 14.  Clean siding - wood | | | | | | | |
| | 723.33 SF | 0.39 | 0.36 | 282.46 | | | 282.46 |
| 15.  Seal & paint wood siding | | | | | | | |
| | 723.33 SF | 1.08 | 14.47 | 795.67 | 3/15 yrs Avg. | (159.13) 20.00% | 636.54 |
| 16.  R&R Window screen, 1 - 9 SF | | | | | | | |
| | 3.00 EA | 42.22 | 5.24 | 131.90 | 8/30 yrs Avg. | (35.18) 26.67% | 96.72 |
| 17.  R&R Window screen, 17 - 25 SF | | | | | | | |
| | 1.00 EA | 63.25 | 2.80 | 66.05 | 8/30 yrs Avg. | (17.62) 26.67% | 48.43 |
| 18.  Comb and straighten a/c condenser fins - with trip charge | | | | | | | |
| | 1.00 EA | 218.93 | 0.00 | 218.93 | | | 218.93 |
| **Totals:  Left Elevation** | | | **22.87** | **1,495.01** | | **211.93** | **1,283.08** |

Area Totals:  Exterior

| 1,680.46  SF Walls | 1,680.46  SF Short Wall | 1,680.46 SF Walls and Ceiling |
|---|---|---|
| 1,680.46  SF Long Wall | | 82.00  LF Floor Perimeter |
| | | 85.15  LF Ceil. Perimeter |

| | | | TAX | RCV | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Total:  Exterior** | | | **55.09** | **3,252.03** | | **502.36** | **2,749.67** |

Area Totals:  Source - Eagle View

**Exhibit H - Page 07 of 10**

## State Farm

| | | |
|---|---|---|
| 1,680.46 SF Walls | 1,680.46 SF Short Wall | 1,680.46 SF Walls and Ceiling |
| 1,680.46 SF Long Wall | | 82.00 LF Floor Perimeter |
| 2,947.32 Exterior Wall Area | | 85.15 LF Ceil. Perimeter |
| 3,112.21 Surface Area | 31.12 Number of Squares | 691.48 Total Perimeter Length |
| 82.50 Total Ridge Length | 71.92 Total Hip Length | |

**Total: Source - Eagle View**      **285.03**    **17,778.51**      **8,443.59**    **9,334.92**

Area Totals: Source - Eagle View

| | | |
|---|---|---|
| 1,680.46 SF Walls | 1,680.46 SF Short Wall | 1,680.46 SF Walls and Ceiling |
| 1,680.46 SF Long Wall | | 82.00 LF Floor Perimeter |
| 2,947.32 Exterior Wall Area | | 85.15 LF Ceil. Perimeter |
| 3,112.21 Surface Area | 31.12 Number of Squares | 691.48 Total Perimeter Length |
| 82.50 Total Ridge Length | 71.92 Total Hip Length | |

**Total: Source - Eagle View**      **285.03**    **17,778.51**      **8,443.59**    **9,334.92**

**Line Item Totals: 06-9744-H37**      **285.03**    **17,778.51**      **8,443.59**    **9,334.92**

## Grand Total Areas:

| | | |
|---|---|---|
| 1,680.46 SF Walls | 1,680.46 SF Short Wall | 1,680.46 SF Walls and Ceiling |
| 1,680.46 SF Long Wall | | 82.00 LF Floor Perimeter |
| | | 85.15 LF Ceil. Perimeter |
| 2,947.32 Exterior Wall Area | | |
| 3,112.21 Surface Area | 31.12 Number of Squares | 691.48 Total Perimeter Length |
| 82.50 Total Ridge Length | 71.92 Total Hip Length | |

**Exhibit H - Page 08 of 10**

# State Farm

06-9744-H37

### Recap of Taxes, Overhead and Profit

| | GC Overhead (0%) | GC Profit (0%) | Material Sales Tax (5%) | Manuf. Home Tax (5%) | Storage Rental Tax (5%) | Local Food Tax (2.1%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 0.00 | 0.00 | 285.03 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **0.00** | **0.00** | **285.03** | **0.00** | **0.00** | **0.00** |

Source - Eagle View

Page: 10



Source - Eagle View - Source - Eagle View

**Exhibit H - Page 10 of 10**

# EXHIBIT I

| | |
|---|---|
| **From:** | ████████████████████████ |
| **Sent:** | Friday, July 10, 2020 11:27 AM |
| **To:** | ████████████████ |
| **Subject:** | [EXTERNAL]  New Estimate - Ins. C0 Claim #069744H37 |
| **Attachments:** | Estimate.pdf |

Dear State Farm-

I have received an alternate proposal I would like to present for my roof replacement.

There are some adjustments I am seeking for larger roof vents, one missing roof vent, and one missing pipe flashing.  Sep Flashing and Valley liner has not been identified on your estimate either.

Otherwise, I hope we are close as I'd like to complete this project ASAP.

Thanks,

████████████████

**Highlands Ranch, CO** ████

████████████████



**RTP Roofing Co.**
4011 S. Federal Blvd. Sheridan, Co. 80110
Phone: 303-791-2223

██████████████ **Company Representative:**
Ray Phillips
(303) 791-2223
██@rtproofingco.com
**Job Number:** 5252

**Customer Info:**
Job #: 5252



████████████████,

Highlands Ranch, CO, ████████

██████████████

# New Roof - Estimate Claim #069744H37

| Description | Quantity | Unit | Price | Total |
|---|---|---|---|---|
| Permit Fee Douglas County - Price to be determined | 1 | EA | $0.00 | $0.00 |
| Remove Tear off - 1 layer, haul and dispose of shingles - Laminated or equivalent | 31 | SQ | $57.00 | $1,767.00 |
| Remove Additional charge for-Removal-High Roof Charge, 2-Story | 25 | SQ | $5.10 | $127.50 |
| Remove Additional charge-Removal-No Dump Access Charge - Back Shed Roof | 1.33 | SQ | $16.00 | $21.28 |
| R & R Drip edge / Gutter Apron » 2"x4" » White - Per Code | 199 | LF | $2.66 | $529.34 |
| R & R Rake Edge » 1"x2" » White - Per Code | 141 | LF | $2.66 | $375.06 |
| R & R Flashing - pipe jack » 3 in 1" | 7 | EA | $54.00 | $378.00 |
| R & R Broan - 4" Bathroom Vent - Black | 2 | EA | $65.00 | $130.00 |
| R & R Roof vent, Turtle type, Metal | 3 | EA | $65.00 | $195.00 |
| R & R Install New Lomanco 135 Roof Vents - Evenly spread out on the back of the roof. ***The current House has small turtle vents and large RV 144 roof vent | 8 | EA | $135.00 | $1,080.00 |
| R & R New Furnace vent, rain cap and storm collar, 6" | 2 | EA | $100.00 | $200.00 |
| Charge Spray Paint (Penatrations) | 20 | EA | $0.00 | $0.00 |
| R & R 90# Rolled Roofing/Closed Valley - Per Manufacture Spec / Code | 94 | LF | $4.75 | $446.50 |
| R & R Step flashing(1) » Step Flashing » 8"x8" Pre-Bent | 40 | LF | $10.75 | $430.00 |
| R & R Re-Use Headwall Flashing 4x5 120 deg. | 62 | LF | $0.00 | $0.00 |
| R & R Additional charge for-Replace, High roof charge - 2 story | 29.33 | SQ | $23.50 | $689.26 |
| Install Additional charge-Install-Hand load Material Charge - Back Shed Roof. | 1.33 | SQ | $16.00 | $21.28 |
| Replace Shingle- Laminated- Standard with felt 3-4/blds | 36 | SQ | $300.00 | $10,800.00 |

**New Roof - Estimate Claim #069744H37 total: $17,190.22**

Total for all sections:  $17,190.22

Total:  $17,190.22

****** RTP ROOFING COMPANY - CELEBRATING 25 YEARS IN BUSINESS *****

**RTP ROOFING COMPANY WARRANTY:**

**FROM THE DATE OF COMPLETION, RTP ROOFING COMPANY HAS A FIVE (5) YEAR LABOR AND WORKMANSHIP WARRANTY ON THE WORK PERFORMED.**

**SB-38 IF OWNER/ CUSTOMER MAKES ANY PAYMENT TO RTP ROOFING CO. ("RTP") BEFORE SUBSTANTIAL COMPLETION OF THE WORK, RTP SHALL HOLD THE PAYMENT IN TRUST UNTIL RTP HAS DELIVERED ROOFING MATERIALS AT THE RESIDENTIAL PROPERTY SITE OR HAS PERFORMED A MAJORITY OF THE ROOFING WORK ON THE RESIDENTIAL PROPERTY.**

**OWNER'S RIGHT TO RESCIND UNDER COLORADO LAW:**

**Exhibit I - Page 02 of 03**

**OWNER/ CUSTOMER MAY RESCIND THIS CONTRACT AND OBTAIN A FULL REFUND OF ANY DEPOSIT WITHIN SEVENTY-TWO (72) HOURS AFTER ENTERING THE CONTRACT.**

**IF OWNER/ CUSTOMER PLANS TO USE THE PROCEEDS OF A PROPERTY AND CASUALTY INSURANCE POLICY TO PAY FOR THE ROOFING WORK, OWNER/ CUSTOMER MAY RESCIND THIS CONTRACT, PURSUANT TO C.R.S. § 6-22-104, WITHIN SEVENTY-TWO (72) HOURS AFTER THE OWNER/ CUSTOMER RECEIVES WRITTEN NOTICE FROM THE PROPERTY AND CASUALTY INSURER THAT THE CLAIM FOR PAYMENT FOR ROOFING WORK ON THE RESIDENTIAL PROPERTY IS DENIED IN WHOLE OR IN PART.** HOWEVER, RTP IS ENTITLED TO RETAIN PAYMENTS OR DEPOSITS TO COMPENSATE RTP FOR ROOFING WORK ACTUALLY PERFORMED IN A WORKMANLIKE MANNER CONSISTENT WITH STANDARD ROOFING INDUSTRY PRACTICES.

**Under Colorado Law, the Owner Must Pay Applicable Insurance Deductibles:**

**RTP CANNOT PAY, WAIVE, REBATE, OR PROMISE TO PAY, WAIVE, OR REBATE ALL OR PART OF ANY INSURANCE DEDUCTIBLE APPLICABLE TO AN INSURANCE CLAIM FOR PAYMENT FOR ROOFING WORK ON THE OWNER/ CUSTOMER'S RESIDENTIAL PROPERTY.**

**RTP ROOFING CO. INSURANCE INFORMATION:**

**TrueNorth Companies (Agency) Greenwood Village, CO, 80111**

**P: 303-740-8101 W: truenorthcompanies.com**

**PINNACOL Assurance- Workers compensation coverage**

**Liberty Mutual- General liability coverage**

**CUSTOMER / OWNER IS TO CARRY PROPERTY AND CASUALTY INSURANCE, INCLUDING COVERAGE FOR FIRE, WIND DAMAGE, AND VANDALISM.**

**\*\*\*\*\*\* THE ADDITIONAL TERMS AND CONDITIONS ON THE FOLLOWING PAGE(S) ARE PART OF THIS AGREEMENT - BY SIGNING THIS PROPOSAL/ AGREEMENT, CUSTOMER AGREES TO THE PROPOSAL/ AGREEMENT AND THE TERMS AND CONDITIONS.\*\*\*\*\*\***

**APPROXIMATE START DATE: _____ (Weather permitting, liable to change)**

| | | |
|---|---|---|
| _____ | _____ | |
| Company Authorized Signature | Date | |
| | | _____ _____ |
| | | Customer Signature                 Date |
| | | _____ _____ |
| | | Customer Signature                 Date |

This estimate was last edited by Ray Phillips ((303) 791-2223 ███ @rtproofingco.com) on July 09, 2020. The estimate may be withdrawn if not accepted within _____ days.

**Exhibit I - Page 03 of 03**

# EXHIBIT J

06-9744-H37



**State Farm**
**P.O. Box 106169**
**Atlanta, GA  30348-6169**
**Fax: 1-844-236-3646**
**statefarmfireclaims@statefarm.com**

# Structural Damage Claim Policy

When you have a covered structural damage claim to your real property, you should know:

- We want you to receive quality repair work to restore the damages to your property.

- We will provide you with a detailed estimate of the scope of the damage and costs of repairs. Should the contractor you select have questions concerning our estimate, they should contact your claim representative directly.

- Depending upon the complexity of your repair, our estimate may or may not include an allowance for general contractor's overhead and profit. If you have questions regarding general contractor's overhead and profit and whether general contractor services are appropriate for your loss, please contact your claim representative before proceeding with repairs.

- There may be building codes, ordinances, laws, or regulations that affect the repairs of your property. These items may or may not be covered by your policy. Please contact your claim representative if you have any questions regarding coverage which may be available under your policy.

- If you select a contractor whose estimate is the same as or lower than our estimate, based on the same scope of damages, we will pay based upon their estimate. If your contractor's estimate is higher than ours, you should contact your claim representative prior to beginning repairs.

- State Farm® cannot authorize any contractor to proceed with work on your property. Repairs should proceed only with your authorization.

- State Farm does not guarantee the quality of the workmanship of any contractor or guarantee that the work will be accomplished within any specific time frame.

- It is understood that the contractor is hired by you, our insured, and that they work for you - not State Farm.

If you have any questions or need additional information regarding your claim, please contact your claim representative immediately.

06-9744-H37

 **State Farm** **Building Estimate Summary Guide**

This summary guide is based on a sample estimate and is provided for reference only.
Please refer to the estimate for specifics of your claim.

### State Farm Insurance

| | | | |
|---|---|---|---|
| Insured: | Smith, Joe & Jane | Estimate: | 00-0000-000 |
| Property: | 1 Main Street | Claim number: | 00-0000-000 |
| | Anywhere, IL 00000-0000 | Policy Number: | 00-00-0000-0 |
| Type of Loss: | Other | Price List: | ILBL8F_MAR 13 |
| Deductible: | $1,000.00 | | Restoration/Service/ Remodel |
| | | | F = Factored In, |
| | | | D = Do Not Apply |

### Summary for Dwelling

| | | | |
|---|---|---|---|
| Line Item Total ☐1 | | | 5,953.10 |
| Material Sales Tax | @ | 10.000% x 1,520.00 | |
| Subtotal | | | 6,105.10 |
| General Contractor Overhead ☐2 | @ | 10.0% x 6,105.10 | 610.51 |
| General Contractor Profit | @ | 10.0% x 6,105.10 | |
| Replacement Cost Value (Including General Contractor Overhead and Profit ☐3 | | | 7,326.12 |
| Less Depreciation (Including Taxes) ☐4 | | | (832.50) |
| Less General Contractor Overhead & Profit on Recoverable & | | | |
| Non - recoverable Depreciation | | | (166.50) |
| Less Deductible ☐5 | | | |
| Net Actual Cash Value Payment ☐6 | | | |

### Maximum Additional Amounts Available If Incurred:

| | |
|---|---|
| Total Line Item Depreciation (Including Taxes) ☐4 | 832.50 |
| Less Non - recoverable Depreciation (Including Taxes) ☐7 | |
| Subtotal | 312.50 |
| General Contractor O&P on Depreciation | 166.50 |
| Less General Contractor O&P on Non - recoverable Depreciation | |
| Subtotal | |
| Total Maximum Additional Amounts Available If Incurred ☐8 | |
| Total Amount of Claim If Incurred ☐9 | |

_____
Claim Representative

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

1. **Line Item Total –** Total value of all line items in the estimate plus possible adjustments for *labor minimums*. *Labor Minimum* is to cover a certain minimum number of hours for drive-time, set up time and applicable administrative costs and repairs.

2. **General Contractor's Overhead and Profit –** General contractor's charge for coordinating your repairs.

3. **Replacement Cost Value (RCV) –** Estimated cost to repair or replace damaged property.

4. **Depreciation –** The decrease in the value of property over a period of time due to wear, tear, condition, and obsolescence. A portion or all of this amount may be eligible for replacement cost benefits.

5. **Deductible –** The insurer will pay for losses, up to the policy limits, in excess of your applicable deductible.

6. **Net Actual Cash Value Payment (ACV) –** The repair or replacement cost of the damaged part of the property less *depreciation* and *deductible*.

7. **Non Recoverable Depreciation –** *Depreciation* applied to items that are not eligible for replacement cost benefits.

8. **Total Maximum Additional Amount if Incurred –** Total amount of recoverable depreciation after actual repair or replacement of the property.

