IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| RTP ROOFING CO., <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, <br><br> Defendant. | Case No. 1:21-cv-01816-CNS-SKC <br><br> Hon. Charlotte N. Sweeney <br><br> Hon. S. Kato Crews |

**DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY RELEVANT TO ITS PENDING MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to D.C.COLO.LCivR. 7.1(f), Defendant State Farm Fire and Casualty Company respectfully provides notice to the Court of supplemental authority relevant to State Farm's pending Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to Rules 12(b)(1) and 12(b)(6). Dkt. 41 (the "Motion to Dismiss"). Attached as Exhibit A is the order issued by Judge Christine M. Arguello in *RTP Roofing Co. v. Travelers Companies, Inc. ("Travelers")*, No. 21-cv-01747-CMA-KLM (D. Colo. July 22, 2022), ECF No. 59, affirming and adopting Magistrate Judge Kristen L. Mix's Recommendation that the complaint in that case be dismissed pursuant to Rule 12(b)(1). State Farm has cited to the complaint in *Travelers* as one of several nearly identical lawsuits filed by RTP and its counsel in this district against other insurance carriers. *See* Dkt. 39 at 4 n.2; Dkt 41 at 14 n.14. State Farm also provided the Court with notice of Magistrate Judge Mix's Recommendation last month. *See* Dkt. 42.

Judge Arguello has now overruled RTP's objection to Judge Mix's Recommendation and, after conducting a *de novo* review, has directed that RTP's claims against Travelers Companies, Inc. ("Travelers") be dismissed for lack of Article III standing. Judge Arguello observed that

RTP's own allegations demonstrate that "it includes the demolition rate in its estimates and was fully paid for those estimates" and held that those allegations "do not show 'concrete harm'":

> Without evidence, or even non-conclusory allegations, that Travelers had any obligation to pay a higher rate and that it unreasonably denied or delayed doing so, there is nothing to indicate that RTP has suffered an injury in fact by Travelers compensating its insureds at RTP's own estimated demolition rate for tear-off.

Ex. A at 10. This analysis mirrors Judge Martinez's reasoning in dismissing RTP's First Amended Complaint in this case. *See* Dkt. 39 at 8. It also mirrors State Farm's argument for dismissal of RTP's Second Amended Complaint. *See* Dkt. 41 at 3-7; Dkt. 45 at 3.

In addition, Judge Arguello rejected RTP's alternative theory that its injury is due to a supposed "loss of revenue" arising from Travelers' alleged "unreasonable use of Xactimate." Ex. A at 8-9. As Judge Arguello noted, RTP's allegations still "show that Travelers paid the rate estimated by RTP for each example roofing claim," making its alternative theory of injury too speculative to support Article III standing: "RTP's *preference* for a different rate—which is not included in its own estimates for roofing work—does not establish a concrete 'loss of revenue' injury caused by Travelers." *Id*. at 9-10 (emphasis in original). Once again, this analysis tracks Judge Martinez's reasoning in dismissing RTP's First Amended Complaint in this case and State Farm's arguments for dismissal of RTP's Second Amended Complaint. *See* Dkt. 39 at 8-9 & n.4; Dkt. 41 at 3-7; Dkt. 45 at 3-6.

Based on the nearly identical nature of allegations and legal theories in *Travelers* as compared to this case, State Farm respectfully submits that Judge Arguello's decision is persuasive authority that should be considered when evaluating State Farm's Motion to Dismiss in this case.

Dated: August 30, 2022        Respectfully submitted,

 /s/ *Jacob L. Kahn*

Franklin D. Patterson
Hillary D. Patterson

-3-

        Patterson Ripplinger, P.C.
        5613 DTC Parkway, Suite 400
        Greenwood Village, CO 80111
        fpatterson@prpclegal.com
        hpatterson@prpclegal.com
        (303) 741-4539

        Joseph A. Cancila
        Jacob L. Kahn
        Riley Safer Holmes & Cancila LLP
        70 West Madison Street, Suite 2900
        Chicago, IL 60602
        jcancila@rshc-law.com
        jkahn@rshc-law.com
        (312) 471-8700

        *Counsel for Defendant State Farm Fire and Casualty Company*