IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:21-cv-01816-CNS-SKC

RTP ROOFING CO.,

Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.

## STIPULATION FOR DISMISSAL

THE PARTIES, Plaintiff RTP Roofing Co. and Defendant State Farm fire and Casualty Company, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this case with prejudice with each party to pay their own costs and attorneys' fees.

DATED this 18th day of January, 2023.

***STIPULATED AND AGREED TO:***

| | |
|---|---|
| *s/Jonathan S. Sar* | *s/Hillary D. Patterson* |
| Jonathan S. Sar, Esq. | Hillary D. Patterson, Esq. |
| Thomas J. Archer, Esq. | Franklin D. Patterson, Esq. |
| Daly & Black, P.C. | Patterson Ripplinger, P.C. |
| 3200 Cherry Creek S. Drive, Suite 520 | 5613 DTC Parkway, Suite 400 |
| Denver, CO 80209 | Greenwood Village, CO 80111 |
| Telephone: (303) 835-4572 | Telephone: (303) 741-4539 |
| Email: jsar@dalyblack.com | Email: fpatterson@prpclegal.com |
| tarcher@dalyblack.com | hpatterson@prpclegal.com |

1

| | |
|---|---|
| Richard D. Daly, Esq.<br>John Scott Black, Esq.<br>Melissa Waden Wray, Esq.<br>Daly & Black, P.C.<br>2211 Norfolk St., Suite 800<br>Houston, Texas 77098<br>Telephone: 713.655.1405<br>Email: rdaly@dalyblack.com<br>         jblack@dalyblack.com<br>         mwray@dalyblack.com<br>         ecfs@dalyblack.com (service)<br><br>William C. Gray, Esq.<br>Nathalie E. Sar, Esq.<br>Gray LLC<br>17 N. State Street, Suite 1600<br>Chicago, Illinois 60602<br>Telephone: (303) 835-4572<br>Email: jsar@dalyblack.com<br>         tarcher@dalyblack.com<br><br>*Attorneys for Plaintiff RTP Roofing CO.* | Jacob L. Kahn, Esq.<br>Joseph A. Cancila, Esq.<br>RILEY SAFER HOLMES & CANCILA LLP<br>70 West Madison Street, Suite 29000<br>Chiciago, IL 60602<br>Telephone: (312) 471-8700<br>Email: jkahn@rshc-law.com<br>         jcancila@rshc-law.com<br><br>*Attorneys for Defendant State Farm Fire and Casualty Company* |