9. **Total Amount of Claim if Incurred –** Total amount of the claim, including *net actual cash value payment and total maximum additional amount available if incurred.*

**State Farm**

06-9744-H37

Insured: ██████████████
Property: ██████████████

Hghlnds Ranch, CO ████████

Home: ██████████
Cellular: ██████████
Type of Loss: Hail
Deductible: $2,488.00
Date of Loss: 7/4/2019
Date Inspected: 8/7/2019

Estimate: 06-9744-H37
Claim Number: 069744H37
Policy Number: 06BWD3599
Price List: CODE28_JUL20
Restoration/Service/Remodel

## Summary for Coverage A - Dwelling - 35 Windstorm and Hail

| | |
|---|---:|
| Line Item Total | 19,389.01 |
| Material Sales Tax | 55.09 |
| Replacement Cost Value | 19,444.10 |
| Less Depreciation (Including Taxes) | (502.36) |
| Less Deductible | (2,488.00) |
| Net Actual Cash Value Payment | $16,453.74 |

## Maximum Additional Amounts Available If Incurred:

| | | |
|---|---:|---:|
| Total Line Item Depreciation (Including Taxes) | 502.36 | |
| Replacement Cost Benefits | | 502.36 |
| Total Maximum Additional Amount Available If Incurred | | 502.36 |
| Total Amount of Claim If Incurred | | $16,956.10 |

Hail Reconciliation Unit

████████████████████

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

Date:   7/30/2020 12:07 PM

Page: 3

**State Farm**

█████████

06-9744-H37

Insured: ████████

Property: ████████

Hghlnds Ranch, CO ████████

Home: ████████

Cellular: ████████

Type of Loss: Hail

Deductible: $0.00

Date of Loss: 7/4/2019

Date Inspected: 8/7/2019

Estimate: 06-9744-H37

Claim Number: 069744H37

Policy Number: 06BWD3599

Price List: CODE28_JUL20

Restoration/Service/Remodel

### Summary for Coverage A - Dwelling - 35 Windstorm and Hail - BC - Code Upgrade

| | |
|---|---:|
| Line Item Total | 985.36 |
| Material Sales Tax | 12.79 |
| Replacement Cost Value | 998.15 |
| Less Deductible | (0.00) |
| Net Payment | $998.15 |

Hail Reconciliation Unit

████████████

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

Date:   7/30/2020 12:07 PM

Page: 4

**State Farm**

## Explanation of Building Replacement Cost Benefits
## Homeowner Policy
## Coverage A - Dwelling - 35 Windstorm and Hail

To:  Name: ▮▮▮▮▮
     Address: ▮▮▮▮▮
     City:        Hghlnds Ranch
     State/Zip:   CO, ▮▮▮▮▮

Insured:   ▮▮▮▮▮                    Claim Number:   069744H37
Date of Loss:   7/4/2019              Cause of Loss:   HAIL

Your insurance policy provides replacement cost coverage for some or all of the loss or damage to your dwelling or structures. Replacement cost coverage pays the actual and necessary cost of repair or replacement, without a deduction for depreciation, subject to your policy's limit of liability. To receive replacement cost benefits you must:

1. Complete the actual repair or replacement of the damaged part of the property within two years of the date of loss; and

2. Notify us within 30 days after the work has been completed.

3. Confirm completion of repair or replacement, by submitting invoices, receipts or other documentation to your agent or claim office.

Until these requirements have been satisfied, our payment(s) to you will be for the actual cash value of the damaged part of the property, which may include a deduction for depreciation.

Without waiving the above requirements, we will consider paying replacement cost benefits prior to actual repair or replacement if we determine repair or replacement costs will be incurred because repairs are substantially under way or you present a signed contract acceptable to us.

The estimate to repair or replace your damaged property is $19,444.10 . The enclosed claim payment to you of $16,453.74 is for the actual cash value of the damaged property at the time of loss, less any deductible that may apply. We determined the actual cash value by deducting depreciation from the estimated repair or replacement cost. Our estimate details the depreciation applied to your loss. Based on our estimate, the additional amount available to you for replacement cost benefits (recoverable depreciation) is $ 502.36 .

If you cannot have the repairs completed for the repair/replacement cost estimated, please contact your claim specialist prior to beginning repairs.

All policy provisions apply to your claim.

### State Farm

06-9744-H37

Source - **Eagle View**

Source - **Eagle View**



**Roof**

| | |
|---|---|
| 3,112.21 Surface Area | 31.12 Number of Squares |
| 345.74 Total Perimeter Length | 82.50 Total Ridge Length |
| 71.92 Total Hip Length | |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 1. Tear off, haul and dispose of comp. shingles - Laminated | | | | | | | |
| | 31.12 SQ | | | | | | PER BID |
| 2. Laminated - comp. shingle rfg. - w/ felt | | | | | | | |
| | 36.00 SQ | | | | | | PER BID |
| 3. Roof vent - turtle type - Metal | | | | | | | |
| | 11.00 EA | | | | | | PER BID |
| 4. Flashing - pipe jack | | | | | | | |
| | 6.00 EA | | | | | | PER BID |
| 5. R&R Exhaust cap - through roof - 6" to 8" | | | | | | | |
| | 2.00 EA | | | | | | PER BID |
| 6. Remove Additional charge for high roof (2 stories or greater) | | | | | | | |
| | 25.27 SQ | | | | | | PER BID |
| 7. Additional charge for high roof (2 stories or greater) | | | | | | | |
| | 29.33 SQ | | | | | | PER BID |
| *************Begin revisions WSPG************* | | | | | | | |
| 8. Drip edge | | | | | | | |
| | 345.74 LF | 2.85 | 12.79 | 998.15 | | | 998.15 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. | | | | | | | |
| ****************End revisions ███ 7/13/2020**************** | | | | | | | |
| ***Begin Revisions by ███ 7/30/20*** | | | | | | | |
| 9. Asphalt starter - universal starter course | | | | | | | |
| | 199.28 LF | | | | | | PER BID |
| 10. Ridge cap - Standard profile - composition shingles | | | | | | | |
| | 154.42 LF | | | | | | PER BID |
| * 11. RTP Roofing CO. | | | | | | | |
| | 1.00 EA | 16,192.07 *E | 0.00 | 16,192.07 | | | 16,192.07 |
| | **RTP Roofing CO. is completing replacement of roof per estimate for $17,190.22** | | | | | | |
| | **Code required drip edge is accounted for separately under line item 8** | | | | | | |
| ***End Revisions by ███ 7/30/20*** | | | | | | | |
| **Totals: Roof** | | | **12.79** | **17,190.22** | | **0.00** | **17,190.22** |

**Exterior**

## State Farm

06-9744-H37

**Front Elevation**

| | | | | | |
|---|---|---|---|---|---|
| 0.00 SF Walls | | 0.00 SF Ceiling | | 0.00 SF Walls & Ceiling | |
| 0.00 SF Floor | | 0.00 SF Short Wall | | 0.00 LF Floor Perimeter | |
| 0.00 SF Long Wall | | | | 0.00 LF Ceil. Perimeter | |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 12.  R&R Window screen, 10 - 16 SF | | | | | | | |
| | 1.00 EA | 51.82 | 2.23 | 54.05 | 8/30 yrs Avg. | (14.41) 26.67% | 39.64 |
| **Totals:  Front Elevation** | | | **2.23** | **54.05** | | **14.41** | **39.64** |

**Right Elevation**

| | | | | | |
|---|---|---|---|---|---|
| 0.00 SF Walls | | 0.00 SF Ceiling | | 0.00 SF Walls & Ceiling | |
| 0.00 SF Floor | | 0.00 SF Short Wall | | 0.00 LF Floor Perimeter | |
| 0.00 SF Long Wall | | | | 0.00 LF Ceil. Perimeter | |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| No storm related damage found from this date of loss. | | | | | | | |
| **Totals:  Right Elevation** | | | **0.00** | **0.00** | | **0.00** | **0.00** |

**Rear Elevation** | **Formula Elevation 33' x 18' 4" x 0"**

**Subroom 1:  right** | **Formula Elevation 13' 6" x 19' 9" x 0"**

**Subroom 2:  offset** | **Formula Elevation 4' 6" x 19' 9" x 0"**

| | | | | | |
|---|---|---|---|---|---|
| 957.13 SF Walls | | 0.00 SF Ceiling | | 957.13 SF Walls & Ceiling | |
| 0.00 SF Floor | | 957.13 SF Short Wall | | 51.00 LF Floor Perimeter | |
| 957.13 SF Long Wall | | | | 51.00 LF Ceil. Perimeter | |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 13.  Clean siding - wood | | | | | | | |
| | 957.13 SF | 0.39 | 0.48 | 373.76 | | | 373.76 |
| 14.  Seal & paint wood siding | | | | | | | |
| | 957.13 SF | 1.08 | 19.14 | 1,052.84 | 3/15 yrs Avg. | (210.57) 20.00% | 842.27 |
| 15.  R&R Window screen, 1 - 9 SF | | | | | | | |
| | 4.00 EA | 42.22 | 6.98 | 175.86 | 8/30 yrs Avg. | (46.90) 26.67% | 128.96 |

**Exhibit J - Page 07 of 11**

## State Farm

06-9744-H37

**CONTINUED - Rear Elevation**

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 16.  R&R Window screen, 17 - 25 SF | | | | | | | |
| | 1.00 EA | 63.25 | 2.80 | 66.05 | 8/30 yrs Avg. | (17.62) 26.67% | 48.43 |
| * 17.  R&R post cap only - 5" x 5" | | | | | | | |
| | 3.00 EA | 11.29 | 0.59 | 34.46 | 4/150 yrs Avg. | (0.93) 2.67% | 33.53 |
| **Totals:  Rear Elevation** | | | **29.99** | **1,702.97** | | **276.02** | **1,426.95** |

**Left Elevation**                                                      **Formula Elevation 31' x 19' 9" x 7' 2"**

| 723.33  SF Walls | 0.00  SF Ceiling | 723.33  SF Walls & Ceiling |
|---|---|---|
| 0.00  SF Floor | 723.33  SF Short Wall | 31.00  LF Floor Perimeter |
| 723.33  SF Long Wall | | 34.15  LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 18.  Clean siding - wood | | | | | | | |
| | 723.33 SF | 0.39 | 0.36 | 282.46 | | | 282.46 |
| 19.  Seal & paint wood siding | | | | | | | |
| | 723.33 SF | 1.08 | 14.47 | 795.67 | 3/15 yrs Avg. | (159.13) 20.00% | 636.54 |
| 20.  R&R Window screen, 1 - 9 SF | | | | | | | |
| | 3.00 EA | 42.22 | 5.24 | 131.90 | 8/30 yrs Avg. | (35.18) 26.67% | 96.72 |
| 21.  R&R Window screen, 17 - 25 SF | | | | | | | |
| | 1.00 EA | 63.25 | 2.80 | 66.05 | 8/30 yrs Avg. | (17.62) 26.67% | 48.43 |
| 22.  Comb and straighten a/c condenser fins - with trip charge | | | | | | | |
| | 1.00 EA | 218.93 | 0.00 | 218.93 | | | 218.93 |
| **Totals:  Left Elevation** | | | **22.87** | **1,495.01** | | **211.93** | **1,283.08** |

Area Totals:  Exterior

| 1,680.46  SF Walls | 1,680.46  SF Short Wall | 1,680.46  SF Walls and Ceiling |
|---|---|---|
| 1,680.46  SF Long Wall | | 82.00  LF Floor Perimeter |
| | | 85.15  LF Ceil. Perimeter |

| **Total:  Exterior** | | | **55.09** | **3,252.03** | | **502.36** | **2,749.67** |

Area Totals:  Source - Eagle View

## State Farm

06-9744-H37

| 1,680.46 SF Walls | 1,680.46 SF Short Wall | 1,680.46 SF Walls and Ceiling |
| 1,680.46 SF Long Wall | | 82.00 LF Floor Perimeter |
| 2,947.32 Exterior Wall Area | | 85.15 LF Ceil. Perimeter |
| 3,112.21 Surface Area | 31.12 Number of Squares | 345.74 Total Perimeter Length |
| 82.50 Total Ridge Length | 71.92 Total Hip Length | |

**Total: Source - Eagle View**                   67.88      20,442.25                         502.36      19,939.89

Area Totals:  Source - Eagle View

| 1,680.46 SF Walls | 1,680.46 SF Short Wall | 1,680.46 SF Walls and Ceiling |
| 1,680.46 SF Long Wall | | 82.00 LF Floor Perimeter |
| 2,947.32 Exterior Wall Area | | 85.15 LF Ceil. Perimeter |
| 3,112.21 Surface Area | 31.12 Number of Squares | 345.74 Total Perimeter Length |
| 82.50 Total Ridge Length | 71.92 Total Hip Length | |

**Total: Source - Eagle View**                   67.88      20,442.25                         502.36      19,939.89

**Line Item Totals:  06-9744-H37**               67.88      20,442.25                         502.36      19,939.89

| COVERAGE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|
| Coverage A - Dwelling - 35 Windstorm and Hail | 55.09 | 19,444.10 | (502.36) | 18,941.74 |
| Coverage A - Dwelling - 35 Windstorm and Hail - BC - Code Upgrade | 12.79 | 998.15 | (0.00) | 998.15 |
| Total | 67.88 | 20,442.25 | (502.36) | 19,939.89 |

## Grand Total Areas:

| 1,680.46 SF Walls | 1,680.46 SF Short Wall | 1,680.46 SF Walls and Ceiling |
| 1,680.46 SF Long Wall | | 82.00 LF Floor Perimeter |
| | | 85.15 LF Ceil. Perimeter |
| 2,947.32 Exterior Wall Area | | |
| 3,112.21 Surface Area | 31.12 Number of Squares | 345.74 Total Perimeter Length |
| 82.50 Total Ridge Length | 71.92 Total Hip Length | |

# State Farm

06-9744-H37

## Recap of Taxes, Overhead and Profit

| | GC Overhead (0%) | GC Profit (0%) | Material Sales Tax (5%) | Manuf. Home Tax (5%) | Storage Rental Tax (5%) | Local Food Tax (2.1%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 0.00 | 0.00 | 67.88 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **0.00** | **0.00** | **67.88** | **0.00** | **0.00** | **0.00** |

Source - Eagle View - Source - Eagle View





**Exhibit J - Page 11 of 11**

Source - Eagle View

# EXHIBIT K



This policy is one of the broadest forms available today, and provides you with outstanding value for your insurance dollars. However, we want to point out that every policy contains limitations and exclusions. Please read your policy carefully, especially "Losses Not Insured" and all exclusions.

# State Farm®
# **Homeowners Policy**

**Colorado**
HW-2106

**Exhibit K - Page 01 of 41**

# HOMEOWNERS POLICY
## TABLE OF CONTENTS

AGREEMENT ........................................................1

DEFINITIONS .......................................................1

DEDUCTIBLE ........................................................5

SECTION I – PROPERTY COVERAGES ....................5

  COVERAGE A – DWELLING...............................5

    Dwelling.......................................................5

    Other Structures ........................................5

    Property Not Covered.................................5

  COVERAGE B – PERSONAL PROPERTY ............6

    Property Covered.......................................6

    Special Limits of Liability ..........................6

    Property Not Covered ...............................7

  COVERAGE C – LOSS OF USE ..........................8

    Additional Living Expense ........................8

    Fair Rental Value.......................................8

    Prohibited Use ...........................................9

  SECTION I – ADDITIONAL COVERAGES...............9

    Debris Removal..........................................9

    Temporary Repairs.....................................9

    Trees, Shrubs, and Landscaping ..............9

    Fire Department Service Charge...............10

    Property Removed .....................................10

    Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money....................10

    Power Interruption .....................................10

    Refrigerated Products ...............................10

    Arson Reward.............................................10

    Volcanic Action..........................................11

    Collapse .....................................................11

    Locks and Remote Devices.......................11

    Fuel Oil Release .........................................12

    Tear Out .....................................................12

    Home Certification .....................................12

INFLATION COVERAGE ........................................12

SECTION I – LOSSES INSURED ...........................12

  COVERAGE A – DWELLING...............................12

  COVERAGE B – PERSONAL PROPERTY ...........12

SECTION I – LOSSES NOT INSURED ...................15

SECTION I – LOSS SETTLEMENT .........................19

  COVERAGE A – DWELLING...............................19

    A1 – Replacement Cost Loss Settlement – Similar Construction ...............................19

    A2 – Replacement Cost Loss Settlement – Common Construction............................19

  COVERAGE B – PERSONAL PROPERTY ............20

    B1 – Limited Replacement Cost Loss Settlement ..............................................20

    B2 – Depreciated Loss Settlement ..................20

  SECTION I – CONDITIONS...................................21

    Insurable Interest and Limit of Liability .............21

    Your Duties After Loss .....................................21

    Loss to a Pair or Set.......................................21

    Appraisal..........................................................21

    Other Insurance...............................................23

    Suit Against Us.................................................23

    Our Option .......................................................23

    Loss Payment..................................................23

    Abandonment of Property................................23

    Mortgagee Clause ...........................................23

    No Benefit to Bailee.........................................23

    Recovered Property..........................................24

    Assignment of Claim........................................24

SECTION II – LIABILITY COVERAGES ......................24

  COVERAGE L – PERSONAL LIABILITY ..............24

  COVERAGE M – MEDICAL PAYMENTS TO OTHERS ..........................................................24

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2106

SECTION II – ADDITIONAL COVERAGES............24
    Claim Expenses .................................................24
    First Aid Expenses ...........................................25
    Damage to Property of Others .........................25

SECTION II – EXCLUSIONS...............................25

SECTION II – CONDITIONS .........................30
    Limit of Liability...............................................30
    Severability of Insurance .................................30
    Duties After Loss .............................................30
    Coverage M Requirements ..............................30
    Payment of Claim – Coverage M or Damage
    to Property of Others .......................................30
    Suit Against Us.................................................30
    Bankruptcy of an Insured ................................30
    Other Insurance – Coverage L .........................30

SECTION I AND SECTION II – CONDITIONS............31
    Policy Period ....................................................31
    Concealment or Fraud.....................................31
    Liberalization Clause .......................................31
    Waiver or Change of Policy Provisions ............31
    Cancellation......................................................31
    Nonrenewal .....................................................31
    Assignment of Policy .......................................31

Subrogation and Reimbursement....................31
Death .................................................................32
Conformity to State Law ....................................32
Premium ............................................................32
Right to Inspect.................................................33
Joint and Individual Interests............................33
Change of Policy Address ................................33
Electronic Delivery............................................33
Our Rights Regarding Claim Information..........33
Duties Regarding Claim Information.................34

OPTIONAL POLICY PROVISIONS...........................34
    Option AI – Additional Insured.........................34
    Option BP – Business Property.........................34
    Option BU – Business Pursuits ........................34
    Option FA – Firearms .......................................35
    Option ID – Increased Dwelling Limit ..............35
    Option IO – Incidental Business .......................35
    Option JF – Jewelry and Furs...........................36
    Option OL – Building Ordinance or Law...........37
    Option SG – Silverware and Goldware
    Theft .................................................................38

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2106

# HOMEOWNERS POLICY

## AGREEMENT

*We* agree to provide the insurance described in this policy:

1.  based on *your* payment of premium, in a form acceptable to *us*, for the coverages *you* chose;

2.  based on *your* compliance with all applicable provisions of this policy; and

3.  based on the information *you* have given *us* and *your* statements in this agreement.

*You* agree, by acceptance of this policy, that:

1.  *you* will pay premiums when due and comply with the provisions of this policy;

2.  the statements in this agreement are *your* statements and are true;

3.  *we* insure *you* on the basis *your* statements are true; and

4.  this policy contains all of the agreements between *you* and *us* and any of *our* agents.

Unless otherwise indicated in the application, *you* state that during the five years preceding the time of *your* application for this insurance *you* have not had any losses, insured or not.

When *you* request changes to this policy, or the information or factors used to calculate the premium for this policy changes during the policy period, *we* may adjust the premium in accordance with the change during the policy period and *you* must pay any additional premium due within the time *we* specify.

## DEFINITIONS

*We* define the following words and phrases for use throughout this policy. These definitions apply to the singular, plural, and possessive forms of these words and phrases. Defined words and phrases are printed in bold italics.

1.  *"actual cash value"* means the value of the damaged part of the property at the time of loss, calculated as the estimated cost to repair or replace such property, less a deduction to account for pre-loss depreciation. For this calculation, all components of this estimated cost including, but not limited to:

    a.  materials, including any tax;

    b.  labor, including any tax; and

    c.  overhead and profit;

    are subject to depreciation.

    The depreciation deduction may include such considerations as:

    a.  age;

    b.  condition;

    c.  reduction in useful life;

    d.  obsolescence; and

    e.  any pre-loss damage including wear, tear, or deterioration;

of the damaged part of the property.

2.  *"bodily injury"* means physical injury, sickness, or disease to a person. This includes required care, loss of services, and death resulting therefrom.

    *Bodily injury* does not include:

    a.  any of the following which are communicable:

        (1)  disease;

        (2)  bacteria;

        (3)  parasite;

        (4)  virus; or

        (5)  other organism;

        any of which are transmitted by any *insured* to any other person;

    b.  the actual or alleged exposure to any such:

        (1)  disease;

        (2)  bacteria;

        (3)  parasite;

        (4)  virus; or

        (5)  other organism;

        by any *insured* to any other person; or

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2106

c.   emotional distress, mental anguish, humiliation, mental distress, mental injury, or any similar injury unless it arises out of actual physical injury to some person.

3.   *"building structure"* means a structure fully enclosed with permanent walls and a roof.  A permanent wall or roof does not include any kind of temporary materials including but not limited to tarps, plastic sheeting, or other similar material.  A structure that is otherwise fully enclosed with permanent walls and a roof, that is undergoing repairs due to a recent *loss insured*, using materials such as tarps, plastic sheeting, or other similar material, is still considered a *building structure*.

A *building structure* includes:

a.   the foundation supporting the structure, including:

(1)   slabs;

(2)   basement walls;

(3)   crawl space walls;

(4)   footings; and

(5)   gravel, stone, or sand, used as fill material and located not more than 12 inches directly below a slab described in item a.(1), including water supply lines, domestic water pipes, and sewer pipes located within this fill material; and

b.   wall-to-wall carpeting attached to the structure.

4.   *"business"* means any full-time or part-time activity, trade, profession, employment, or occupation or a commercial, mercantile, or industrial undertaking of an economic nature. It does not matter whether it is continuous or regular, is a secondary or supplemental source of income, or is an *insured's* principal means of livelihood. Profit and profit motive are irrelevant.

*Business* does not include:

a.   volunteer activities for a not-for-profit or non-profit organization or public agency for which no money is received other than payment of expenses;

b.   incidental and infrequent personal economic activity such as a hobby, garage or yard sale, or

traditional farm activities when the farm products are intended only for the personal use of the *insured*;

c.   any occasional or part-time self-employed activity by a person under 19 years of age that involves no employees or subcontracted independent contractors and is a type of activity normally performed by persons under 19 years of age, including but not limited to, child care, lawn mowing, or paper delivery;

d.   the ownership, maintenance, or use of systems and equipment used to generate electrical power up to but not exceeding 125 percent of the actual electrical power usage by the *residence premises* in the 12-month period prior to the date of the loss; or

e.   ownership of the *residence premises* by the person or organization shown in the *Declarations* as Additional Insured.

5.   *"Declarations"* means the policy *Declarations*, any amended *Declarations*, the most recent renewal *Declarations*, an Evidence of Insurance form, or any endorsement changing any of these.

6.   *"diminution in value"* means any reduction in the value of any covered property prior to or following repair or replacement as compared to the value of that property immediately before the loss.

7.   *"dwelling"* means the *building structure* on the *residence premises* used as the primary private residence and includes structures attached to the *dwelling*.

8.   *"fungus"* means any type or form of *fungus*, including:

a.   mold;

b.   mildew;

c.   mycotoxins;

d.   spores;

e.   scents; or

f.   byproducts;

produced or released by fungi.

9.   *"insured"* means:

a.   *you*;

2                                                                                           HW-2106

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

**Exhibit K - Page 05 of 41**

b. *your relatives*; and

c. any other person under the age of 21 in the care of a person described above.

Under Section II, *insured* also means:

d. the person or organization legally responsible for animals or watercraft to which this policy applies. However, the animal or watercraft must be owned by *you* or a person included in 9.b. or 9.c. above. A person or organization using or having custody of these animals or watercraft in the course of a *business*, or without permission of the owner, is not an *insured*; and

e. with respect to any vehicle to which this policy applies, any person while engaged in *your* employment or the employment of a person included in 9.b. or 9.c. above.

10. *"insured location"* means:

a. the *residence premises*;

b. the part of any other premises, other structures, and grounds used by *you* as a residence. This includes premises, structures, and grounds *you* acquire while this policy is in effect for *your* use as a residence;

c. any premises used by *you* in connection with the premises included in 10.a. or 10.b. above;

d. any part of a premises not owned by an *insured* but where an *insured* is temporarily residing;

e. land owned by or rented to an *insured* on which a one or two family dwelling is being constructed as a residence for an *insured*;

f. individual or family cemetery plots or burial vaults owned by an *insured*;

g. any part of a premises occasionally rented to an *insured* for purposes other than *business*;

h. vacant land owned by or rented to an *insured*. For the purposes of this definition, vacant land does not include:

(1) farm land;

(2) land containing a residence; or

(3) land containing fences, corrals, boat docks, tool sheds, barns, grain bins, and similar structures, unless they are used solely for the personal use of the *insured*; or

i. farm land (without buildings), rented or held for rental to others, but not to exceed a total of 500 acres, regardless of the number of locations.

11. *"loss insured"* means a loss as described under SECTION I – LOSSES INSURED, COVERAGE A – DWELLING and SECTION I – LOSSES INSURED, COVERAGE B – PERSONAL PROPERTY.

12. *"motor vehicle"*, when used in Section II of this policy, means:

a. a land *motor vehicle* designed for travel on public roads or subject to motor vehicle registration;

b. a trailer or semi-trailer designed for travel on public roads and subject to motor vehicle registration;

c. a "recreational or utility vehicle" while off an *insured location*. "Recreational or utility vehicle" means a motorized vehicle designed for recreation or utility purposes, used principally off public roads, and that is owned or leased by an *insured*. This includes, but is not limited to, a motorized:

(1) all-terrain vehicle;

(2) side-by-side vehicle;

(3) utility work vehicle;

(4) amphibious vehicle;

(5) dune buggy;

(6) go-cart;

(7) golf cart;

(8) snowmobile;

(9) trailbike;

(10) minibike; and

(11) personal assistive mobility device.

"Leased" does not include temporary rental;

d. a "locomotive" while off an *insured location*. "Locomotive" means a self-propelled vehicle for pulling or pushing freight or passenger cars on tracks that is large enough to carry a person and

3

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2106

is owned or leased by an *insured*. "Leased" does not include temporary rental;

e. a bulldozer, track loader, backhoe, high-hoe, trencher, grader, crane, self-propelled scraper, excavator, pipe-layer, cherry picker, telehandler, logging vehicle, mining vehicle, or road building vehicle that is owned or leased by an *insured* while off an *insured location*. "Leased" does not include temporary rental; and

f. any vehicle while being towed or pushed by or carried on a vehicle included in 12.a. through 12.e. above.

The following are not *motor vehicles*:

a. a boat, camper, home, or utility trailer not being towed or pushed by or carried on a vehicle included in 12.a. through 12.e. above;

b. a motorized land vehicle in storage on an *insured location* not intended to be operated for an extended period of time and rendered inoperable by placing the vehicle on blocks or removing parts essential for its operation;

c. a motorized golf cart while used for golfing purposes;

d. a motorized vehicle or trailer designed to assist persons with disabilities that is not designed for travel on public roads or subject to motor vehicle registration; or

e. a commercially manufactured two, three, or four wheeled personal conveyance powered only by or assisted by an unmodified motor or engine with a manufacturer's power rating of no more than 1 horsepower and capable of a top speed of no more than 20 miles per hour.

13. *"occurrence"*, when used in Section II of this policy, means an accident, including accidental exposure to conditions, which first results in:

a. *bodily injury*; or

b. *property damage*;

during the policy period. All *bodily injury* and *property damage* resulting from one accident, series of related accidents, or from continuous and repeated exposure to the same general conditions is considered to be one *occurrence*.

14. *"property damage"* means physical damage to or destruction of tangible property, including loss of use of this property. Theft or conversion of property by any *insured* is not *property damage*.

15. *"relative"* means any person related to *you* by:

a. blood;

b. adoption;

c. marriage; or

d. civil union, domestic partnership, or other substantially similar legal relationship that is recognized and valid in the state where, and at the time when, the legal relationship was established;

and who resides primarily with *you*.

16. *"residence employee"* means an employee of an *insured*, or an employee leased to an *insured* by a labor leasing firm under an agreement between an *insured* and the labor leasing firm, who performs duties, including household or domestic services, in connection with the maintenance or use of the *residence premises*. This includes employees who perform similar duties elsewhere for *you*. This does not include employees while performing duties in connection with the *business* of an *insured*.

17. *"residence premises"* means:

a. the one, two, three, or four family dwelling, other structures and grounds; or

b. that part of any other *building structure*;

where *you* reside and which is shown in the *Declarations*.

18. *"State Farm Companies"* means one or more of the following:

a. State Farm Mutual Automobile Insurance Company;

b. State Farm Fire and Casualty Company; and

c. subsidiaries or affiliates of either 18.a. or 18.b. above.

19. *"vacant dwelling"* means:

a. a dwelling:

(1) that has not been occupied as a residence for more than 30 consecutive days immediately before the loss; and

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017
HW-2106

**Exhibit K - Page 07 of 41**

(2) where a predominant amount of personal property has been removed or is absent such that the dwelling is not functional as a habitual place of residence.

A dwelling will be considered occupied only if it is being used as a habitual place of residence with *your* knowledge and approval.

b. A dwelling that is under active construction will not be considered a *vacant dwelling*. A dwelling is under active construction when it is:

(1) being built as a new structure;

(2) being repaired due to damage otherwise covered by this policy; or

(3) undergoing substantial improvements, renovations, remodeling, or modifications;

and the construction results in substantial continuing activities by persons associated with the construction project at the premises during the relevant time periods.

20. *"we"*, *"us"*, and *"our"* mean the Company shown in the *Declarations*.

21. *"you"* and *"your"* mean the person or persons shown as "Named Insured" in the *Declarations*. If a "Named Insured" shown in the *Declarations* is a human being, then *you* and *your* include:

a. a spouse of a "Named Insured";

b. a party to a civil union with a "Named Insured";

c. a domestic partner of a "Named Insured"; or

d. a person in a substantially similar legal relationship with a "Named Insured";

if such relationship is recognized and valid in the state where, and at the time when, the legal relationship was established, so long as the person in the above relationship resides primarily with that "Named Insured".

## DEDUCTIBLE

In case of loss under this policy, *we* will pay, subject to specified policy limits, only that part of the amount of the loss that exceeds the deductible amount shown in the *Declarations*. Deductibles will be applied per occurrence. Deductibles apply to specific losses as described in this policy.

## SECTION I – PROPERTY COVERAGES

### COVERAGE A – DWELLING

1. **Dwelling.** *We* cover the *dwelling* and materials and supplies located on or adjacent to the *residence premises* for use in the construction, alteration, or repair of the *dwelling* or other structures on the *residence premises*.

2. **Other Structures.** *We* cover other structures on the *residence premises*, separated from the *dwelling* by clear space. Structures connected to the *dwelling* by only a fence, utility line, or similar connection are considered to be other structures.

*We* do not cover other structures:

a. not permanently attached to or otherwise forming a part of the realty;

b. used either completely or in part for *business* purposes unless such use consists solely of office space for paperwork, computer work, or use of a telephone, and consists solely of activities that are:

(1) duties of the *insured's* employment by another; and

(2) performed solely by the *insured*; or

c. rented or held for rental unless:

(1) rented to a person who is a tenant of the *dwelling*;

(2) rented for use solely as a private garage; or

(3) rented either completely or in part, for exclusive use as a residence, for no more than 30 nights in the 12-month period prior to the date of the loss.

3. **Property Not Covered.** *We* do not cover:

a. land, including the land necessary to support any Coverage A property. *We* also do not cover:

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2106

**Exhibit K - Page 08 of 41**

(1) any costs required to replace, rebuild, stabilize, or otherwise restore the land; or

(2) the costs of repair techniques designed to compensate for or prevent land instability to any property, whether or not insured under Coverage A;

b. trees, shrubs, live or artificial plants, lawns, or artificial grass, except as provided in **SECTION I – ADDITIONAL COVERAGES, Trees, Shrubs, and Landscaping**; or

c. systems and equipment used to generate electrical power exceeding 125 percent of the actual electrical power usage by the *residence premises* in the 12-month period prior to the date of the loss.

## COVERAGE B – PERSONAL PROPERTY

1. **Property Covered.**

   a. *We* cover personal property owned or used by an *insured* while it is anywhere in the world. This includes structures not permanently attached to or otherwise forming a part of the realty. At *your* request, *we* will cover personal property:

      (1) owned by others while the property is on the part of the *residence premises* occupied exclusively by an *insured*;

      (2) owned by a guest or a *residence employee*, while the property is in any other residence occupied by an *insured*; and

      (3) owned by roomers, boarders, tenants, and other residents, any of whom are related to *you*.

   b. *We* cover personal property usually located at an *insured's* residence, other than the *residence premises*, for up to $1,000 or 10% of the Coverage B limit, whichever is greater. This limitation does not apply to personal property:

      (1) in a newly acquired principal residence for the first 30 days after *you* start moving the property there. If the *residence premises* is a newly acquired principal residence, personal property in *your* immediate past principal residence is not subject to this limitation for the first 30 days after the inception of this policy; or

      (2) of a student who is an *insured* while located at a residence away from the *residence premises*.

**Special Limits of Liability.** These limits do not increase the Coverage B limit. The special limit for each of the following categories is the total limit for each loss for all property in that category:

a. $200 on:

   (1) money, coins, and medals, including any of these that are a part of a collection;

   (2) bank notes;

   (3) bullion;

   (4) gold other than goldware;

   (5) silver other than silverware; and

   (6) platinum;

b. $1,500 on property used or intended for use in a *business*, including merchandise held as samples or for sale or for delivery after sale, while on the *residence premises*. This coverage is limited to $750 on such property away from the *residence premises*.

   Electronic data processing system equipment or the recording or storage media used with that equipment is not included under this coverage, and is addressed in item c. below;

c. $10,000 on electronic data processing system equipment used or intended for use in a *business*, including but not limited to:

   (1) computers;

   (2) tablets;

   (3) mobile personal communication equipment;

   (4) global positioning systems;

   (5) mobile personal electronic devices used for the reproduction of sound; and

   (6) standard media or non-media equipment for use with the above devices;

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

**Exhibit K - Page 09 of 41**

d. $1,500 on:

   (1) securities, checks, cashiers checks, travelers checks, money orders, gift certificates, gift cards, rechargeable debit cards, phone cards, and other negotiable instruments;

   (2) accounts;

   (3) deeds;

   (4) evidences of debt;

   (5) letters of credit;

   (6) notes other than bank notes;

   (7) manuscripts;

   (8) passports; and

   (9) tickets;

e. $1,500 on watercraft of all types and outboard motors, including their trailers, furnishings, and equipment;

f. $1,500 on trailers not used with watercraft;

g. $2,500 on stamps, trading cards, and comic books, including any of these that are a part of a collection;

h. $2,500 for loss by theft of firearms;

i. $2,500 for loss by theft of silverware and goldware;

j. $5,000 on any one article and $10,000 in the aggregate for loss by theft of any rug, carpet (except wall-to-wall carpet), tapestry, wall-hanging, or other similar article;

k. $1,000 on commercially manufactured two, three, or four wheeled personal conveyances powered only by or assisted by an unmodified motor or engine with a manufacturer's power rating of no more than 1 horsepower and capable of a top speed of no more than 20 miles per hour. This does not include such conveyances that are:

   (1) designed for assisting persons with disabilities;

   (2) not designed for travel on public roads; and

   (3) not subject to motor vehicle registration; and

l. $1,000 for loss by theft of jewelry, watches, fur garments and garments trimmed with fur, and precious and semi-precious stones.

2. **Property Not Covered.** *We* do not cover:

a. articles separately described and specifically insured in this or any other insurance;

b. animals, birds, or fish;

c. any engine-propelled or motor-propelled vehicle or machine, including parts, designed for movement on land, except as provided in **Special Limits of Liability**, item k. However, *we* do cover those vehicles or machines:

   (1) that are:

      (a) not designed for travel on public roads; and

      (b) not subject to motor vehicle registration;

   (2) and that are:

      (a) used primarily to service the *insured location*; or

      (b) designed for assisting persons with disabilities;

d. any electronic equipment, devices, or accessories designed for the recording, reproduction, or storage of audio, video, photos, or other data that is:

   (1) permanently installed in or permanently fastened to an engine-propelled or motor-propelled vehicle; or

   (2) hard-wired directly to the vehicle's electrical system.

   *We* also do not cover removable products that may be used with the equipment or devices described above, including but not limited to tapes, discs, videos, or memory cards while in an engine-propelled or motor-propelled vehicle;

e. aircraft and parts. This does not apply to unmanned aircraft systems used as model aircraft and operated solely for recreational or hobby purposes;

f. property of roomers, boarders, tenants, and other residents not related to *you*;

7                                                                                   HW-2106

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

g. property regularly rented or held for rental to others by an *insured*. This does not apply to property of an *insured*:

(1) in a sleeping room when the *dwelling* is rented in part, for use as a permanent residence, by either one or two full-time roomers or boarders; or

(2) on the *residence premises* if it is rented, either completely or in part, for exclusive use as a residence, for no more than 30 nights in the 12-month period prior to the date of the loss;

h. property rented or held for rental to others away from the *residence premises*;

i. any radio devices or transmitters, global positioning systems, radar or laser detectors, antennas, and all other similar equipment that is:

(1) permanently installed in or permanently fastened to an engine-propelled or motor-propelled vehicle; or

(2) hard-wired directly to the vehicle's electrical system;

j. books or records of accounts receivable, abstracts or other journals, architectural or technical drawings, card index systems, or other records. This does not apply to any recording or storage media for electronic data processing. *We* will cover the cost of blank books, cards, or other blank material plus the cost of labor *you* incur for transcribing or copying such records;

k. recording or storage media for electronic data processing that cannot be replaced with property of like kind and quality on the current retail market;

l. purchased or created audio, video, photos, or other data that:

(1) cannot be replaced with like kind and quality on the current retail market; and

(2) is transferred or downloaded onto:

(a) mobile communication equipment;

(b) global positioning systems; or

(c) electronic devices designed for the recording, reproduction, or storage of audio, video, photos, or other data;

m. contraband, or any property used in the course of illegal consumption, possession, import, export, or trade;

n. outdoor hardscape property used for aesthetic purposes except as provided in **SECTION I – ADDITIONAL COVERAGES**, Trees, Shrubs, and Landscaping; or

o. electronic currency, digital currency, virtual currency, crypto-currency, and other similar mediums of exchange.

COVERAGE C – LOSS OF USE

1. **Additional Living Expense.** When a *loss insured* causes the *residence premises* to become uninhabitable, *we* will pay the reasonable and necessary increase in cost incurred by an *insured* to maintain their normal standard of living for up to 24 months. *Our* payment is limited to incurred costs for the shortest of:

a. the time required to repair or replace the premises;

b. the time required for *your* household to settle elsewhere; or

c. 24 months.

This period of time is not limited by the expiration of this policy.

*We* will not pay more than the limit of liability shown in the *Declarations* for **Coverage C – Loss of Use**. Any normal expenses that are reduced or discontinued due to a *loss insured* will be subtracted from any amount owed.

2. **Fair Rental Value.** When a *loss insured* causes that part of the *residence premises* rented to others or held for rental by *you* to become uninhabitable, *we* will pay its fair rental value. Payment will be for the shortest time required to repair or replace the part of the premises rented or held for rental, but not to exceed 12 months. This period of time is not limited by the expiration of this policy. Fair rental value will not include any expense that does not continue while that part of the *residence premises* rented or held for rental is uninhabitable.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

3. **Prohibited Use.** *We* will pay Additional Living Expense and Fair Rental Value, for a continuous period not to exceed two weeks, beginning when a civil authority issues an order of evacuation or prohibits *your* use of the *residence premises*, provided that:

   a. direct physical damage occurs to any property, other than covered property located on the *residence premises*, arising from a cause of loss that would be a *loss insured* under this policy if the damage had occurred to property on the *residence premises*;

   b. the *residence premises* is within one mile of property damaged by a cause of loss identified in 3.a. above; and

   c. the action of the civil authority is taken in response to:

      (1) dangerous physical conditions resulting from the continuation of the cause of loss identified in 3.a. above;

      (2) dangerous physical conditions resulting from the damage caused by the cause of loss identified in 3.a. above; or

      (3) the need to gain free access to property damaged by the cause of loss identified in 3.a. above.

   *We* will not pay for loss or expense due to cancellation of a lease or agreement.

## SECTION I – ADDITIONAL COVERAGES

The following Additional Coverages are subject to all the terms, provisions, exclusions, and conditions of this policy.

1. **Debris Removal.** *We* will pay the reasonable expenses *you* incur in the removal of debris of covered property damaged by a *loss insured*. This expense is included in the limit applying to the damaged property. The following coverages and limits also apply:

   a. When the amount payable for the property damage plus the debris removal exceeds the limit for damaged property, an additional 5% of that limit is available for debris removal expense. This additional amount of insurance does not apply to SECTION I – ADDITIONAL COVERAGES, Trees, Shrubs, and Landscaping.

   b. *We* will also pay up to $1,000 total for each loss to cover the reasonable expenses *you* incur in the removal of tree debris and stumps from the *residence premises*, unless otherwise excluded. This coverage applies when:

      (1) the tree has caused a *loss insured* to Coverage A property; or

      (2) the tree debris felled by windstorm, hail, or weight of snow or ice blocks:

         (a) the driveway, on the *residence premises*, and prevents land *motor vehicle* access to or from the *dwelling*; or

         (b) a ramp designed to assist persons with disabilities, on the *residence premises*, and prevents access to or from a *building structure*.

2. **Temporary Repairs.** If damage is caused by a *loss insured*, *we* will pay the reasonable and necessary cost *you* incur for temporary repairs to covered property to protect the property from further immediate damage or loss. This coverage does not increase the limit applying to the property being repaired.

3. **Trees, Shrubs, and Landscaping.** *We* will pay for accidental direct physical loss to outdoor:

   a. trees, shrubs, live or artificial plants, and lawns;

   b. artificial grass; and

   c. hardscape property used for aesthetic purposes not permanently affixed to realty;

   on the *residence premises*, caused by the following perils: **Fire or lightning, Explosion, Riot or civil commotion, Aircraft, Vehicles** (not owned or operated by a resident of the *residence premises*), **Vandalism or malicious mischief,** or **Theft**.

   The limit for this coverage, including the removal of debris, will not exceed 5% of the amount shown in the *Declarations* for COVERAGE A – DWELLING. *We* will not pay more than $750 for any one outdoor tree, shrub, plant, or hardscape item, including debris removal expense. This coverage may increase the limit

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2106

**Exhibit K - Page 12 of 41**

otherwise applicable. *We* will not pay for any loss to property grown for *business* purposes.

4. **Fire Department Service Charge.** *We* will pay up to $500 per occurrence for fire department charges incurred when the fire department is called to save or protect Coverage A property from fire, lightning, or explosion. No deductible applies to this coverage. This coverage may increase the limit otherwise applicable.

5. **Property Removed.** *We* will pay for any accidental direct physical loss to covered property while being removed from a premises endangered by a *loss insured*. This coverage also applies to the property for up to 30 days while removed. *We* will also pay for reasonable expenses incurred by *you* for the removal and return of the covered property. This coverage does not increase the limit applying to the property being removed.

6. **Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money.**

   a. *We* will pay up to $1,000 for:

   (1) the legal obligation of an *insured* to pay because of the theft or unauthorized use of credit cards and bank fund transfer cards issued to or registered in an *insured's* name. If an *insured* has not complied with all terms and conditions under which the cards are issued, *we* will not pay for use by an *insured* or anyone else;

   (2) loss to an *insured* caused by forgery or alteration of any check or negotiable instrument; and

   (3) loss to an *insured* through acceptance in good faith of counterfeit United States or Canadian paper currency.

   No deductible applies to this coverage.

   *We* will not pay more than the limit stated above for forgery or alteration committed by any one person. This limit applies when the forgery or alteration involves one or more instruments in the same loss.

   b. *We* will not pay for loss arising out of *business* pursuits or dishonesty of an *insured*.

   c. Defense:

   (1) *We* may make any investigation and settle any claim or suit that *we* decide is appropriate. *Our* obligation to defend claims or suits ends when the amount *we* pay for the loss equals *our* limit of liability.

   (2) If claim is made or a suit is brought against an *insured* for liability under the Credit Card or Bank Fund Transfer Card coverage, *we* will provide a defense. This defense is at *our* expense by counsel of *our* choice.

   (3) *We* have the option to defend at *our* expense an *insured* or an *insured's* bank against any suit for the enforcement of payment under the Forgery coverage.

7. **Power Interruption.** *We* will pay for accidental direct physical loss caused directly or indirectly by a change of temperature that results from power interruption that takes place on the *residence premises*. The power interruption must be caused by a *loss insured* occurring on the *residence premises*. The power lines off the *residence premises* must remain energized. This coverage does not increase the limit applying to the damaged property.

8. **Refrigerated Products.** Coverage B is extended to cover the contents of deep freeze or refrigerated units on the *residence premises* for loss due to power failure or mechanical failure. If mechanical failure or power failure is known to *you*, all reasonable means must be used to protect the property insured from further damage or this coverage is void. Power failure or mechanical failure does not include:

   a. removal of a plug from an electrical outlet; or

   b. turning off an electrical switch unless caused by a *loss insured*.

   This coverage does not increase the limit applying to the damaged property.

9. **Arson Reward.** *We* will pay $1,000 for information that leads to an arson conviction in connection with a fire loss to property covered by this policy. This coverage may increase the limit otherwise applicable. However, the $1,000 limit will not be increased regardless of the number of persons providing information.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2106

**Exhibit K - Page 13 of 41**

10. **Volcanic Action.** *We* will pay for accidental direct physical loss to a covered *building structure* or covered property contained in a *building structure* resulting from the eruption of a volcano when the loss is directly and immediately caused by:

    a. airborne volcanic shock waves;

    b. ash, dust, or particulate matter; or

    c. lava flow.

    *We* will also pay for the removal of that ash, dust, or particulate matter that has caused accidental direct physical loss to a covered *building structure* or covered property contained in a *building structure*.

    All volcanic eruptions that occur within any 168-hour period will be considered one volcanic eruption.

    This coverage does not increase the limit applying to the damaged property.

11. **Collapse.** *We* will pay for accidental direct physical loss to covered property involving the abrupt, entire collapse of a *building structure* or any part of a *building structure*.

    a. Collapse means the abrupt and entire falling down, caving in, or falling into pieces of a *building structure* or any part of a *building structure*. Collapse does not include any of the following:

        (1) settling, cracking, crumbling, deterioration, shrinking, bulging, expansion, sagging, bowing, leaning, or bending;

        (2) substantial structural impairment;

        (3) imminent or threatened collapse;

        (4) a *building structure* or any part of a *building structure* that is in danger of falling down or caving in; or

        (5) a part of a *building structure* that is standing even if:

            (a) it has separated from another part of the *building structure*; or

            (b) it shows evidence of settling, cracking, crumbling, deterioration, shrinking, bulging, expansion, sagging, bowing, leaning, or bending.

    b. The collapse must be directly and immediately caused by one or more of the following:

        (1) perils described in **SECTION I – LOSSES INSURED, COVERAGE B – PERSONAL PROPERTY**. These perils apply to *building structures* covered under Coverage A or Coverage B for loss insured by this Additional Coverage;

        (2) decay or deterioration of, or damage from animals, birds, or insects to:

            (a) a connector; or

            (b) a structural member of a *building structure*;

            The decay, deterioration, or damage must be hidden from view and unknown to all *insureds* prior to the collapse;

        (3) weight of contents, equipment, animals, or people;

        (4) weight of ice, snow, sleet, or rain that collects on a roof, porch, or deck; or

        (5) use of defective material or methods in the construction (includes remodeling or renovation) of the *building structure*, if the collapse occurs during the course of the construction of the *building structure*.

        Loss to awnings, fences, patios, pavement, swimming pools, underground pipes, flues, drains, cesspools, septic tanks, foundations (including slabs, basement walls, and crawl space walls), retaining walls, bulkheads, piers, wharfs, docks, trellises, or antennas and their supporting structures is not included under items (2), (3), and (4) immediately above unless the loss is the direct and immediate result of the collapse of a *building structure* or any part of a *building structure*.

    This coverage does not increase the limit applying to the damaged property.

12. **Locks and Remote Devices.** *We* will pay up to $1,000 for each loss for the reasonable expenses *you* incur to rekey, replace, recode, program, or reprogram locks on exterior doors to the *dwelling* or other structures located on the *residence premises* when the keys or remote devices used with those doors are part of a covered theft loss. This coverage includes remote devices designed solely for locking,

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2106

unlocking, opening, or closing doors, including garage doors and gates.

No deductible applies to this coverage.

13. **Fuel Oil Release.** *We* will pay up to $10,000 for each loss for accidental direct physical loss to covered property caused by the abrupt and accidental escape of liquid fuel oil from a fixed household tank, apparatus, or pipes that are part of a heating unit for the *dwelling*. This includes damage to covered property resulting from an accidental spill or overflow of fuel oil in the course of filling a fixed household tank.

This coverage includes surface clean up only. *We* will not pay for:

a. the cost to repair or replace the fuel oil tank, apparatus, and pipes; or

b. the cost of testing, monitoring, removing, treating, or detoxifying of soil, air, or water.

This coverage does not increase the limit applying to the damaged property.

14. **Tear Out.** If a *loss insured* to Coverage A property is caused by water, steam, or sewage escaping from a system or appliance, *we* will also pay the reasonable cost *you* incur to tear out and replace only that particular part of the *building structure* necessary to gain access to the specific point of that system or appliance from which the water, steam, or sewage escaped. *We* will not pay for the cost of repairing or replacing the system or appliance itself. This coverage does not increase the limit applying to Coverage A property.

15. **Home Certification.** If damage to covered property is caused by a *loss insured*, *we* will pay the reasonable increase in cost to repair or replace only the damaged property to maintain the *dwelling's* FORTIFIED HOME or FORTIFIED FOR SAFER LIVING certification in place at the time of the loss. This coverage does not increase the limit applying to the damaged property.

*We* will not pay:

a. any increase in cost until the repair or replacement of the property is complete; or

b. for increased costs resulting from enforcement of any ordinance or law regulating the construction or repair of the *dwelling* except as provided under **OPTIONAL POLICY PROVISIONS, Option OL – Building Ordinance or Law.**

This coverage does not apply if Loss Settlement provision A2 – Replacement Cost Loss Settlement – Common Construction is shown in the *Declarations*.

### INFLATION COVERAGE

The limits of liability shown in the *Declarations* for Coverage A, Coverage B, and when applicable, Option ID will be increased at the same rate as the increase in the Inflation Coverage Index shown in the *Declarations*.

To find the limits on a given date:

1. divide the Index on that date by the Index as of the effective date of this Inflation Coverage provision; then

2. multiply the resulting factor by the limits of liability for Coverage A, Coverage B, and Option ID separately.

The limits of liability will not be reduced to less than the amounts shown in the *Declarations*.

If during the term of this policy the Coverage A limit of liability is changed at *your* request, the effective date of this Inflation Coverage provision is changed to coincide with the effective date of such change.

## SECTION I – LOSSES INSURED

### COVERAGE A – DWELLING

*We* will pay for accidental direct physical loss to the property described in Coverage A, unless the loss is excluded or limited in **SECTION I – LOSSES NOT INSURED** or otherwise excluded or limited in this policy. However, loss does not include and *we* will not pay for, any *diminution in value*.

### COVERAGE B – PERSONAL PROPERTY

*We* will pay for accidental direct physical loss to the property described in Coverage B caused by the following perils, unless the loss is excluded or limited in **SECTION I – LOSSES NOT INSURED** or otherwise excluded or limited in this policy. However, loss does not include and *we* will not pay for, any *diminution in value*.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017
HW-2106

1. **Fire or lightning.**

2. **Windstorm or hail.** This peril does not include loss to property contained in a structure caused by rain, snow, sleet, sand, or dust. This limitation does not apply when the direct force of wind or hail damages the structure causing an opening in a roof or wall and the rain, snow, sleet, sand, or dust enters through this opening.

   This peril includes loss to watercraft of all types and their trailers, furnishings, equipment, and outboard motors, only while inside a *building structure*.

3. **Explosion.**

4. **Riot or civil commotion.**

5. **Aircraft**, including self-propelled missiles and space-craft.

6. **Vehicles**, meaning accidental direct physical loss to covered property caused by the weight, force, power, or movement of a vehicle.

   a. This includes:

      (1) the impact of a vehicle;

      (2) an object propelled from the tire or body of a vehicle;

      (3) the upset or collision of a vehicle with a stationary object or other vehicle, including damage to personal property carried on the exterior of the vehicle; or

      (4) a vehicle door or trunk lid being closed on personal property.

   b. This peril does not include loss:

      (1) to personal property that falls off a vehicle and strikes the ground, any other surface, or any object;

      (2) caused by shifting of the load being carried in or on a vehicle; or

      (3) to the vehicle itself unless the vehicle is property covered under **COVERAGE B – PERSONAL PROPERTY** and the loss is caused by the weight, force, power, or movement of another vehicle.

7. **Smoke**, meaning abrupt and accidental damage from smoke.

This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

8. **Vandalism or malicious mischief**, meaning only willful and malicious damage to or destruction of property.

9. **Theft**, including attempted theft and loss of property from a known location when it is probable that the property has been stolen.

This peril does not include:

   a. loss of a precious or semi-precious stone from its setting;

   b. loss caused by theft:

      (1) committed by an *insured* or by any other person regularly residing on the *insured location*. Property of a student who is an *insured* is covered while located at a residence away from the *residence premises*, if the theft is committed by a person who is not an *insured*;

      (2) in or to a dwelling under construction or of materials and supplies for use in the construction until the dwelling is completed and occupied; or

      (3) from the part of a *residence premises* rented to others:

         (a) caused by a tenant, members of the tenant's household, or the tenant's employees unless the *residence premises* is rented, either completely or in part, for exclusive use as a residence, for no more than 30 nights in the 12-month period prior to the date of the loss;

         (b) of money, bank notes, bullion, gold, goldware, silver, silverware, pewter-ware, platinum, coins, and medals;

         (c) of securities, checks, cashiers checks, travelers checks, money orders, gift certificates, gift cards, rechargeable debit cards, phone cards, and other negotiable instruments, accounts, deeds, evidences of debt, letters of credit,

13

HW-2106

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

notes other than bank notes, manuscripts, passports, tickets, and stamps; or

(d) of jewelry, watches, fur garments and garments trimmed with fur, and precious and semi-precious stones; or

c. loss caused by theft that occurs away from the *residence premises* of:

(1) property while at any other residence owned, rented to, or occupied by an *insured*, except while an *insured* is temporarily residing there. Property of a student who is an *insured* is covered while at a residence away from the *residence premises*;

(2) watercraft of all types, including their furnishings, equipment, and outboard motors; or

(3) trailers and campers designed to be pulled by or carried on a vehicle.

If the *residence premises* is a newly acquired principal residence, property in the immediate past principal residence will not be considered property away from the *residence premises* for the first 30 days after the inception of this policy.

10. **Falling objects.** This peril does not include loss to property contained in a structure unless the roof or an exterior wall of the structure is first damaged by a falling object. Damage to the falling object itself is not included.

11. **Weight of ice, snow, or sleet** that causes damage to property contained in a structure.

12. **Abrupt and accidental discharge or overflow** of water, steam, or sewage from within a plumbing, heating, air conditioning, or automatic fire protective sprinkler system, or from within a household appliance.

This peril does not include loss:

a. to the system or appliance from which the water, steam, or sewage escaped;

b. caused by or resulting from:

(1) freezing;

(2) water or sewage from outside the *residence premises* plumbing system that enters through sewers or drains, or water that enters into and overflows from within a sump pump, sump pump well, or any other system designed to remove subsurface water that is drained from the foundation area; or

(3) the pressure from or presence of tree, shrub, or plant roots; or

c. that occurs or develops over a period of time and is caused by or resulting from:

(1) condensation or the presence of humidity, moisture, or vapor; or

(2) seepage or leakage of water, steam, or sewage that is:

(a) continuous;

(b) repeating;

(c) gradual;

(d) intermittent;

(e) slow; or

(f) trickling.

13. **Abrupt and accidental tearing asunder, cracking, burning, or bulging** of a steam or hot water heating system, an air conditioning system, an automatic fire protective sprinkler system, or an appliance for heating water.

This peril does not include loss:

a. caused by or resulting from freezing; or

b. that occurs or develops over a period of time and is caused by or resulting from:

(1) condensation or the presence of humidity, moisture, or vapor; or

(2) seepage or leakage of water or steam that is:

(a) continuous;

(b) repeating;

(c) gradual;

(d) intermittent;

(e) slow; or

(f) trickling.

14

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2106

14. **Freezing** of a plumbing, heating, air conditioning, or automatic fire protective sprinkler system, or of a household appliance.

This peril does not include:

a. loss to a portable hot tub or portable spa unless *you* have used reasonable care to prevent freezing; or

b. loss on the *residence premises* unless *you* have used reasonable care to:

(1) maintain heat in the *building structure* at 55 degrees Fahrenheit or higher; or

(2) shut off the water supply and drain the system and appliances of water.

However, if the *building structure* is protected by an automatic fire protective sprinkler system,

*you* must use reasonable care to continue the water supply and maintain heat in the *building structure* at 55 degrees Fahrenheit or higher for coverage to apply.

15. **Abrupt and accidental damage** to electrical appliances, devices, fixtures, and wiring from an increase or decrease of artificially generated electrical current. *We* will pay up to $3,000 under this peril for each damaged item described above.

16. **Breakage of glass**, meaning damage to personal property caused by breakage of glass that is a part of a structure on the *residence premises*. *We* will not pay for loss or damage to the glass.

17. **Wild bears or deer**, meaning damage caused by wild bears or deer to property located in a *building structure*.

## SECTION I – LOSSES NOT INSURED

1. *We* will not pay for any loss to the property described in Coverage A that consists of, or is directly and immediately caused by, one or more of the perils listed in items a. through m. below, regardless of whether the loss occurs abruptly or gradually, involves isolated or widespread damage, arises from natural or external forces, or occurs as a result of any combination of these:

a. collapse, except as specifically provided in SECTION I – ADDITIONAL COVERAGES, Collapse;

b. freezing of a plumbing, heating, air conditioning, or automatic fire protective sprinkler system or of a household appliance; or discharge, leakage, or overflow from within the system or appliance caused by freezing. This does not apply if *you* have used reasonable care to:

(1) maintain heat in the *building structure* at 55 degrees Fahrenheit or higher; or

(2) shut off the water supply and drain the system and appliances of water.

However, if the *building structure* is protected by an automatic fire protective sprinkler system, *you* must use reasonable care to continue the water supply and maintain heat in the *building structure* at 55 degrees Fahrenheit or higher for coverage to apply;

c. freezing, thawing, pressure, or weight of water, ice, snow, or sleet, whether driven by wind or not, to a:

(1) swimming pool, hot tub, or spa, including their covers, filtration, and circulation systems;

(2) awning;

(3) fence;

(4) pavement;

(5) patio;

(6) foundation (including slabs, basement walls, crawl space walls, and footings);

(7) retaining wall;

(8) bulkhead;

(9) pier;

(10) wharf; or

(11) dock;

d. theft in or to a dwelling under construction, or of materials and supplies for use in the construction, until the dwelling is completed and occupied;

e. theft, vandalism, malicious mischief, or breakage of glass and safety glazing materials if the dwelling is a *vacant dwelling*;

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2106

f.  seepage or leakage of water, steam, or sewage that occurs or develops over a period of time:

(1) and is:

(a) continuous;

(b) repeating;

(c) gradual;

(d) intermittent;

(e) slow; or

(f) trickling; and

(2) from a:

(a) heating, air conditioning, or automatic fire protective sprinkler system;

(b) household appliance; or

(c) plumbing system, including from, within or around any shower stall, shower bath, tub installation, or other plumbing fixture, including their walls, ceilings, or floors.

*We* also will not pay for losses arising from condensation or the presence of humidity, moisture, or vapor that occurs or develops over a period of time;

g.  wear, tear, decay, marring, scratching, deterioration, inherent vice, latent defect, or mechanical breakdown;

h.  corrosion, electrolysis, or rust;

i.  wet or dry rot;

j.  contamination or pollution, meaning the presence, discharge, dispersal, seepage, migration, release, or escape of contaminants or pollutants at or from any source. This does not apply if the presence, discharge, dispersal, seepage, migration, release, or escape is itself caused by a peril described in **SECTION I – LOSSES INSURED, COVERAGE B – PERSONAL PROPERTY**.

(1) Contaminants and pollutants include but are not limited to any:

(a) solid, liquid, gaseous, or thermal irritant, including smoke from agricultural smudging or industrial operations, smog, soot, vapor, fumes, acids, alkalis, chemicals, pathogens, noxious substances, asbestos, or lead;

(b) contaminants or pollutants resulting from any natural resource extraction activities; or

(c) fuel oil except as specifically provided in **SECTION I – ADDITIONAL COVERAGES, Fuel Oil Release**.

(2) *We* also will not pay for:

(a) losses arising from contamination or pollution caused by or resulting from defective building materials, nuclear substances, and waste. Waste includes materials to be recycled, reconditioned, or reclaimed;

(b) the cost to extract contaminants or pollutants from land, water, or air, or the cost to remove, restore, or replace contaminated or polluted land, water, or air; or

(c) the cost of testing, monitoring, cleaning, removing, containing, treating, detoxifying, neutralizing, remediating, disposing of, or assessing the effects of contaminants or pollutants;

k.  settling, cracking, shrinking, bulging, or expansion of pavements, patios, foundations (including slabs, basement walls, crawl space walls, and footings), walls, floors, roofs, or ceilings;

l.  all animals, birds, or insects.

(1) This includes:

(a) nesting, infestation, gnawing, feeding, breeding, or discharge or release of waste products or secretions by animals, birds, or insects;

(b) costs to remove animals, birds, or insects from the covered property; and

(c) costs to prevent the animals, birds, or insects from returning to the property;

(2) However, *we* will pay for:

(a) losses caused by wild bears or deer; and

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

(b) the breakage of glass or safety glazing material that is a part of a *building structure*, when caused by animals, birds, or insects; or

m. pressure from or presence of tree, shrub, or plant roots.

However, *we* will pay for any resulting loss from items a. through l. unless the resulting loss is itself a Loss Not Insured as described in this Section.

2. *We* will not pay for, under any part of this policy, any loss that would not have occurred in the absence of one or more of the following excluded events. *We* will not pay for such loss regardless of: (a) the cause of the excluded event; or (b) other causes of the loss; or (c) whether other causes acted concurrently or in any sequence with the excluded event to produce the loss; or (d) whether the event occurs abruptly or gradually, involves isolated or widespread damage, occurs on or off the *residence premises*, arises from any natural or external forces, or occurs as a result of any combination of these:

a. **Ordinance or Law**, meaning enforcement of any ordinance or law regulating the construction, repair, or demolition of a *building structure* or other structure.

b. **Earth Movement**, meaning the sinking, rising, shifting, expanding, or contracting of earth, all regardless of whether combined with water, sewage, or any material carried by, or otherwise moved by the earth. Earth movement includes but is not limited to:

(1) earthquake;

(2) landslide, mudslide, or mudflow;

(3) sinkhole or subsidence;

(4) movement resulting from:

(a) improper compaction;

(b) site selection;

(c) natural resource extraction activities; or

(d) excavation;

(5) erosion;

(6) pressure by surface or subsurface earth or fill; or

(7) any volcanic activity, except as specifically provided in **SECTION I – ADDITIONAL COVERAGES, Volcanic Action.**

However, *we* will pay for any accidental direct physical loss by fire resulting from earth movement, provided the resulting fire loss is itself a *loss insured.*

c. **Water**, meaning:

(1) flood;

(2) surface water. This does not include water solely caused by the release of water from a swimming pool, spigot, sprinkler system, hose, or hydrant;

(3) waves (including tidal wave, tsunami, and seiche);

(4) tides or tidal water;

(5) overflow of any body of water (including any release, escape, or rising of any body of water, or any water held, contained, controlled, or diverted by a dam, levee, dike, or any type of water containment, diversion, or flood control device);

(6) spray or surge from any of the items c.(1) through c.(5) described above, all whether driven by wind or not;

(7) water or sewage from outside the *residence premises* plumbing system that enters through sewers or drains, or water or sewage that enters into and overflows from within a sump pump, sump pump well, or any other system designed to remove subsurface water that is drained from the foundation area;

(8) water or sewage below the surface of the ground, including water or sewage that exerts pressure on, or seeps or leaks through a *building structure,* sidewalk, driveway, swimming pool, or other structure; or

(9) material carried or otherwise moved by any of the water or sewage, as described in items c.(1) through c.(8) above.

However, *we* will pay for any accidental direct physical loss by fire, explosion, or theft resulting

17

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2106

from water, provided the resulting loss is itself a *loss insured*.

d.   **Neglect**, meaning neglect of the *insured* to use all reasonable means to save and preserve property at and after the time of a loss, or when property is endangered.

e.   War, including any:

(1)   undeclared war;

(2)   civil war;

(3)   insurrection;

(4)   rebellion;

(5)   revolution;

(6)   warlike act by a military force or military personnel;

(7)   destruction or seizure or use for a military purpose;

and including any consequence of any of these. Discharge of a nuclear weapon will be considered a warlike act even if accidental.

f.   **Nuclear Hazard**, meaning any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke.

However, *we* will pay for any accidental direct physical loss by fire resulting from the nuclear hazard, provided the resulting fire loss is itself a *loss insured*.

g.   *Fungus*, including:

(1)   any loss of use or delay in rebuilding, repairing, or replacing covered property, including any associated cost or expense, due to interference at the *residence premises* or location of the rebuilding, repair, or replacement, by *fungus*;

(2)   any remediation of *fungus*, including the cost to:

(a)   remove the *fungus* from covered property or to repair, restore, or replace that property; or

(b)   tear out and replace any part of the *building structure* or other property as needed to gain access to the *fungus*; or

(3)   the cost of any testing or monitoring of air or property to confirm the type, absence, presence, or level of *fungus*, whether performed prior to, during, or after removal, repair, restoration, or replacement of covered property.

h.   **Intentional Losses.**  If any *insured* intentionally causes or procures a loss to property covered under this policy, *we* will not pay any *insured* for this loss.  This applies regardless of whether the *insured* is charged with or convicted of a crime.

This does not apply to an *insured* who did not participate in, cooperate in, or contribute to causing or procuring the loss.

3.   *We* will not pay for, under any part of this policy, any loss consisting of one or more of the items below. Further, *we* will not pay for any loss described in paragraphs 1. and 2. immediately above regardless of whether one or more of the following: (a) directly or indirectly cause, contribute to, or aggravate the loss; or (b) occur before, at the same time, or after the loss or any other cause of the loss:

a.   conduct, act, failure to act, or decision of any person, group, organization, or governmental body whether intentional, wrongful, negligent, or without fault;

b.   defect, weakness, inadequacy, fault, or unsoundness in:

(1)   planning, zoning, development, surveying, or siting;

(2)   design, specifications, workmanship, repair, construction, renovation, remodeling, grading, or compaction;

(3)   materials used in repair, construction, renovation, remodeling, grading, or compaction; or

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2106

**Exhibit K - Page 21 of 41**

(4)   maintenance;

of any property (including land, structures, or improvements of any kind) whether on or off the *residence premises*; or

c.   weather conditions.

However, *we* will pay for any resulting loss from items 3.a., 3.b., and 3.c. unless the resulting loss is itself a Loss Not Insured as described in this Section.

# SECTION I – LOSS SETTLEMENT

Only the **Loss Settlement Provisions** shown in the *Declarations* apply.   *We* will settle covered property losses according to the following.  However, the valuation of any covered property losses does not include, and *we* will not pay, any amount for *diminution in value*.

COVERAGE A – DWELLING

1.   **A1 – Replacement Cost Loss Settlement – Similar Construction.**

a.   *We* will pay the cost to repair or replace with similar construction and for the same use on the premises shown in the *Declarations*, the damaged part of the property covered under **SECTION I – PROPERTY COVERAGES, COVERAGE A – DWELLING**, except for wood fences, subject to the following:

(1)   until actual repair or replacement is completed, *we* will pay only the *actual cash value* of the damaged part of the property, up to the applicable limit of liability shown in the *Declarations*, not to exceed the cost to repair or replace the damaged part of the property;

(2)   when the repair or replacement is actually completed, *we* will pay the covered additional amount *you* actually and necessarily spend to repair or replace the damaged part of the property, or an amount up to the applicable limit of liability shown in the *Declarations*, whichever is less;

(3)   to receive any additional payments on a replacement cost basis, *you* must complete the actual repair or replacement of the damaged part of the property within two years after the date of loss, and notify *us* within 30 days after the work has been completed; and

(4)   *we* will not pay for increased costs resulting from enforcement of any ordinance or law

regulating the construction, repair, or demolition of a *building structure* or other structure, except as provided under **OPTIONAL POLICY PROVISIONS**, **Option OL – Building Ordinance or Law**.

b.   Wood Fences:   *We* will pay the *actual cash value* for loss or damage to wood fences, not to exceed the limit of liability shown in the *Declarations* for COVERAGE A – Other Structures.

2.   **A2 – Replacement Cost Loss Settlement – Common Construction.**

a.   *We* will pay the cost to repair or replace with common construction and for the same use on the premises shown in the *Declarations*, the damaged part of the property covered under **SECTION I – PROPERTY COVERAGES**, **COVERAGE A – DWELLING**, except for wood fences, subject to the following:

(1)   *we* will pay only for repair or replacement of the damaged part of the property with common construction techniques and materials commonly used by the building trades in standard new construction.  **We** will not pay the cost to repair or replace obsolete, antique, or custom construction with like kind and quality;

(2)   until actual repair or replacement is completed, *we* will pay only the *actual cash value* of the damaged part of the property, up to the applicable limit of liability shown in the *Declarations*, not to exceed the cost to repair or replace the damaged part of the property as described in a.(1) above;

(3)   when the repair or replacement is actually completed as described in a.(1) above, *we* will pay the covered additional amount *you* actually and necessarily spend to repair or replace the damaged part of the property, or an amount up to the applicable limit of

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017
HW-2106

**Exhibit K - Page 22 of 41**

liability shown in the *Declarations*, whichever is less;

(4) to receive any additional payments on a replacement cost basis, *you* must complete the actual repair or replacement of the damaged part of the property within two years after the date of loss, and notify *us* within 30 days after the work has been completed; and

(5) *we* will not pay for increased costs resulting from enforcement of any ordinance or law regulating the construction, repair, or demolition of a *building structure* or other structure, except as provided under **OPTIONAL POLICY PROVISIONS**, Option OL – Building Ordinance or Law.

b. Wood Fences: *We* will pay the *actual cash value* for loss or damage to wood fences, not to exceed the limit of liability shown in the *Declarations* for **COVERAGE A – Other Structures**.

**COVERAGE B – PERSONAL PROPERTY**

1. **B1 – Limited Replacement Cost Loss Settlement.**

a. *We* will pay the cost to repair or replace property covered under **SECTION I – PROPERTY COVERAGES**, **COVERAGE B – PERSONAL PROPERTY**, except for property listed in item b. below, subject to the following:

(1) until repair or replacement is completed, *we* will pay only the *actual cash value* of the damaged property;

(2) after repair or replacement is completed, *we* will pay the difference between the *actual cash value* and the cost *you* have actually and necessarily spent to repair or replace the property; and

(3) if property is not repaired or replaced within three years after the date of loss, *we* will pay only the *actual cash value*.

b. *We* will pay market value at the time of loss for:

(1) antiques, fine arts, paintings, statuary, and similar articles which by their inherent nature cannot be replaced with new articles;

(2) articles whose age or history contribute substantially to their value including, but not limited to, memorabilia, souvenirs, and collectors items; and

(3) property not useful for its inherent purpose.

However, *we* will not pay an amount exceeding the smallest of the following for items a. and b. above:

(1) *our* cost to replace at the time of loss;

(2) the full cost of repair;

(3) any special limit of liability described in this policy; or

(4) any applicable Coverage B limit of liability.

2. **B2 – Depreciated Loss Settlement.**

a. *We* will pay the *actual cash value* for property covered under **SECTION I – PROPERTY COVERAGES**, **COVERAGE B – PERSONAL PROPERTY**, except for property listed in item b. below.

b. *We* will pay market value at the time of loss for:

(1) antiques, fine arts, paintings, statuary, and similar articles which by their inherent nature cannot be replaced with new articles;

(2) articles whose age or history contribute substantially to their value including, but not limited to, memorabilia, souvenirs, and collectors items; and

(3) property not useful for its intended purpose.

However, *we* will not pay an amount exceeding the smallest of the following for items a. and b. above:

(1) *our* cost to replace at the time of loss;

(2) the full cost of repair;

(3) any special limit of liability described in this policy; or

(4) any applicable Coverage B limit of liability.

HW-2106
©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

**Exhibit K - Page 23 of 41**

# SECTION I – CONDITIONS

1. **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, *we* will not be liable:

   a. to the *insured* for an amount greater than the *insured's* interest; or

   b. for more than the applicable limit of liability.

2. **Your Duties After Loss.** After a loss to which this insurance may apply, *you* must cooperate with *us* in the investigation of the claim and also see that the following duties are performed:

   a. give immediate notice to *us* or *our* agent and also notify:

      (1) the police if the loss is caused by theft, vandalism, or any other criminal act; and

      (2) the credit card company or bank if the loss involves a credit card or bank fund transfer card;

   b. protect the property from further damage or loss and also:

      (1) make reasonable and necessary temporary repairs required to protect the property; and

      (2) keep an accurate record of repair expenses;

   c. prepare an inventory of damaged or stolen personal property:

      (1) showing in detail the quantity, description, age, replacement cost, and amount of loss; and

      (2) attaching all bills, receipts, and related documents that substantiate the figures in the inventory;

   d. as often as *we* reasonably require:

      (1) exhibit the damaged property;

      (2) provide *us* with any requested records and documents and allow *us* to make copies;

      (3) while not in the presence of any other *insured*:

         (a) give statements; and

         (b) submit to examinations under oath; and

      (4) produce employees, members of the *insured's* household, or others for examination under oath to the extent it is within the *insured's* power to do so; and

   e. submit to *us*, within 60 days after the loss, *your* signed, sworn proof of loss that sets forth, to the best of *your* knowledge and belief:

      (1) the time and cause of loss;

      (2) interest of the *insured* and all others in the property involved and all encumbrances on the property;

      (3) other insurance that may cover the loss;

      (4) changes in title or occupancy of the property during the term of this policy;

      (5) specifications of any damaged structure and detailed estimates for repair of the damage;

      (6) an inventory of damaged or stolen personal property described in 2.c. However, the time period for submitting an inventory may be extended up to 365 days by Colorado law;

      (7) receipts for additional living expenses incurred and records supporting the fair rental value loss; and

      (8) evidence or affidavit supporting a claim under **SECTION I – ADDITIONAL COVERAGES, Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money** coverage, stating the amount and cause of loss.

3. **Loss to a Pair or Set.** In case of loss to a pair or set, *we* may choose to:

   a. repair or replace any part to restore the pair or set to its value before the loss; or

   b. pay the difference between the depreciated value of the property before the loss and the depreciated value of the property after the loss.

4. **Appraisal.** If *you* and *we* fail to agree on the amount of loss, either party can demand that the amount of the loss be set by appraisal. Only *you* or *we* may demand appraisal. A demand for appraisal must be in writing. *You* must comply with **SECTION I –**

21

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2106

CONDITIONS, **Your Duties After Loss** before making a demand for appraisal. At least 10 days before demanding appraisal, the party seeking appraisal must provide the other party with written, itemized documentation of a specific dispute as to the amount of the loss, identifying separately each item being disputed.

a.  Each party will select a competent, disinterested appraiser and notify the other party of the appraiser's identity within 20 days of receipt of the written demand for appraisal.

b.  The appraisers will then attempt to set the amount of the loss of each item in dispute as specified by each party, and jointly submit to each party a written report of agreement signed by them. In all instances the written report of agreement will be itemized and state separately the *actual cash value*, replacement cost, and if applicable, the market value of each item in dispute.

    The written report of agreement will set the amount of the loss of each item in dispute and will be binding upon *you* and *us*.

c.  If the two appraisers fail to agree upon the amount of the loss within 30 days, unless the period of time is extended by mutual agreement, they will select a competent, disinterested umpire and will submit their differences to the umpire. If the appraisers are unable to agree upon an umpire within 15 days:

    (1) *you* or *we* may make a written application for a judge of a court of record in the same state and county (or city if the city is not within a county) where the *residence premises* is located to select an umpire;

    (2) the party requesting the selection described in item c.(1) must provide the other party:

        (a) written notice of the intent to file, identifying the specific location and identity of the court at least 10 days prior to submission of the written application; and

        (b) a copy of the written application; and

    (3) a written report of agreement, as required in item b., signed by any two (appraisers or

appraiser and umpire) will set the amount of the loss of each item in dispute and will be binding upon *you* and *us*. In all instances the written report of agreement will be itemized and state separately the *actual cash value*, replacement cost, and if applicable, the market value of each item in dispute.

d.  To qualify as an appraiser or umpire for a loss to property described in **COVERAGE A – DWELLING**, a person must be one of the following and be licensed or certified as required by the applicable jurisdiction:

    (1) an engineer or architect with experience and training in building construction, repair, estimating, or investigation of the type of property damage in dispute;

    (2) an adjuster or public adjuster with experience and training in estimating the type of property damage in dispute; or

    (3) a contractor with experience and training in the construction, repair, and estimating of the type of property damage in dispute.

e.  A person may not serve as an appraiser or umpire if that person, any employee of that person, that person's employer, or any employee of their employer:

    (1) has performed services for either party with respect to the claim at issue in the appraisal; or

    (2) has a financial interest in the outcome of the claim at issue in the appraisal.

f.  Each party will be responsible for the compensation of their selected appraiser. Reasonable expenses of the appraisal and the reasonable compensation of the umpire will be paid equally by *you* and *us*.

g.  *You* and *we* do not waive any rights by demanding or submitting to an appraisal, and retain all contractual rights to determine if coverage applies to each item in dispute.

h.  Appraisal is only available to determine the amount of the loss of each item in dispute. The appraisers and the umpire have no authority to decide:

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2106

**Exhibit K - Page 25 of 41**

(1) any other questions of fact;

(2) questions of law;

(3) questions of coverage;

(4) other contractual issues; or

(5) to conduct appraisal on a class-wide basis.

i. Appraisal is a non-judicial proceeding and does not provide for or require arbitration. Neither party will be awarded attorney fees. The appraisal award may not be entered as a judgment in a court.

j. A party may not demand appraisal after that party brings suit or action against the other party relating to the amount of loss.

5. **Other Insurance.** If a loss covered by this policy is also covered by other insurance, *we* will pay only *our* share of the loss. *Our* share is the proportion of the loss that the applicable limit under this policy bears to the total amount of insurance covering the loss.

6. **Suit Against Us.** No action will be brought against *us* unless there has been full compliance with all of the policy provisions. Any action by any party must be started within a period of time allowed by the applicable statute of limitations provided by Colorado law.

7. **Our Option.** *We* may repair or replace any part of the property damaged or stolen with similar property. Any property *we* pay for or replace becomes *our* property.

8. **Loss Payment.** *We* will adjust all losses with *you*. *We* will pay *you* unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after *we* receive *your* proof of loss and:

a. reach agreement with *you*;

b. there is an entry of a final judgment; or

c. there is a filing of an appraisal award with *us*.

9. **Abandonment of Property.** *We* need not accept any property abandoned by an *insured*.

10. **Mortgagee Clause.** The word "mortgagee" includes trustee.

a. If a mortgagee is named in this policy, any loss payable under Coverage A will be paid to the mortgagee and *you*, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

b. If *we* deny *your* claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

(1) notifies *us* of any change in ownership, occupancy, or substantial change in risk of which the mortgagee is aware;

(2) pays on demand any premium due under this policy, if *you* have not paid the premium; and

(3) submits a signed, sworn statement of loss within 60 days after receiving notice from *us* of *your* failure to do so. Policy conditions relating to **Appraisal**, **Suit Against Us**, and **Loss Payment** apply to the mortgagee.

c. If *we* cancel this policy, the mortgagee will be notified at least 10 days before the date cancellation takes effect. Proof of mailing will be proof of notice.

d. If *we* pay the mortgagee for any loss and deny payment to *you*:

(1) *we* are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

(2) at *our* option, *we* may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, *we* will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

e. Subrogation does not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

11. **No Benefit to Bailee.** *We* will not recognize an assignment or grant coverage for the benefit of a person or organization holding, storing, or transporting property for a fee. This applies regardless of any other provision of this policy.

HW-2106

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

12. **Recovered Property.** If either *you* or *we* recover any property after loss settlement, that party must give the other prompt notice. At *your* option, *you* may keep the property or *we* will return it to *you*. Otherwise, it will become *our* property. If *you* choose to keep the property, the loss payment will be adjusted based on the amount *you* received for the recovered property.

13. **Assignment of Claim.** Assignment to another party of any of *your* rights or duties under this policy regarding any claim, or any part of any claim, will be void and *we* will not recognize any such assignment, unless *we* give *our* written consent. However, once *you* have complied with all policy provisions, *you* may assign to another party, in writing, payment of claim proceeds otherwise payable to *you*.

# SECTION II – LIABILITY COVERAGES

## COVERAGE L – PERSONAL LIABILITY

If a claim is made or a suit is brought against an *insured* for damages because of *bodily injury* or *property damage* to which this coverage applies, caused by an *occurrence*, *we* will:

1. pay up to *our* limit of liability for the damages for which the *insured* is legally liable. *We* will not pay for criminal restitution; and

2. provide a defense at *our* expense by counsel of *our* choice. *We* may make any investigation and settle any claim or suit that *we* decide is appropriate. *Our* obligation to defend any suit ends when the amount *we* pay for damages, to effect settlement or satisfy a judgment resulting from the *occurrence*, equals *our* limit of liability. *We* will not provide a defense to any *insured* for criminal prosecution or proceedings.

## COVERAGE M – MEDICAL PAYMENTS TO OTHERS

*We* will pay the necessary medical expenses incurred or medically ascertained within three years from the date of an accident causing *bodily injury*. Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, rehabilitation, pharmaceuticals, orthopedic devices, prosthetic devices, and funeral services. This coverage applies only:

1. to a person on the *insured location* with the permission of an *insured*;

2. to a person off the *insured location*, if the *bodily injury*:

   a. arises out of a condition on the *insured location* or the ways immediately adjoining;

   b. is caused by the activities of an *insured*;

   c. is caused by a *residence employee* in the course of the *residence employee's* employment by an *insured*; or

   d. is caused by an animal owned by or in the care of an *insured*; or

3. to a *residence employee* if the *occurrence* causing *bodily injury* occurs off the *insured location* and arises out of or in the course of the *residence employee's* employment by an *insured*.

## SECTION II – ADDITIONAL COVERAGES

The following Additional Coverages are subject to all the terms, provisions, exclusions, and conditions of this policy.

*We* will pay for the following in addition to the limits of liability:

1. **Claim Expenses.** *We* will pay:

   a. expenses *we* incur and costs taxed against an *insured* in suits *we* defend. Taxed costs do not include attorney fees;

   b. premiums on bonds required in suits *we* defend, but not for bond amounts greater than the Coverage L limit. *We* are not obligated to apply for or furnish any bond;

   c. reasonable expenses an *insured* incurs at *our* request. This includes actual loss of earnings (but not loss of other income) up to $250 per day for aiding *us* in the investigation or defense of claims or suits;

   d. interest the *insured* is legally liable to pay on damages payable under Coverage L above before a judgment, but only the interest on the lesser of:

      (1) that part of the damages *we* pay; or

      (2) the Coverage L limit; and

   e. interest on the entire judgment that accrues after entry of the judgment and before *we* pay or tender, or deposit in court that part of the judgment

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

**Exhibit K - Page 27 of 41**

that does not exceed the limit of liability that applies.

2. **First Aid Expenses.** *We* will pay expenses for first aid to others incurred by an *insured* for *bodily injury* covered under this policy. *We* will not pay for first aid to *you* or any other *insured*.

3. Damage to Property of Others.

   a. *We* will pay for *property damage* to property of others caused by the activities of an *insured*.

   b. *We* will not pay more than the smallest of the following amounts:

      (1) replacement cost at the time of loss;

      (2) full cost of repair; or

      (3) the limit of liability shown in the *Declarations* for **Damage to Property of Others** for any one *occurrence*.

   c. *We* will not pay for *property damage*:

      (1) for a loss that is recoverable under Section I of this policy. *We* also will not pay for any applicable deductible regardless of whether the amount of the loss exceeds the deductible;

      (2) caused intentionally by an *insured* 13 years of age or older;

      (3) to property, other than a rented golf cart, owned by, or rented to an *insured*, a tenant of an *insured*, or a resident in *your* household;

      (4) arising out of:

         (a) *business* pursuits;

         (b) any act or omission in connection with a premises an *insured* owns, rents, or controls, other than the *insured location*;

         (c) a condition on the *insured location* or the ways immediately adjoining; or

         (d) the ownership, maintenance, or use of a *motor vehicle*, aircraft, or watercraft, including airboat, air cushion, personal watercraft, sail board, or similar type watercraft; or

      (5) if a payment is made under **COVERAGE L – PERSONAL LIABILITY** for the same *property damage*.

## SECTION II – EXCLUSIONS

1. Coverage L and Coverage M do not apply to:

   a. *bodily injury* or *property damage* that:

      (1) was a result of a:

         (a) willful and malicious; or

         (b) criminal;

         act or omission of the *insured*;

      (2) was intended by the *insured*; or

      (3) would have been expected by the *insured* based on a reasonable person standard.

      However, exclusions a.(2) and a.(3) above do not apply to *bodily injury* or *property damage* resulting from the use of reasonable force to protect persons or property.

      Exclusions a.(1), a.(2), and a.(3) above apply to all *bodily injury* or *property damage* even if the:

      (1) *bodily injury* or *property damage* was sustained by a different person, entity, or property than was expected or intended;

      (2) *bodily injury* or *property damage* was of a different kind, quality, or degree than was expected or intended;

      (3) *insured* lacked the mental capacity to control his or her conduct;

      (4) *insured* was not charged with or convicted of a criminal act or omission; or

      (5) *insured* was impaired by drugs or alcohol;

   b. *bodily injury* or *property damage* arising out of *business* pursuits of any *insured*, except as provided in item c. below. This exclusion does not apply to activities that are ordinarily incident to non-*business* pursuits;

25

HW-2106

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

c.   *bodily injury* or *property damage* arising out of the rental of any part of any premises by any *insured*. This exclusion does not apply:

   (1)   to the rental of the *residence premises*:

      (a)   either completely or in part, for exclusive use as a residence, for up to 30 nights in the 12-month period prior to the date of the loss;

      (b)   in part, for use as a permanent residence, by either one or two full-time roomers or boarders; or

      (c)   in part, as an office, school, studio, or private garage;

   (2)   when the *dwelling* on the *residence premises* is a two, three, or four family *dwelling* and *you* occupy one part and rent the other part to others;

   (3)   to farm land (without buildings), rented to others, but not to exceed a total of 500 acres, regardless of the number of locations; or

   (4)   to activities that are ordinarily incident to non-*business* pursuits;

d.   *bodily injury* or *property damage* arising out of the rendering or failing to render professional services;

e.   *bodily injury* or *property damage* arising out of any premises currently owned or rented to any *insured* which is not an *insured location*. This exclusion does not apply to *bodily injury* to a *residence employee* arising out of and in the course of the *residence employee's* employment by an *insured*;

f.   *bodily injury* or *property damage* arising out of the ownership, maintenance, use, loading, or unloading of:

   (1)   an aircraft. This exclusion does not apply to the ownership, maintenance, use, loading, or unloading of unmanned aircraft systems used as model aircraft:

      (a)   solely for recreational or hobby purposes;

      (b)   designed to be operated within the visual line of sight of the operator and operated within the visual line of sight of the operator; and

      (c)   weighing not more than 55 pounds at the time of operation;

      unless the ownership, maintenance, use, loading, or unloading of such aircraft results in:

      (a)   *property damage* to any aircraft; or

      (b)   *bodily injury* or *property damage* resulting from interference with an aircraft carrying people regardless of whether the *bodily injury* or *property damage* is sustained by people or property on the aircraft or not;

   (2)   a *motor vehicle* owned or operated by or rented or loaned to any *insured*; or

   (3)   a watercraft:

      (a)   owned by or rented to any *insured* if it has inboard or inboard-outdrive motor power of more than 50 horsepower;

      (b)   owned by or rented to any *insured* if it is a sailing vessel, with or without auxiliary power, 26 feet or more in overall length;

      (c)   powered by one or more outboard motors with more than 25 total horsepower owned by any *insured*;

      (d)   designated as an airboat, air cushion, or similar type of craft; or

      (e)   owned by any *insured* if it is a personal watercraft using a water jet pump powered by an internal combustion engine as the primary source of propulsion.

   This exclusion does not apply to *bodily injury* to a *residence employee* arising out of and in the course of the *residence employee's* employment by an *insured*. Exclusion f.(3) does not apply while the watercraft is on the *residence premises*;

g.   *bodily injury* or *property damage* arising out of:

26

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2106

(1) the entrustment by any *insured* to any person;

(2) the supervision by any *insured* of any person;

(3) any liability statutorily imposed on any *insured*; or

(4) any liability assumed through an unwritten or written agreement by any *insured*;

with regard to the ownership, maintenance, or use of any aircraft, watercraft, or *motor vehicle* not covered under Section II of this policy;

h. *bodily injury* or *property damage* caused directly or indirectly by war, including undeclared war, or any warlike act including destruction, seizure, or use for a military purpose, or any consequence of these. Discharge of a nuclear weapon will be considered a warlike act even if accidental;

i. *bodily injury* to any *insured* within the meaning of part 9.a., 9.b., or 9.c. of the definition of *insured*.

This exclusion also applies to any claim made or suit brought against any *insured* within the meaning of part 9.a., 9.b., or 9.c. of the definition of *insured* to share damages with or repay someone else who may be obligated to pay damages because of the *bodily injury* sustained by any *insured* within the meaning of part 9.a., 9.b., or 9.c. of the definition of *insured*;

j. any claim made or suit brought against any *insured* by:

(1) any person in the care of any *insured* because of child care services provided by or at the direction of:

(a) any *insured*;

(b) any employee of any *insured*; or

(c) any other person actually or apparently acting on behalf of any *insured*; or

(2) any person who makes a claim because of *bodily injury* to any person in the care of any *insured* because of child care services provided by or at the direction of:

(a) any *insured*;

(b) any employee of any *insured*; or

(c) any other person actually or apparently acting on behalf of any *insured*.

This exclusion does not apply to the occasional child care services provided by any *insured*, or to the part-time child care services provided by any *insured* under 19 years of age;

k. *bodily injury* or *property damage* arising out of an *insured's* participation in, or preparation or practice for, any prearranged or organized race, speed or demolition contest, or similar competition involving a motorized land vehicle or motorized watercraft. This exclusion does not apply to a sailing vessel less than 26 feet in overall length with or without auxiliary power;

l. *bodily injury* or *property damage* arising out of the use, sale, manufacture, distribution, delivery, transfer, or possession, by any *insured*, of any substance that is illegal or is a controlled substance under either federal or state law.

This exclusion does not apply to the legitimate use of legally prescribed drugs, under either federal or state law, by a person following orders of a licensed health care professional;

m. *bodily injury* or *property damage* arising out of the actual, alleged, or threatened presence, discharge, dispersal, seepage, migration, release, escape of, or exposure to contaminants or pollutants at or from any source or location.

Contaminants and pollutants include but are not limited to any solid, liquid, gaseous, or thermal irritant, including smoke from agricultural smudging or industrial operations, smog, soot, vapor, fumes, acids, alkalis, chemicals, pathogens, noxious substances, fuel oil, asbestos, or lead.

This exclusion does not apply to *bodily injury* or *property damage* arising out of smoke or fumes caused by fire or explosion.

*We* also do not cover:

(1) any loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that any *insured* or others:

27

HW-2106

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

(a)  test for;

(b)  monitor;

(c)  clean up;

(d)  remove;

(e)  contain;

(f)  treat;

(g)  detoxify;

(h)  neutralize;

(i)  remediate;

(j)  dispose of; or

(k)  in any way respond to or assess the effects of;

contaminants or pollutants;

(2)  any loss, cost, or expense arising out of any claim or suit by or on behalf of a governmental authority for damages because of:

(a)  testing for;

(b)  monitoring;

(c)  cleaning up;

(d)  removing;

(e)  containing;

(f)  treating;

(g)  detoxifying;

(h)  neutralizing;

(i)  remediating;

(j)  disposing of; or

(k)  in any way responding to or assessing the effects of;

contaminants or pollutants; or

(3)  contamination or pollution arising out of actually or allegedly defective building materials, nuclear substances, or waste. Waste includes materials to be recycled, reconditioned, or reclaimed;

n.  *bodily injury* or *property damage* arising out of any actual, alleged, or threatened:

(1)  sexual harassment, sexual molestation, or sexual misconduct;

(2)  physical or mental abuse; or

(3)  corporal punishment;

by the *insured*;

o.  *bodily injury* or *property damage* arising out of the actual, alleged, or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any *fungus* at or from any source or location.

*We* also do not cover any loss, cost, or expense arising out of any:

(1)  request, demand, order, or statutory or regulatory requirement that any *insured* or others:

(a)  test for;

(b)  monitor;

(c)  clean up;

(d)  remove;

(e)  contain;

(f)  treat;

(g)  detoxify;

(h)  neutralize;

(i)  remediate;

(j)  dispose of; or

(k)  in any way respond to or assess the effects of;

*fungus*; or

(2)  claim or suit for damages because of:

(a)  testing for;

(b)  monitoring;

(c)  cleaning up;

(d)  removing;

(e)  containing;

(f)  treating;

(g)  detoxifying;

(h)  neutralizing;

HW-2106

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

(i) remediating;

(j) disposing of; or

(k) in any way responding to or assessing the effects of;

*fungus*; or

p. *bodily injury* or *property damage* arising out of the ownership, maintenance, or use of systems and equipment used to generate electrical power exceeding 125 percent of the actual electrical power usage by the *residence premises* in the 12-month period prior to the date of the loss.

2. Coverage L does not apply to:

a. liability:

(1) for *your* share of any loss assessment charged against all members of any type of association of property owners; or

(2) imposed on or assumed by any *insured* through any unwritten or written contract or agreement. This exclusion does not apply to liability for damages that the *insured* would have in absence of the contract or agreement;

b. *property damage* to property owned by any *insured* at the time of the *occurrence*;

c. *property damage* to property rented to, used or occupied by, or in the care, custody, or control of any *insured* at the time of the *occurrence*. This exclusion does not apply to *property damage* caused by fire, smoke, explosion, or abrupt and accidental damage from water;

d. *bodily injury* to a person eligible to receive any benefits required to be provided or voluntarily provided by an *insured* under a workers' compensation, non-occupational disability, or occupational disease law;

e. *bodily injury* or *property damage* for which an *insured* under this policy is also an insured under a nuclear energy liability policy or would be an insured but for its termination upon exhaustion of its limit of liability. A nuclear energy liability policy is a policy issued by:

(1) Nuclear Energy Liability Insurance Association:

(2) Mutual Atomic Energy Liability Underwriters;

(3) Nuclear Insurance Association of Canada; or

(4) any of their successors; or

f. *bodily injury* or *property damage* arising out of any real property any *insured* has sold or transferred. This includes but is not limited to *bodily injury* or *property damage* arising out of known, unknown, hidden, or alleged property conditions, problems, or defects.

This exclusion also applies to any *property damage* to the sold or transferred real property itself.

However, this exclusion does not apply to:

(1) *bodily injury* arising out of fire, smoke, explosion, electrocution, or carbon monoxide poisoning; or

(2) *property damage* arising out of fire, smoke, or explosion.

3. Coverage M does not apply to *bodily injury*:

a. to a *residence employee* if it occurs off the *insured location* and does not arise out of or in the course of the *residence employee's* employment by an *insured*;

b. to a person eligible to receive any benefits required to be provided or voluntarily provided under any workers' compensation, non-occupational disability, or occupational disease law;

c. to a person other than a *residence employee* of an *insured*, regularly residing on any part of the *insured location*; or

d. from nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

29

HW-2106

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

**Exhibit K - Page 32 of 41**

## SECTION II – CONDITIONS

1. **Limit of Liability.** The Coverage L limit is shown in the *Declarations*. This is the limit for all damages from each *occurrence* for the policy period in which the *bodily injury* or *property damage* first occurs, regardless of the number of *insureds*, claims made, or persons injured. No additional limits or coverage will be available for the *occurrence* under any additional policy periods while this policy remains in force.

   The Coverage M limit is shown in the *Declarations*. This is *our* limit for all medical expenses for *bodily injury* to one person as the result of one accident.

2. **Severability of Insurance.** This insurance applies separately to each *insured*. This condition does not increase *our* limit of liability for any one *occurrence*.

3. **Duties After Loss.** In case of an accident or *occurrence*, the *insured* must cooperate with *us* in the investigation, settlement, or defense of any claim or suit and also perform the following duties that apply. *You* must cooperate with *us* in seeing that these duties are performed:

   a. give written notice to *us* or *our* agent as soon as possible, which sets forth:

      (1) the identity of this policy and the *insured*;

      (2) reasonably available information on the time, place, and circumstances of the accident or *occurrence*; and

      (3) names and addresses of any claimants and available witnesses;

   b. immediately forward to *us* every notice, demand, summons, or other process relating to the accident or *occurrence*;

   c. at *our* request, assist in:

      (1) making settlement;

      (2) the enforcement of any right of contribution or indemnity against a person or organization who may be liable to an *insured*;

      (3) the conduct of suits and attend hearings and trials; and

      (4) securing and giving evidence and obtaining the attendance of witnesses;

   d. under SECTION II – ADDITIONAL COVERAGES, **Damage to Property of Others**, exhibit the damaged property if within the *insured's* control; and

   e. the *insured* must not, except at the *insured's* own cost, voluntarily make payments, assume obligations, or incur expenses. This does not apply to expense for first aid to others at the time of the *bodily injury*.

4. **Coverage M Requirements.** *We* may require the following in regard to any Coverage M claim:

   a. written proof of claim, under oath if required, as soon as possible from the injured person, or when appropriate, someone acting on behalf of that person;

   b. the injured person's submission to physical examinations by a physician selected by *us* when and as often as *we* reasonably require; and

   c. any authorizations from the injured person as *we* may require.

5. **Payment of Claim – Coverage M or Damage to Property of Others.** Payment under either of these is not an admission of liability by an *insured* or *us*.

6. **Suit Against Us.** No action will be brought against *us* unless there has been compliance with the policy provisions.

   No one will have the right to join *us* as a party to an action against an *insured*. Further, no action with respect to Coverage L will be brought against *us* until the obligation of the *insured* has been determined by final judgment on the merits, after an actual trial or by an agreement signed by *us*; but *we* will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable Limit of Liability.

7. **Bankruptcy of an Insured.** Bankruptcy or insolvency of an *insured* will not relieve *us* of *our* obligation under this policy.

8. **Other Insurance – Coverage L.** This insurance is excess over any other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2106

## SECTION I AND SECTION II – CONDITIONS

1. **Policy Period.**  This policy applies only to loss under Section I or *bodily injury* or *property damage* under Section II that occurs during the period this policy is in effect.

2. **Concealment or Fraud.**  This policy is void as to *you* and any other *insured* if *you* or any other *insured* under this policy has intentionally concealed or misrepresented any material fact or circumstance relating to this insurance, whether before or after a loss.

3. **Liberalization Clause.**  If *we* adopt any revision that would broaden coverage under this policy without additional premium, within 60 days prior to or during the period this policy is in effect, the broadened coverage will immediately apply to this policy.

4. **Waiver or Change of Policy Provisions.**  A waiver or change of any provision of this policy must be in writing by *us* to be valid.  *Our* request for an appraisal or examination does not waive any of *our* rights.

5. **Cancellation.**

   a.   *You* may cancel this policy at any time by giving *us* advance written notice of the date cancellation is to take effect.  *We* may waive the requirement that the notice be in writing by confirming the date and time of cancellation to *you* in writing.

   b.   *We* may cancel this policy only for the reasons stated in this condition.  *We* will notify *you* in writing of the date cancellation takes effect.  This cancellation notice may be delivered to *you*, or mailed to *you* at *your* mailing address shown in the *Declarations*.  Proof of mailing will be sufficient proof of notice:

   (1)   When *you* have not paid the premium, *we* may cancel at any time by notifying *you* at least 10 days before the date cancellation takes effect.  This condition applies whether the premium is payable to *us* or *our* agent or under any finance or credit plan.

   (2)   When this policy has been in effect for less than 30 business days and is not a renewal with *us*, *we* may cancel for any reason.  *We* may cancel by notifying *you* at least 30 days before the date cancellation takes effect.

   (3)   When this policy has been in effect for 30 business days or more, or at any time if it is a renewal with *us*, *we* may cancel:

      (a)   if there has been a material misrepresentation of fact that, if known to *us*, would have caused *us* not to issue this policy; or

      (b)   if the risk has changed substantially since this policy was issued.

      *We* may cancel this policy by notifying *you* at least 30 days before the date cancellation takes effect.

   (4)   When this policy is written for a period longer than one year, *we* may cancel for any reason at anniversary.  *We* may cancel by notifying *you* at least 30 days before the date cancellation takes effect.

   c.   When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded.  The return premium will be pro rata.

   d.   The return premium may not be refunded with the notice of cancellation or when this policy is returned to *us*.  In such cases, *we* will refund it within a reasonable time after the date cancellation takes effect.

6. **Nonrenewal.**  *We* may elect not to renew this policy.  If *we* elect not to renew, a written notice will be delivered to *you*, or mailed to *you* at *your* mailing address shown in the *Declarations*.  The notice will be mailed or delivered at least 30 days before the expiration date of this policy.  Proof of mailing will be sufficient proof of notice.

7. **Assignment of Policy.**  Assignment of this policy will be void and *we* will not recognize any such assignment, unless *we* give *our* written consent.

8. **Subrogation and Reimbursement.**

   a.   **Subrogation.**

   (1)   Applicable to SECTION I:

      If any *insured* to or for whom *we* make payment under this policy has rights to recover damages from another, those rights

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

are transferred to *us* to the extent of *our* payment. That *insured* must do everything necessary to secure *our* rights and must do nothing after loss to impair them. However before a loss, an *insured* may waive in writing all rights of recovery against any person.

(2) Applicable to SECTION II:

If any *insured* has rights to recover all or part of any payment *we* have made under this policy, those rights are transferred to *us*. An *insured* must do nothing after loss to impair them. At *our* request, an *insured* will bring suit or transfer those rights to *us* and help *us* enforce them.

Subrogation does not apply under Section II to **Medical Payments to Others** or **Damage to Property of Others**.

b. **Reimbursement.**

If *we* make payment under this policy and any *insured* to or for whom *we* make payment recovers or has recovered from another person or organization, then the *insured* to or for whom *we* make payment must:

(1) hold in trust for *us* the proceeds of any recovery; and

(2) reimburse *us* to the extent of *our* payment.

9. **Death.** If *you* die:

a. *we* insure the legal representative of the deceased. This condition applies only with respect to the premises and property of the deceased covered under this policy at the time of death;

b. *insured* includes:

(1) any member of *your* household who is an *insured* at the time of *your* death, but only while a resident of the *residence premises*; and

(2) with respect to *your* property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

10. **Conformity to State Law.** When a policy provision is in conflict with the applicable law of the state in which this policy is issued, the law of the state will apply.

11. **Premium.**

a. Unless as otherwise provided by an alternative payment plan in effect with the *State Farm Companies* with respect to the premium for this policy, the premium is due and payable in full on or before the first day of the policy period shown in the most recently issued *Declarations*.

b. The renewal premium for this policy will be based upon the rates in effect, the coverages carried, the applicable limits, deductibles, and other elements that affect the premium applicable at the time of renewal.

c. The premium for this policy may vary based upon:

(1) the purchase of other products or services from the *State Farm Companies*;

(2) the purchase of products or services from an organization that has entered into an agreement or contract with the *State Farm Companies*. The *State Farm Companies* do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization; or

(3) an agreement, concerning the insurance provided by this policy, that the *State Farm Companies* has with an organization of which *you* are a member, employee, subscriber, licensee, or franchisee.

d. *Your* purchase of this policy may allow:

(1) *you* to purchase or obtain certain coverages, coverage options, coverage deductibles, coverage limits, or coverage terms on other products from the *State Farm Companies*, subject to their applicable eligibility rules; or

(2) the premium or price for other products or services purchased by *you*, including non-insurance products or services, to vary. Such other products or services must be provided by the *State Farm Companies* or by an organization that has entered into an agreement or contract with the *State Farm*

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

**Exhibit K - Page 35 of 41**

*Companies*. The *State Farm Companies* do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization.

12. **Right to Inspect.**

a. *We* have the right but are not obligated to perform the following:

(1) make inspections and surveys of the *insured location* at any time;

(2) provide *you* with reports on conditions *we* find; or

(3) recommend changes.

Any inspections, surveys, reports, or recommendations relate only to insurability and the premiums to be charged.

b. *We* do not:

(1) make safety inspections;

(2) undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public;

(3) warrant that conditions are safe or healthful; or

(4) warrant that conditions comply with laws, regulations, codes, or standards.

This condition applies to *us* and to any rating, advisory, rate service, or similar organization that makes insurance inspections, surveys, reports, or recommendations on *our* behalf.

13. **Joint and Individual Interests.** When there are two or more Named Insureds, each acts for all to cancel or change this policy.

14. **Change of Policy Address.** *We* may change the Named Insured's policy address as shown in the *Declarations* and in *our* records to the most recent address provided to *us* by:

a. *you*; or

b. the United States Postal Service.

15. **Electronic Delivery.** With *your* consent, *we* may electronically deliver any document or notice, including a notice to renew, nonrenew, or cancel, instead of

mailing it or delivering it by other means. Proof of transmission will be sufficient proof of notice.

16. **Our Rights Regarding Claim Information.**

a. *We* will collect, receive, obtain, use, and retain all the items described in item b.(1) below and use and retain the information described in item b.(3)(b) below, in accordance with applicable federal and state laws and regulations and consistent with the performance of *our* business functions.

b. Subject to 16.a. above, *we* will not be restricted in or prohibited from:

(1) collecting, receiving, or obtaining records, receipts, invoices, medical bills, medical records, wage information, salary information, employment information, data, and any other information;

(2) using any of the items described in item b.(1) above; or

(3) retaining:

(a) any of the items in item b.(1) above; or

(b) any other information *we* have in *our* possession as a result of *our* processing, handling, or otherwise resolving claims submitted under this policy.

c. *We* may disclose any of the items in b.(1) above and any of the information described in item b.(3)(b) above:

(1) to enable performance of *our* business functions;

(2) to meet *our* reporting obligations to insurance regulators;

(3) to meet *our* reporting obligations to insurance data consolidators;

(4) to meet other obligations required by law; and

(5) as otherwise permitted by law.

d. *Our* rights under 16.a., 16.b., and 16.c. above will not be impaired by any:

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2106

(1) authorization related to any claim submitted under this policy; or

(2) act or omission of an *insured* or a legal representative acting on an *insured's* behalf.

17. **Duties Regarding Claim Information.** An *insured* or a legal representative acting on an *insured's*

behalf must provide *us* with any requested authorizations related to the claim. *Our* rights as set forth under **Our Rights Regarding Claim Information** of this policy will not be impaired by any:

a. authorization related to the claim; or

b. act or omission of an *insured* or a legal representative acting on an *insured's* behalf.

## OPTIONAL POLICY PROVISIONS

Each Optional Policy Provision applies only as shown in the *Declarations* and is subject to all the terms, provisions, exclusions, and conditions of this policy.

**Option AI – Additional Insured.** The definition of *insured* is extended to include the person or organization shown in the *Declarations* as an Additional Insured or whose name is on file with *us*. Coverage is with respect to:

1. **SECTION I – Coverage A**, **Coverage B**, or **Coverage C**; or

2. **SECTION II – Coverage L** and **Coverage M** but only with respect to the *residence premises*. This coverage does not apply to *bodily injury* to an employee arising out of or in the course of the employee's employment by the person or organization.

This option applies only with respect to the location shown in the *Declarations*.

**Option BP – Business Property.** The **COVERAGE B – PERSONAL PROPERTY**, **Special Limits of Liability**, item b., for property used or intended for use in a *business*, including merchandise held as samples or for sale or for delivery after sale, is changed as follows:

The $1,500 limit is replaced with the amount shown in the *Declarations* for this option.

**Option BU – Business Pursuits.** **SECTION II – EXCLUSIONS**, item 1.b. is modified as follows:

1. Section II coverage applies to the *business* pursuits of an *insured* who is a:

a. clerical office employee, salesperson, collector, messenger; or

b. teacher (except college, university, and professional athletic coaches), school principal, or school administrator;

while acting within the scope of the above listed occupations.

2. However, no coverage is provided:

a. for *bodily injury* or *property damage* arising out of a *business* owned or financially controlled by the *insured* or by a partnership of which the *insured* is a partner or member;

b. for *bodily injury* or *property damage* arising out of the rendering of or failure to render professional services of any nature (other than teaching or school administration). This exclusion includes but is not limited to:

(1) computer programming, architectural, engineering, or industrial design services;

(2) medical, surgical, dental, or other services or treatment conducive to the health of persons or animals; and

(3) beauty or barber services or treatment;

c. for *bodily injury* to a fellow employee of the *insured* injured in the course of employment; or

d. when the *insured* is a member of the faculty or teaching staff of a school or college:

(1) for *bodily injury* or *property damage* arising out of the maintenance, use, loading, or unloading of:

(a) draft or saddle animals, including vehicles for use with them; or

(b) aircraft, *motor vehicles*, recreational *motor vehicles* or watercraft, airboats, air cushions, or personal watercraft which use a water jet pump powered by an internal combustion

34

HW-2106

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

engine as the primary source of propulsion;

owned, operated, or hired by or for the *insured* or employer of the *insured* or used by the *insured* for the purpose of instruction in the use thereof; or

(2) under **Coverage M** for *bodily injury* to a student arising out of corporal punishment administered by or at the direction of the *insured*.

**Option FA – Firearms.** Firearms are covered for accidental direct physical loss or damage.

The limits for this option are shown in the *Declarations*. The first amount is the limit for any one article; the second amount is the aggregate limit for each loss.

The following additional provisions apply:

1. *We* will not pay for any loss to the property described in this option either consisting of, or directly and immediately caused by, one or more of the following:

   a. mechanical breakdown, wear and tear, or gradual deterioration;

   b. all animals, birds, or insects, including:

      (1) nesting;

      (2) infestation;

      (3) gnawing;

      (4) feeding;

      (5) breeding; or

      (6) discharge or release of waste products or secretions by animals, birds, or insects.

      However, *we* will pay for losses caused by wild bears or deer;

   c. any process of refinishing, renovating, or repairing;

   d. dampness of atmosphere or extremes of temperatures;

   e. inherent defect or faulty manufacture;

   f. rust, fouling, or explosion of firearms;

   g. breakage, marring, scratching, tearing, or denting unless caused by fire, thieves, or accidents to conveyances; or

h. infidelity of an *insured's* employees or persons to whom the insured property may be entrusted or rented;

2. *Our* limit for loss by any Coverage B peril except theft is the limit shown in the *Declarations* for Coverage B, plus the aggregate limit;

3. *Our* limits for loss by theft are those shown in the *Declarations* for this option. These limits apply in lieu of the Coverage B theft limit; and

4. *Our* limits for loss by any covered peril except those in items 2. and 3. above are those shown in the *Declarations* for this option.

**Option ID – Increased Dwelling Limit.** *We* will settle losses to damaged *building structures* covered under **COVERAGE A – DWELLING** according to the **Loss Settlement Provision** shown in the *Declarations*.

If the amount *you* actually and necessarily spend to repair or replace damaged *building structures* exceeds the applicable limit of liability shown in the *Declarations*, *we* will pay the additional amounts not to exceed:

1. the Option ID limit of liability shown in the *Declarations* to repair or replace the *dwelling*; or

2. 10% of the Option ID limit of liability to repair or replace *building structures* covered under **COVERAGE A – DWELLING**, Other Structures.

**Report Increased Values.** *You* must notify *us* within 90 days of the start of construction on any new *building structure* costing $5,000 or more; or any additions to or remodeling of *building structures* that increase their values by $5,000 or more. *You* must pay any additional premium due for the increased value. *We* will not pay more than the applicable limit of liability shown in the *Declarations* if *you* fail to notify *us* of the increased value within 90 days.

**Option IO – Incidental Business.** The coverage provided by this option applies only to that incidental *business* occupancy on file with *us*.

1. **COVERAGE A – DWELLING**, Other Structures, item 2.b. is deleted.

2. **COVERAGE B – PERSONAL PROPERTY** is extended to include equipment, supplies, and furnishings usual and incidental to this *business* occupancy. This Optional Policy Provision does not include electronic data

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

processing system equipment or the recording or storage media used with that equipment or merchandise held as samples or for sale or for delivery after sale.

The Option IO limits are shown in the *Declarations*. The first limit applies to property on the *residence premises*. The second limit applies to property while off the *residence premises*. These limits are in addition to the **COVERAGE B – PERSONAL PROPERTY**, **Special Limits of Liability** on property used or intended for use in a *business*.

3. Under Section II, the *residence premises* is not considered *business* property because an *insured* occupies a part of it as an incidental *business*.

4. **SECTION II – EXCLUSIONS**, item 1.b. is replaced with the following:

    b. *bodily injury* or *property damage* arising out of *business* pursuits of any *insured*, except as provided in item c. below. This exclusion does not apply to activities that are ordinarily incident to non-*business* pursuits or to *business* pursuits of an *insured* that are necessary or incidental to the use of the *residence premises* as an incidental *business*;

5. This insurance does not apply to:

    a. *bodily injury* to an employee of an *insured* arising out of the *residence premises* as an incidental *business* other than to a *residence employee* while engaged in the employee's employment by an *insured*;

    b. *bodily injury* to a student arising out of corporal punishment administered by or at the direction of the *insured*;

    c. liability arising out of any acts, errors, or omissions of an *insured*, or any other person for whose acts an *insured* is liable, resulting from the preparation or approval of:

        (1) data;

        (2) plans;

        (3) designs;

        (4) opinions;

        (5) reports;

        (6) programs;

(7) specifications;

(8) supervisory inspections; or

(9) engineering services;

in the conduct of an *insured's* incidental *business* involving data processing, computer consulting, or computer programming; or

d. any claim made or suit brought against any *insured* by:

    (1) any person in the care of any *insured* because of child care services provided by or at the direction of:

        (a) any *insured*;

        (b) any employee of any *insured*; or

        (c) any other person actually or apparently acting on behalf of any *insured*; or

    (2) any person who makes a claim because of *bodily injury* to any person in the care of any *insured* because of child care services provided by or at the direction of:

        (a) any *insured*;

        (b) any employee of any *insured*; or

        (c) any other person actually or apparently acting on behalf of any *insured*.

    Coverage M does not apply to any person indicated in d.(1) and d.(2) above.

    This exclusion does not apply to the occasional child care services provided by any *insured*, or to the part-time child care services provided by any *insured* under 19 years of age.

**Option JF – Jewelry and Furs.** Jewelry, watches, fur garments and garments trimmed with fur, precious and semi-precious stones, gold other than goldware, silver other than silverware, and platinum are covered for accidental direct physical loss or damage.

The limits for this option are shown in the *Declarations*. The first amount is the limit for any one article; the second amount is the aggregate limit for each loss. All provisions and exclusions of **SECTION I – LOSSES INSURED**, **COVERAGE B – PERSONAL PROPERTY**, **Theft** apply to Option JF.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

**Exhibit K - Page 39 of 41**

The following additional provisions apply:

1. *We* will not pay for any loss to the property described in this option either consisting of, or directly and immediately caused by, one or more of the following:

   a. mechanical breakdown, wear and tear, or gradual deterioration;

   b. all animals, birds or insects, including:

      (1) nesting;

      (2) infestation;

      (3) gnawing;

      (4) feeding;

      (5) breeding; or

      (6) discharge or release of waste products or secretions by animals, birds, or insects.

      However, *we* will pay for losses caused by wild bears or deer;

   c. inherent vice; or

   d. seizure or destruction under quarantine or customs regulations;

2. *Our* limit for loss by any Coverage B peril except theft is the limit shown in the *Declarations* for Coverage B, plus the aggregate limit;

3. *Our* limits for loss by theft are those shown in the *Declarations* for this option. These limits apply in lieu of the Coverage B theft limit; and

4. *Our* limits for loss by any covered peril except those in items 2. and 3. above are those shown in the *Declarations* for this option.

## Option OL – Building Ordinance or Law.

1. **Coverage Provided.** The total limit of insurance provided by this option will not exceed an amount equal to the Option OL percentage shown in the *Declarations* of the Coverage A limit shown in the *Declarations* at the time of the loss, as adjusted by the Inflation Coverage provisions of this policy. This is an additional amount of insurance and applies to *building structures* on the *residence premises*.

2. **Damaged Portions of *Building Structure*.** When a *building structure* covered under **COVERAGE A – DWELLING** is damaged by a *loss insured*, *we* will pay for the increased cost to repair or rebuild the physically damaged portion of the *building structure* caused by the enforcement of a building, zoning, or land use ordinance or law if the enforcement is directly caused by the same *loss insured* and the requirement is in effect at the time the *loss insured* occurs.

3. **Undamaged Portions of Damaged *Building Structure*.** When a *building structure* covered under **COVERAGE A – DWELLING** is damaged by a *loss insured*, *we* will also pay for:

   a. the cost to demolish and clear the site of the undamaged portions of the *building structure* caused by the enforcement of a building, zoning, or land use ordinance or law if the enforcement is directly caused by the same *loss insured* and the requirement is in effect at the time the *loss insured* occurs; and

   b. loss to the undamaged portion of the *building structure* caused by enforcement of any ordinance or law if:

      (1) the enforcement is directly caused by the same *loss insured*;

      (2) the enforcement requires the demolition of portions of the same *building structure* not damaged by the same *loss insured*;

      (3) the ordinance or law regulates the construction or repair of the *building structure*, or establishes zoning or land use requirements at the described premises; and

      (4) the ordinance or law is in force at the time of the occurrence of the same *loss insured*; or

   c. legally required changes to the undamaged portion of the *building structure* caused by the enforcement of a building, zoning, or land use ordinance or law, if:

      (1) the enforcement is directly caused by the same *loss insured*;

      (2) the requirement is in effect at the time the *loss insured* occurs; and

      (3) the legally required changes are made to the undamaged portions of specific *building structure* features, systems, or

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

**Exhibit K - Page 40 of 41**

components that have been physically damaged by the *loss insured*.

*We* will not pay for legally required changes to specific *building structure* features, systems, or components that have not been physically damaged by the *loss insured*.

4. Building Ordinance or Law Coverage Limitations.

   a. *We* will not pay for any increased cost of construction:

      (1) until the *building structure* is actually repaired or replaced at the same or another premises in the same general vicinity;

      (2) unless the repairs or replacement are made as soon as reasonably possible after the loss, not to exceed two years; and

      (3) due to any original or subsequent construction, addition, modification, renovation, remodel, or repair to a *building structure* that did not comply with a building, zoning, or land use ordinance or law in effect when the construction, addition, modification, renovation, remodel, or repair was performed.

   b. *We* will not pay more under this coverage than the amount *you* actually spend:

      (1) for the increased cost to repair or rebuild the *building structure* at the same or another premises in the same general vicinity if relocation is required by ordinance or law; and

      (2) to demolish and clear the site of the undamaged portions of the *building structure* caused by enforcement of building, zoning, or land use ordinance or law.

*We* will not pay for more than a *building structure* of the same height, floor area, and style on the same or similar premises as the *building structure*, subject to the limit provided in paragraph 1. **Coverage Provided** of this option.

**Option SG – Silverware and Goldware Theft.** The COVERAGE B – PERSONAL PROPERTY, Special Limits of Liability, item i., for theft of silverware and goldware is increased to be the amount shown in the *Declarations* for this option.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2106

**Exhibit K - Page 41 of 41**